UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                        Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE                                                DEFENDANT

\*\*\* \*\*\* \*\*\*

**ORDER**

Motion having been made, and the Court being otherwise sufficiently advised, it is

HEREBY ORDERED that all evidence acquired as a result of the search warrant issued at Mr.

White's residence on February 27, 2021 is suppressed.