


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

02/16/2022 18:57 EST                                                                                                           Page 1 of 8

**CASE NUMBER**
LU07QR20LU0003

**CASE OPENED**
4/14/2020

**CURRENT CASE TITLE**
Operation Liberty Lane - 2134
Woodbourne Ave Louisville, KY

**REPORT TITLE**
Forensic Examination Report

**SYNOPSIS**

ROI documents computer forensic examination completed 6/14/2021.

**REPORTED BY**
Mark Hutchinson
SPECIAL AGENT

**APPROVED BY**
John Koski
HSI REPRESENTATIVE

**DATE APPROVED**
6/21/2021

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Liberty Lane - 2134 Woodbourne Ave Louisville, KY | LU07QR20LU0003-007 | 6/21/2021 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/16/2022 18:57 EST                                                                                              Page 2 of 8

## DETAILS OF INVESTIGATION

**CASE INFORMATION:**

- Date Device(s) Seized/Detained: 2/17/21
- Image location: HSI Louisville
- Exam Location: HSI Louisville

- Case Agent: John Koski
- Forensic Agent: Brad Hutchinson

- Suspect: Joshua WHITE
- Case#: LU07QR20LU0003

**SUMMARY:**

On February 17, 2021, a federal search warrant was conducted by HSI Louisville at the residence of Joshua WHTIE, 2134 Woodbourne Avenue, Louisville, KY.  WHITE is being investigated for violations pertaining to child exploitation.  All items were transferred to SA Brad Hutchinson on February 17, 2021 for forensic examination.

**EVIDENCE:**

Each item was individually inventoried and cataloged.  As part of the cataloging procedures, each item submitted is assigned a unique line item number.

For line items: **002, 004, 007, and 020** an "image" was taken from the device's hard drive and saved to a separate hard drive utilizing various forensic hardware/software tools.  An "image" is a bit by bit or exact copy of the original hard drive and does not alter the data, dates, or times of the files contained therein; thus, preserving the evidence.  These forensic tools, specifically the Tableau TX1 will generate a set of hash values utilizing the MD5 and SHA1 algorithms (see below for descriptions of each) of the target device.  Upon completion of the imaging process, this software generates the hash values again using the same algorithms.  If the hash values generated prior to imaging match the hash values generated after imaging is completed, this substantiates that interaction with the storage media for purpose of obtaining the forensic image and did not alter the data in any way; thus creating a gold copy from which all further forensic processing will be utilized while the original device/storage media will be securely stored in evidence.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Liberty Lane - 2134 Woodbourne Ave Louisville, KY | LU07QR20LU0003-007 | 6/21/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/16/2022 18:57 EST                                                                                                   Page 3 of 8

The Message-Digest Algorithm (MD5) is a widely used cryptographic hash function that produces a 128-bit (16-byte) hash value. MD5 is employed in a wide variety of security applications and is also commonly used to check data integrity. The Secure Hash Algorithm (SHA1) produces a 160-bit message digest and is also employed in a wide variety of security applications.

**LI002**

**Hitachi HD**

- Serial#: 080511DP1D4DGGEH5PP
- Storage Device:
    - Make: Hitachi
    - Serial#: 080511DP1D4DGGEH5P
    - Capacity: 160 GB

- Date Imaged: 2/26/2021
- Forensic Tool: TX1
- SHA1 Acquisition:  fb39 43de 29f5 4d32 4395 3ebe 7c7a d858 0b21 9367
- MD5 Acquisition:  da3a 4de9 bb8a 3495 35d2 d9ef cf08 ba26

**LI004:**

**Western Digital HD**

- Serial#:  WX71A70W8350
- Storage Device:
    - Make: Western Digital
    - Serial#:  WX71A70W8350
    - Capacity: 320 GB

- Date Imaged: 2/24/21
- Forensic Tool: TX1
- SHA1 Acquisition: 57fd eded 51f4 aac3 2f90 3fc1 fb2e 2f99 11a8 b700
- MD5 Acquisition: 41b7 542d c79a 6709 79e4 5e0c 0de3 6966

**LI007**

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Liberty Lane - 2134 Woodbourne Ave Louisville, KY | LU07QR20LU0003-007 | 6/21/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

02/16/2022 18:57 EST                                                                 Page 4 of 8

**Maxtor External HD**

- Serial# 2HAA9M6B
- Storage Device:
  - Make: Seagate
  - Serial#: 3QK07SWy
  - Capacity: 750GB
- Date Imaged: 2/23/2021
- Forensic Tool: TX1
- SHA1 Acquisition: 3b91 c611 cb9e 2c81 6e96 8cb8 c4f6 746d 8b44 8313
- MD5 Acquisition: 5d9c 58948 bf7f c3c1 a45a bfa0 6105 9f34

**LI020**

**Qosmio Laptop**

- Serial#:
- Storage Device
  - Make: SanDisk
  - Serial#: 184977803143
  - 1TB
- Date Imaged: 2/22/2021
- Forensic Tool: TX1
- SHA1 Acquisition: 7a88 211c 9ff5 71cc db59 3979 3efa 7de4 ece6 7294
- MD5 Acquisition: a654 76a5 a535 c073 e148 8691 01e5 8114\

---

**FORENSIC SOFTWARE UTILIZED:**

Magnet Axiom

NOTE: Magnet Axiom is able to filter files that are accessible or inaccessible to the user.  Inaccessible files are recovered from the following locations:

- Pagefil.sys
- Hiberfil.sys
- Swapfile.sys
- $Mft
- $MftMirr

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Liberty Lane - 2134 Woodbourne Ave Louisville, KY | LU07QR20LU0003-007 | 6/21/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

02/16/2022 18:57 EST                                                                                           Page 5 of 8

- `$Logfile`
- `$Volume`
- `$AttrDef`
- `$Bitmap`
- `$BadClus`
- `$Secure`
- `$Upcase`
- `$Extend`
- Unallocated Space
- Unpartitioned Space
- File Slack
- Uninitialized file area
- Orphaned files
- Overwritten files
- Deleted files

**FINDINGS:**

**LI002: Hitachi HD**

OS – not reported by Axiom

Axiom reported the following:

- URL visits (sample)
    - http://topsites.photo50.com/top
        - (Title: All sites girls model photography young free innocent preteen models)
    - https://www.photo50.com
        - (Title: Books, videos, photos, fiction and non-fiction of and about young girls under 16 preteen models preteen)

- Email Accounts
    - rsw@thepoint.net   "joshwhite"
    - joshi001@aol.com
    - jwhite@neuronetrix.com
    - joshuaiwhite@gmail.com

- Various documents (PDFs, Word, PowerPoint)
    - Multiple documents list "Joshua White" and "Joshua Isaac White" as author

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Liberty Lane - 2134 Woodbourne Ave Louisville, KY | LU07QR20LU0003-007 | 6/21/2021 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

02/16/2022 18:57 EST                                                                                        Page 6 of 8

**LI004: Western Digital HD**

OS: Windows 7 Ultimate

Axiom reported the following:

- File System Users
  - Partition 1 (Microsoft NTFS 298.04GB) Isis\users\jwhite

- User Accounts
  - "jwhite" (local user)

- Email Accounts
  - jiwhite@gwise.louisville.edu
  - joshuaiwhite@gmail.com

- Skype Accounts
  - Joshuaiwhite1

- Various documents (PDFs, Word, PowerPoint)
  - Multiple documents list "Joshua White" and "jwhite01" as author

- **IMAGES DEPICTING CHILD SEXUAL ABUSE MATERIAL (CSAM)**

    A total of 23 images depicting CSAM were reported by Axiom

- 10 images were reported in RECYCLER
- 3 images were reported as thumbs.db files
- 5 screenshots from visited websites were reported in unallocated space
- 5 images were reported in unallocated space

- Sample from the 23 images reported by Axiom:
  - File Name: TA_vanessa037.jpg
  - Create Date: 6/23/01 @10:53 PM
  - Modified Date: 11/14/09 @ 12:19 AM

    File Path: Partition 1 (Microsoft NTFS 298.04GB) Isis\RECYCLER\S-1-5-2125190671-1244907263-342893217-1007\Dc359\Ta_vanessa037.jpg

    Description: A prepubescent female is sitting on a couch.  The female has no shirt or underwear on, exposing her breasts and vagina.  The female is putting on pink thigh high leggings/stockings

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Liberty Lane - 2134 Woodbourne Ave Louisville, KY | LU07QR20LU0003-007 | 6/21/2021 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

02/16/2022 18:57 EST                                                                                         Page 7 of 8

- Multiple images depicting child erotica were also reported by Axiom to be in the Recycler
- Multiple screenshots were reported by Axiom. These screenshots display a desktop with date of 10/31/2010. Email address joshuaiwhite@gmail.com is seen in one screenshot.
    - One website seen in these screenshots was named "hackedphones.com". Several search terms to include the following are visible in the screen shots:
        - "nude pre-teen"
        - "ls dreams"
        - "ls magazine"
        - "immature vagina"
        - "preteen nude"

**LI007: Maxtor External HD**

- 2 images depicting child sexual abuse material were reported in unallocated space
- Multiple images depicting child erotica/age difficult images were reported in unallocated space

**LI020: Qosmio Laptop**

OS: Windows 10 Home

Axiom reported the following:

- Users:
    - "Joshua" as an account user

- The Onion Router (TOR) web browser was reported by Axiom
    - Partition 4 (Microsoft NTFS, 906.69 GB) OrionOne\users\Joshua\Desktop\Tor Browser
      \Browser

  TOR Site visited: http://onionbr5zulufnuj.onion

- Email Accounts:
    - Joshuaiwhite1@gmail.com
    - Jordanbdavis6@gmail.com

- Apple iPhone Mobile Sync
    - Device Name: Joshua's iPhone
    - 502-767-1722
    - Apple ID joshuaiwhite@gmail.com

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Liberty Lane - 2134 Woodbourne Ave Louisville, KY | LU07QR20LU0003-007 | 6/21/2021 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 

## DEPARTMENT OF HOMELAND SECURITY

### HOMELAND SECURITY INVESTIGATIONS

#### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/16/2022 18:57 EST                                                                                     Page 8 of 8

- Skype Accounts:
    - Live:joshuaiwhite1
    - Support.neuronetrix

**Conclusion:**

A report will be forwarded to case agent.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Operation Liberty Lane - 2134 Woodbourne Ave Louisville, KY | LU07QR20LU0003-007 | 6/21/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.