UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | Criminal Action No. 3:21-cr-155-DJH |
| JOSHUA WHITE | DEFENDANT |

\* \* \* \* \* \* \*

**MOTION TO STRIKE IRRELEVANT EXHIBIT
IN PLAINTIFF'S RESPONSE [DN 31-1]**

\* \* \* \* \* \* \*

Comes the defendant, Joshua White, through counsel, and moves this Honorable Court to strike the exhibit submitted with the United States' Response. (R. 31-1). In support of this Motion, Mr. White states the following:

"When determining whether an affidavit establishes probable cause, we look only to the four corners of the affidavit; information known to the officer but not conveyed to the magistrate is irrelevant." *United States v. Brooks*, 594 F.3d 488, 492 (6th Cir. 2010). In an attempt to clear up a vague and conclusory affidavit, the United States has submitted an 8-page Report of Investigation form the agents on the case. This is information that is outside the four corners of the affidavit and cannot be considered by this Court in reviewing the finding of probable cause.

WHEREFORE, Joshua White respectfully requests that the Court strike Exhibit 1 from the United States Response (R. 31).

**Respectfully submitted**,

*/s/ Rob Eggert*
_____
**ROB EGGERT**
600 West Main Street
Suite 200

Louisville, Kentucky 40202<br>
(502) 540-5700

## CERTIFICATE OF SERVICE

    It is hereby certified that a true copy hereof was filed this 2nd day of March, 2022, via the cm/ecf system which will automatically send notice to all counsel of record.

*/s/ Rob Eggert*

_____
**ROB EGGERT**