UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

VS.     Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE     DEFENDANT

\*\*\* \*\*\* \*\*\*

**ORDER**

Motion having been made, and the Court being otherwise sufficiently advised, it is

HEREBY ORDERED that DN 31-1 is stricken from the record in this case.