UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                                                CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                                    DEFENDANT

UNOPPOSED MOTION TO SEAL DN 31-1
TO COMPLY WITH PROTECTIVE ORDER
*Electronically Filed*

The United States of America moves the Court for an Order sealing the exhibit to the government's response to Defendant's Motion to Suppress (DN 31-1). The reason for this request is to comply with paragraph 5 of the Protective Order in this case. (DN 56). That order states that "Any discovery material, or information contained therein, that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court." (Id. at para. 5). The document to be sealed is discovery material that was filed with the court, specifically, it is a forensic report regarding the defendant's electronic devices. As such, the United States requests that the Court enter an order sealing DN 31-1. This motion is unopposed by the defense.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502)582-5911
FAX: (502)582-5067
Email: spencer.mckiness@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                                         CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                            DEFENDANT

PROPOSED ORDER

Upon the unopposed motion of the United States of America, and the Court being sufficiently advised,

It is hereby ORDERED that United States' Motion to Seal is granted and access to DN 31-1 is restricted per the Court's Protective Order entered on October 19, 2022.