UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:21-CR-155-DJH |
| JOSHUA WHITE | DEFENDANT |

PROPOSED ORDER

Upon the unopposed motion of the United States of America, and the Court being sufficiently advised,

It is hereby ORDERED that United States' Motion to Seal is granted and access to DN 31-1 is restricted per the Court's Protective Order entered on October 19, 2022.