# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | **CRIMINAL ACTION NO 3:21-CR-155-DJH** |
| **JOSHUA WHITE** | **DEFENDANT** |

## ORDER

     A telephonic status conference was conducted on November 29, 2022. A. Spencer McKiness participated on behalf of the United States. Defendant Joshua White participated with Wanda McClure Dry and Tricia F. Lister on behalf of Patrick J. Renn, retained counsel.

     Counsel advised the Court that there is an outstanding discovery request that will likely be resolved within the next two weeks. Counsel further provided that the protective order (DN 56) is agreeable to the parties and has presented no issues. A further telephonic status conference is scheduled for **December 14, 2022 at 12:00 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606.

cc: Counsel of record

0|10