UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                                                                         CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                                                                DEFENDANT

## MOTION TO DISMISS COUNT ONE OF INDICTMENT
*(Filed Electronically)*

The United States of America, by counsel, moves the Court to dismiss Count 1 of the Indictment, filed December 7, 2021, charging the defendant, Joshua White, with a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/*A. Spencer McKiness*
A. Spencer McKiness
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-6006
FAX: (502) 582-5067
Email: spencer.mckiness@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 6, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                                  <u>s/ *A. Spencer McKiness*</u>
                                                  A. Spencer McKiness
                                                  Assistant U.S. Attorney