UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                       CRIMINAL NO. <u>3:21-CR-155-DJH</u>

JOSHUA WHITE                                                                              DEFENDANT

## **ORDER**

Upon motion of the United States of America filed herein, and for the reason stated,

It is ORDERED that Count 1 of the Indictment, filed December 7, 2021, charging the defendant with a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2), be and it hereby is, DISMISSED without PREJUDICE.

cc:   United States Attorney
      Chief Probation Officer
      Defense Counsel