UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                                              CRIMINAL NO. <u>3:21-CR-155-DJH</u>

JOSHUA WHITE                                                    DEFENDANT

### REPLY IN SUPPORT OF MOTION TO DISMISS COUNT ONE OF INDICTMENT
*(Filed Electronically)*

In support of the government's motion to dismiss Count 1 of the Indictment, the government states that it is currently unable to compel the testimony of the foreign witnesses necessary to prove the elements of the charge.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/*A. Spencer McKiness*
A. Spencer McKiness
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-6006
FAX: (502) 582-5067
Email: spencer.mckiness@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on January 7, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                              s/ *A. Spencer McKiness*
                                              A. Spencer McKiness
                                              Assistant U.S. Attorney