UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-155-DJH-RSE

JOSHUA WHITE,     Defendant.

\* \* \* \* \*

## ORDER

The United States moves to dismiss Count One of the Indictment (Docket No. 62), and Defendant Joshua White opposes the motion, arguing that the government is "acting in bad faith" as its "sole purpose in moving to Dismiss Count One, is to avoid providing White with necessary and requested discovery." (D.N. 64, PageID.220)  The United States replied that it is moving for dismissal because "it is currently unable to compel the testimony of the foreign witnesses necessary to prove the elements of the charge." (D.N. 68, PageID.228)  Federal Rule of Criminal Procedure 48(a) permits the government to, "with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. Pro. 48(a). "Under Rule 48(a), the court must grant prosecutors leave to dismiss charges unless dismissal is 'clearly contrary to manifest public interest.'" *United States v. Stapleton*, 297 F. App'x 413, 431 (6th Cir. 2008) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).  "Although the burden of proof is not on the prosecutor to prove that the dismissal is in the public interest, the prosecutor is under an obligation to supply sufficient reasons that constitute more than 'a mere conclusory interest.'" *United States v. Newsome*, No. 89–5173, 1989 WL 123235 at *2 (6th Cir. Oct. 17, 1989).  The reason given in the United States' reply (D.N. 68) is consistent with the reasoning in *United States v. Shaw*, where Judge Russell held that the government may dismiss a charge if it "does not currently have

1

enough evidence to continue with th[e] prosecution." No. 5:04CR-14-R, 2008 WL 65390 at *4 (W.D. Ky. Jan. 4, 2008).  Upon finding that the government is not acting in bad faith, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the United States' motion to dismiss Count One of the Indictment (D.N. 62) is **GRANTED**.  Count One of the Indictment filed December 7, 2021, charging the defendant, Joshua White, with violations of 18 U.S.C. § 2256(8)(A) is hereby **DISMISSED** without prejudice pursuant to Fed. R. Crim. P. 48(a).

February 8, 2023

**David J. Hale, Judge**
**United States District Court**