UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                            CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                          DEFENDANT

RESPONSE TO DEFENDANT'S MOTION TO COMPEL
*ELECTRONICALLY FILED*

The United States of America opposes the defendant's motion to compel additional discovery as being moot per Court Order on December 15, 2022 (DN 63). That order states that "the outstanding discovery request is moot due to the recently filed motion to dismiss." (DN 63).

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky   40202
PH:  (502)582-5911
FAX: (502)582-5067
Email:spencer.mckiness@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant United States Attorney