# THE DRY LAW FIRM

---

WANDA M. DRY, J.D.*  
*Licensed in Kentucky & Florida  
E-mail: wandadry@gmail.com

141 North Third Street, Suite #3 (40422)  
P.O. Box 2122  
Danville, KY 40423-2122  
Fax (859) 239-0072  
Cell (859) 583-0037

November 9th, 2022

A. Spencer McKiness  
Assistant United States Attorney  
717 West Broadway  
Louisville, Kentucky 40202

**via email only:** spencer.mckiness@usdoj.gov

RE:   United States of America v. Joshua White  
　　　Case No. 3:21-CR-00155-DJH  
　　　6th Discovery Request  
　　　(Internal Document number 31153)

Dear Spencer:

This is the third of four supplemental discovery requests that I'm emailing to you.

Please let me know how soon we can anticipate receiving the requested materials. We would appreciate you sending timely responses as you receive the information in lieu of waiting until you have received all of the information for each request.

If you are not inclined to provide any of the listed materials, please let me and Pat know as soon as possible - - and to the extent you are not willing, the reason why you believe you did not have to disclose the material.

We are numbering this request beginning with roman numeral "XXIII" in an attempt to maintain a continuing sequence, beginning with the next number from the end of the last request, for ease of reference in the future.

**Important! Please preserve all audio, video, digital, archives, that are related in any way to the investigations of Mr. White.**

**The "materiality standard of rule 16 is normally not a heavy burden; rather evidence is material as long as there is a strong indication that it will play an important role in uncovering admissible evidence, aiding witness preparation, corroborating testimony, or assisting impeachment or rebuttal" Maniktala, 934 F.2d at 28 quoting united States V. Ross, 511 F.2d 757, 762-63 (5th Cir. 1975) United Stein, 488 F. Supp. 2d 350, 36-57 (S.D.N.Y. 2007)**

## Definitions:

- BS-### - Bates Stamp document number
- SW Affidavit - references the US v. White Search Warrant Affidavit BS-115
- FLA1 = NCA of the UK Operation Habitance 1 and 2
- FLA2 = Brazil law enforcement agency. Operation Lobos 1 and 2
- TOR ATTACK - examples: Denial of Service (DDOS), Traffic analysis, Network intrusion technique (NIT)

TARGET WEBSITES:
- Target WEBSITE 1 = Description given: "share cp of babies and toddlers"
    - TARGET WEBSITE name itself is a reference to the genitalia of prepubescent boys.
    - website logo included images depicting babies and toddlers.
- Target WEBSITE 2 = Hurt meh
- Target WEBSITE 3 = Description given: "an online forum dedicated to the sexual exploitation of minor and/or prepubescent males.", an explicit focus on the facilitation of sharing child abuse material (images, links and videos), emphasis on indecent material of boys."
- TARGET WEBSITE 4 = Forbidden Angels
- TARGET WEBSITE 5 = TARGET CHATSITE = GirLand, this is the TARGET WEBSITE from the SW Affidavit, also known to the FBI/HSI from other SW Affidavits as TARGET WEBSITE 5.
- TARGET WEBSITE 6 = description given: "Chat for boylovers"
- TARGET WEBSITE 7 = description given "Forum for boy-and girlovers"
- TARGET WEBSITE 8 = description given "Girls pedo portal"

XXIII. Project Information, warrants

Please provide:
1. the quantity of tips about de-anonymized IP addresses that were received from the FLA(s), by the United States, about persons in the United States for Operation Liberty Lane (MY1).
2. the quantity of subpoenas generated for Operation Liberty Lane (MY1).
3. copies of all search warrants generated in connection with Operation Liberty Lane (MY1).
4. copies of all search warrants generated in association with the IP address 104.49.245.246.
5. copies of all search warrants generated in association with the physical address 2134 Woodbourne Ave
6. copies of all search warrants generated in association with Joshua White, Joshua I White, or Joshua Isaac White as associated with this case.
7. copies of all search warrants generated in association search warrants were generated in associated with Jordan White, Jordan B White, Jordan Beth White, Jordan B Davis and Jordan Davis

XXIV. Operation/project requests

Please provide:
1. copies of any court authorizations or administrative, legal, and other reviews for Operation Liberty Lane by the DOJ, HSI or FBI lawyers or other legal consultants.
2. any and all supporting documentation for Operation Liberty Lane.
3. For each of these projects/operations: Liberty Lane, Habitance 1, Habitance 2, Green Monster, Operation Lobos 1, and Operation Lobos 2, please provide the following:
   a. The complete operation plan
   b. TARGET WEBSITES
   c. List of all partners/countries who participated (the NCA (BS-154) report indicates that the intelligence report was distributed to the partners for Project Habitance 2.  Who are the partners for Project Habitance 2.)
   d. Beginning and ending dates

XXV.  TARGET WEBSITE(s) General questions
   1. Please provide the following regarding the TARGET CHATSITE:
      a. the name, location, and IP address of every server on which the TARGET CHATSITE was ever hosted
      b. documentation showing whether or not the TARGET CHATSITE was ever hosted on Daniel Winzen's server in Germany.
      c. documentation showing the version of the php TARGET CHATSITE software; and whether or not it is the same platform as the Le Chat software developed by Daniel Winzen.
      d. the HTML source code for the home/registration page of the TARGET CHATSITE.
      e. Please provide documentation of the functions performed by the JAVA script operating on the TARGET CHATSITE.
      f. Please provide the JAVA Script source code for inspection for Mr. White's forensic investigators.
      g. the identity of the website administrator(s) for the TARGET CHATSITE
      h. the identity of the owner(s) of the server hosting the TARGET CHATSITE
      i. the seizure date of the TARGET CHATSITE host server and who seized it.
      j. the seizure date for TARGET CHATSITE, and who seized it.
      k. Please provide all evidence, including any images/documents that shows
         i) how the government knows the date the TARGET CHATSITE was started.
         ii) how the government knows or why the government believes TARGET CHATSITE "appeared to go offline" in March of 2020[1]
         iii) the exact date and time the TARGET CHATSITE stopped operating
   2. Please provide the following regarding TARGET WEBSITES 1-4
      a. the identity of the owner(s) of the host server(s) of the TARGET WEBSITES.
      b. the identity of the website administrator(s) for the TARGET WEBSITES
      c. the seizure date for each TARGET WEBSITE, and who seized it.
      d. the seizure date of each TARGET WEBSITE host server and who seized it.
   3. Please identify, by their names or designations, which of the TARGET CHATSITE linked sites/servers/hidden-services-image-servers (e.g. felix, matrix, sluggers, loliFILES, HDDoro, dedSEC, Pedoro, tabuSTATION, torPIC, cryptoUploader etc.) were seized (e.g.,image links, other chat sites, image hosting sites, forums) and on what date(s).

---

[1] (paragraph 50 - SW Affidavit Case 1:20-Mj-00243-LPA Document 1 File 08/18/20 - in the matter of the search of Property of 5855 Hunting Lodge Road, Pleasant Garden, NC 27313)

XXVI. TARGET CHATSITE Questions:
1. Please confirm that the TARGET CHATSITE could not display any images.
2. Please provide any information or documentation that indicates whether the TARGET CHATSITE host server was changed during the time period March 2018-March 2020 while it was under surveillance by the HSI/FBI.
3. These requests pertain primarily to the terms "registered guest" (paragraph 21 of the SW Affidavit) and "unregistered guest" (paragraph 19 of the SSW Affidavit). Please provide the following information regarding the functional design of the login system:
    a. documentation showing how a registered and unregistered guest could be distinguished;
    b. documentation showing the criteria to become a registered and unregistered guest.
    c. documentation showing if there was a difference in the TARGET CHATSITE GUI that identified registered from unregistered guests.
    d. documentation that shows how the TARGET CHATSITE kept track whether a visitor was a registered vs unregistered guest.
    e. The language on the screenshot (BS-155) reads: "For RG (registered guest) the photo archive is available (the "links" button)."
        i) Please provide documentation that explains how US LEA knew that the "links" button was working for "registered guest";
        ii) Please identify whether all "guests" or only specific "registered guests" were able to access the image link archive.
    f. The NCA document (BS-154) states: "users were required to enter a user name and password but these were only valid for that single login session."
        i) please provide clarification as to whether a user who entered a username and password became a "registered guest" or an "unregistered guest".
        ii) please provide documentation that shows how the website identified a "registered guest" on successive logins if the username and password was only valid for a single login session as described in BS-154.
4. Paragraphs 26 and 32 of the SW Affidavit discuss the government's observations on possible ways a user could arrive at the TARGET CHATSITE (e.g. paragraph 25, 26 and 32 of the SW Affidavit mentions the undercover activities of the FBI and the directory sites used to find this TARGET CHATSITE). Please provide the following:

    a. evidence/documentation showing **all ever known** websites that linked to or listed the URL to the TARGET CHATSITE, including, but not limited to:
        i) images, screenshots
        ii) source code, webpage-complete and/or html files
        iii) indexes, directories, lists
        iv) TOR and non-TOR search engine results,
        v) TOR-wikis
        vi) and specifically any static or dynamic webpage personal or commercial etc.
        vii) list of any and all known search engines that were <u>ever</u> able to provide links to the TARGET CHATSITE at any time during its operation.
    b. evidence/documentaion showing that child pornography was only accessible via the TARGET CHATSITE after a user registered, logged in and then navigated to one of the links;
    c. copies of the le-chat software, chatroom logs, and server logs of the TARGET CHATSITE server;
    d. a copy or access to a copy of the server that hosted the TARGET CHATSITE so that our expert can test and analyze it;
    e. All information, including but not limited to photographs and documents, tending to show that the TARGET CHATSITE was not exclusively dedicated to child pornography;
    f. Please identify the total size on disk of the TARGET CHATSITE and the file size of the background bear image on the registration page.
    g. Please identify the update frequency (times per minute or hour) and the active data transfer rate in kb/s of the TARGET CHATSITE when a user is not logged in and is on the registration page.

Sincerely,



Wanda M. Dry