# THE DRY LAW FIRM

---

| | |
|---|---|
| WANDA M. DRY, J.D.* <br> *Licensed in Kentucky & Florida <br> E-mail: wandadry@gmail.com | 141 North Third Street, Suite #3 (40422) <br> P.O. Box 2122 <br> Danville, KY 40423-2122 <br> Fax (859)239-0072 <br> Cell (859) 583-0037 |

February 28th, 2023

A. Spencer McKiness
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202

**via email only:** spencer.mckiness@usdoj.gov

RE:   United States of America v. Joshua White
      Case No. 3:21-CR-00155-DJH
      8th Discovery Request
      (Internal Document Number 31166)

Dear Spencer:

This is the fifth supplemental discovery request that I'm emailing to you.

Please let me know how soon we can anticipate receiving the requested materials. We would appreciate you sending timely responses as you receive the information in lieu of waiting until you have received all of the information for each request.

If you are not inclined to provide any of the listed materials, please let me and Pat know as soon as possible - - and to the extent you are not willing, the reason why you believe you did not have to disclose the material.

We are numbering this request beginning with roman numeral "XXXIV" in an attempt to maintain a continuing sequence, beginning with the next number from the end of the last request, for ease of reference in the future.

**Important! Please preserve all audio, video, digital, archives, that are related in any way to the investigations of Mr. White.**

**The "materiality standard of rule 16 is normally not a heavy burden; rather evidence is material as long as there is a strong indication that it will play an important role in uncovering admissible evidence, aiding witness preparation, corroborating testimony, or assisting impeachment or rebuttal" Maniktala, 934 F.2d at 28 quoting united States V. Ross, 511 F.2d 757, 762-63 (5th Cir. 1975) United Stein, 488 F. Supp. 2d 350, 36-57 (S.D.N.Y. 2007)**

## Definitions:

- BS-### - Bates Stamp document number
- SW Affidavit - references the US v. White Search Warrant Affidavit BS-115
- FLA1 = NCA of the UK Operation Habitance 1 and 2
- FLA2 = Brazil law enforcement agency. Operation Lobos 1 and 2
- TOR ATTACK - examples: Denial of Service (DDOS), Traffic analysis, Network intrusion technique (NIT)

  TARGET WEBSITES:
- Target WEBSITE 1 = Description given: "share cp of babies and toddlers"
  - TARGET WEBSITE name itself is a reference to the genitalia of prepubescent boys.
  - website logo included images depicting babies and toddlers.
- Target WEBSITE 2 = Hurt meh
- Target WEBSITE 3 = Description given: "an online forum dedicated to the sexual exploitation of minor and/or prepubescent males.", an explicit focus on the facilitation of sharing child abuse material (images, links and videos), emphasis on indecent material of boys."
- TARGET WEBSITE 4 = Forbidden Angels
- TARGET WEBSITE 5 = TARGET CHATSITE = GirLand, this is the TARGET WEBSITE from the SW Affidavit, also known to the FBI/HSI from other SW Affidavits as TARGET WEBSITE 5.
- TARGET WEBSITE 6 = description given: "Chat for boylovers"
- TARGET WEBSITE 7 = description given "Forum for boy-and girlovers"
- TARGET WEBSITE 8 = description given "Girls pedo portal"

USA v. White 8th Discovery Request 31166
2/28/2023
Page 2

XXXIV. Please provide the following four exhibits that were referenced in the publicly filed document : US v. Kiejzo (4:20-cr-40036-TSH, District of Massachusetts) DN-193 filed 2/10/2023 - **GOVERNMENT'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION TO SUPPRESS AND MOTION TO RECONSIDER DENIAL OF MOTION TO COMPEL:**

1. Exhibit A, summary of investigation drafted by FBI Special Agent Donahue (p.3 DN-193)
2. Exhibit B, The government's second translation of Mr. Kiejzo's statement (referenced in footnote 1 p.4 DN-193)
3. Exhibit C, the unredacted complaint affidavit filed in US v. Kidder (p.6 DN-193)
4. Exhibit D, Declaration of Special Agent Peter Manning (p.3 DN-193)

XXXV. With respect to Operation Liberty Lane we specifically request all information, documents, attachments photos etc.:
   a. The number of Tips received by the US government generally and the FBI/HSI specifically as part of Operation Liberty Lane.
   b. The number of properties searched as a result of the tips provided by the FLA1 and FLA2 as part of Operation Liberty Lane.
   c. A Vaughn index of the case numbers or property addresses of those searches identified in b) above.
   d. The number of individuals charged with a crime as a result of those searches
   e. A Vaughn index of the case numbers for each of those cases identified in d) above.

Sincerely,

Wanda M. Dry