Discussion on De-Anonymizing TOR Identities

Dr. Adrian P. Lauf

The use of TOR (The Onion Router) permits for anonymized access to open Internet services, as well as access to sites that exist only within the anonymized and encrypted space of the TOR network itself. TOR is an anonymizing mixnet that incorporates public key and symmetric cryptography to ensure the anonymity and confidentiality of data going to and from the originating computer either to another computer on the internet or to a TOR-only website. Websites being hosted as .onion links exist on computers connected to the Internet, but only via the abstraction layer provided by TOR, and are thus not accessible in any way other than through TOR itself. Because of the way TOR works, the mutual authentication process prohibits both endpoints and users to know each other's identities. Thus, for all intents and purposes, it is not likely that someone can obtain a user's IP address even if they possessed full control of a .onion-hosted website, which is otherwise an easy mechanism by which to validate that a user has accessed content.

There are no current, documented, easily-employed exploits to unmask identities on TOR; through the use of onion packets, a connection arbitration system, guard, intermediate, and exit nodes all employing latest-generation cryptographic primitives, it is not logical to assume that the IP was reversed through TOR itself. There are documented cases where identities could be inferred but not proven, and certainly not to the level of a known IP address. Additionally, protection mechanisms such as continuous circuit switching and packet batching generally protect against timing attacks and dishonest intermediary nodes.

In my opinion, it is possible, but not documented, that a third party could lure a TOR user to download a malicious application that then "called home" to a listening computer on the open internet. Such a malicious program can also correlate with an active TOR session for the duration of the circuit that is established at the time. Usernames and password selection may also offer clues into the identity of a user, in case they do not take care to obfuscate personal details in the site registration process - leading to a third party's ability to correlate a user on one site to a user on another should that third party control a site hosted on the TOR network. There are historical cases where a law enforcement agency baits the user into downloading malware as described above, leading to an immediate identification upon execution of the program. Thus, it is generally considered improbable that a TOR user's direct IP address can be ascertained through the TOR network itself, and would require other methods.