# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                                     **CRIMINAL ACTION NO 3:21-CR-155-DJH**

**JOSHUA WHITE**                                                         **DEFENDANT**

## ORDER

Before the Court is Attorneys Patrick J. Renn and Rob Eggerts' motions to withdraw as counsel (DNs 79 and 80). The Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the motions are **GRANTED** and Patrick J. Renn and Rob Eggert are withdrawn as counsel of record for Defendant Joshua White.

A review of the docket indicates that the defendant continues to have active counsel. Therefore,

**IT IS FURTHER ORDERED** that Attorney Wanda McClure Dry shall remain in this action as counsel of record. Ms. Dry shall advise the Court immediately if there is a change in her representation status.

*Regina S. Edwards, Magistrate Judge*
*United States District Court*

May 15, 2023

cc: Counsel of Record