WESTERN DISTRICT OF KENTUCKY
UNITED STATES DISTRICT COURT
AT LOUISVILLE
(electronically filed)

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:21-CR-155-DJH-RSE-1 |
| JOSHUA WHITE | DEFENDANT |

### MOTION TO RECONSIDER OR
### IN THE ALTERNATIVE,
### MOTION TO WITHDRAW

Comes now the Honorable Wanda Dry, counsel for Joshua White, and moves this Court to reconsider or clarify its ruling entered today, May 16, 2023 (DN 83), allowing both of Mr. White's lead counsel to withdraw from the above-styled action and ordering the undersigned, non-lead counsel to remain as active, and presumably new, lead counsel in this action.

In the alternative, undersigned counsel moves this Court to allow her to withdraw from the above-styled action.

In support of this motion, counsel states the following:

1. Mr. White retained Honorable Patrick Renn and Honorable Rob Eggert to represent him on all matters related to this action.

2. Mr. White asked undersigned counsel to make an appearance in this action, primarily to perform research and as a consultant, and only as an assistant, if needed, to lead counsel for pretrial practice and/or trial matters.

3. Undersigned counsel does not currently have the necessary knowledge and experience to effectively represent Mr. White as primary counsel in this matter, and could not acquire same quickly enough to be a substitute for Mr. Renn and Mr.

Eggert. She believes it would be an ethical violation for her to assume the role as active, lead counsel at this time.

4. Undersigned counsel is disabled and is physically unable to effectively represent Mr. White at trial.

5. Undersigned counsel is currently responsible for providing care for her elderly, bedridden mother, and is unable to procure a substitute as a replacement so that she could attend to the pending pretrial matters and trial prep in this case.

6. For these reasons, undersigned counsel respectfully asks this Court to amend or clarify its Order to allow the undersigned counsel to remain in her current role as non-lead, active counsel without responsibility for any pretrial and/or trial matters, and to allow Mr. White ample time to retain new, lead counsel.

7. In the alternative, undersigned counsel respectfully moves to withdraw from the above-styled case.

**Respectfully submitted**,

*/s/ Wanda M. Dry*
**Wanda M. Dry**
P.O. Box 2122
Danville, KY  40423-2122

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Wanda M. Dry*
**Wanda M. Dry**