UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**V.**                                                         **CRIMINAL ACTION NO 3:21-CR-155-DJH**

**JOSHUA WHITE**                                                               **DEFENDANT**

## **ORDER**

Before the Court is Attorney Wanda McClure Dry's motion to withdraw as counsel (DN 84). Based on the representation of counsel of record, Wanda McClure Dry, Ms. Dry lacks the necessary knowledge and experience to effectively represent Mr. White as primary counsel. Accordingly, it is hereby **ORDERED** that the motion is **GRANTED** and Wanda McClure Dry is withdrawn as counsel of record for Defendant Joshua White.

Ms. Dry advised the Court that Mr. White was notified of her intent and is seeking new counsel. It is further **ORDERED** that Mr. White shall be given seven (7) days to retain new counsel. If no counsel has entered an appearance in this matter during that period, Mr. White shall immediately file a written status report setting forth the status of his efforts to retain counsel.

cc: Counsel of Record
    Defendant Joshua White, 2134 Woodbourne Avenue, Louisville, KY 40205