UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                                CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                     DEFENDANT

MOTION TO SEAL EXHIBITS TO DN 75
TO COMPLY WITH PROTECTIVE ORDER
*Electronically Filed*

The United States of America moves the Court for an Order sealing the exhibits to the defendant's memorandum in support of discovery requests (DN 75). The reason for this request is to comply with paragraph 5 of the Protective Order in this case.  (DN 56).  That order states that "Any discovery material, or *information contained therein*, that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court."  (Id. at para. 5).  The documents to be sealed are the discovery letters filed with the court, which reveal sensitive information about the operation (the name of the operation, the FLA, the websites, etc.).  As such, the United States requests that the Court enter an order sealing the exhibits attached to DN 75.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*s/ A. Spencer McKiness*
A. Spencer McKiness
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502)582-5911
FAX: (502)582-5067
Email: spencer.mckiness@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

*s/ A. Spencer McKiness*
A. Spencer McKiness
Assistant United States Attorney