UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE     DEFENDANT

### PROPOSED ORDER

Upon the unopposed motion of the United States of America, and the Court being sufficiently advised,

It is hereby ORDERED that United States' Motion to Seal is granted and access to the exhibits attached to DN 75 are restricted per the Court's Protective Order entered on October 19, 2022.