UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:21-CR-00155-DJH

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**VS.**

**JOSHUA WHITE**                                                                                    **DEFENDANT**

### ORDER

The Court is in receipt of Defendant's Status Report relating to his most recent search for representation. (DN 91). Since May 18, 2023, Defendant has been without counsel. (*See* DN 86). Twenty-nine days later, Defendant still lacks representation. The Court will give Defendant until July 3, 2023 to secure counsel.[1] The Court will additionally hold a status conference on July 7, 2023 at 2:30 p.m. EST. If Defendant retains counsel prior to his July 3 deadline, then his counsel is instructed to immediately enter an appearance.

Copies:       Counsel of Record

---

[1] This deadline would allow Defendant forty-six days in total to find new counsel.