UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:21-cr-00155-DJH-RSE |
| JOSHUA WHITE | DEFENDANT |

MOTION TO WITHDRAW D.N. 71 AND 75

Comes the defendant, through counsel, to respectfully request that this court allow the Motion to Compel and the associated Memorandum, (D.N. 71 and 75) be withdrawn. These documents were filed by prior counsel, and current counsel does not wish to adopt these pleadings.

Respectfully submitted,

/s Bradley Clark
BRADLEY CLARK (KBA# 93070)
Suhre & Associates – Lexington
333 W. Vine St., Ste. 300
Lexington, KY 40507
Ph: (859) 474-0001
bclark@suhrelaw.com

CERTIFICATE OF SERVICE

I hereby certify that on July 13th, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. A. Spencer McKiness, Assistant United States Attorney, and Hon Stephanie M. Zimdahl, Assistant United States Attorney.

/s Bradley Clark
Bradley Clark
Counsel for Mr. White