UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:21-cr-00155-DJH-RSE |
| JOSHUA WHITE | DEFENDANT |

Order withdrawing d.n. 71 and 75

This Court, having sufficiently been advised, and it being the request of the moving party, hereby orders that D.N. 71 and 75 are withdrawn.