UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:21-CR-00155-DJH-RSE |
| JOSHUA WHITE | DEFENDANT |

MOTION IN LIMINE TO PRECLUDE INTRODUCING STATEMENTS REFERRING TO ACCESS TO FORENSIC EVIDENCE

NOW COMES the defendant, Joshua White, by and through his attorney, Bradley Clark, and moves *in limine* to preclude the government from introducing any evidence regarding defense expert's accessing the forensic evidence in this case. Evidence that defense experts had access to the forensic evidence in this case is irrelevant, and any marginal relevance is outweighed by the dangers of creating unfair prejudice and confusing the issues. See Fed. R. Evid. 401-403. If no defense expert is called, the only way the jury could infer guilt from a chain of reasoning premised on defense access to the evidence is to speculate that the government's expert(s) must have performed flawlessly, for otherwise defense experts would have been called to testify at trial otherwise. That is a false inference for any number of reasons. For example, defense counsel may make a strategic decision not to call a defense expert; such a decision is not a basis for making evidentiary inferences.

More fundamentally, no inference may be drawn in a criminal case from a defendant's decision not to call a particular witness. A defendant does not have to prove his innocence; the government must prove his guilt beyond a reasonable doubt. This fundamental right is protected

by the Fifth and Sixth Amendments. That defense experts had access to the evidence has no bearing on the prosecution's burden to prove the elements of its case. A contrary ruling would shift the burden to the defendant to offer an explanation as to why defense experts, having examined the evidence, are not testifying in order to undermine the prosecution's case.

Respectfully submitted,

/s Bradley Clark
BRADLEY CLARK (KBA# 93070)
Suhre & Associates – Lexington
333 W. Vine St., Ste. 300
Lexington, KY 40507
Ph: (859) 474-0001
bclark@suhrelaw.com

NOTICE

Please take Notice that the foregoing Motion shall come for hearing at the convenience of the Court.

CERTIFICATE OF SERVICE

I hereby certify that on December 11th, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. A. Spencer McKiness, Assistant United States Attorney, and Hon Stephanie M. Zimdahl, Assistant United States Attorney.

/s Bradley Clark
Bradley Clark
Counsel for Mr. White