UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:21-CR-00155-DJH-RSE |
| JOSHUA WHITE | DEFENDANT |

MOTION TO WITHDRAW

Comes now defense counsel, Bradley Clark, and moves this honorable Court to grant leave for counsel to withdraw from this matter. Counsel has sought an Ethics Opinion from the Kentucky Bar Association and has been instructed that withdrawal is necessary based upon the confidential, privileged information shared with bar counsel. Undersigned counsel believes that the continued representation of Mr. White in this matter would violate SCR 3.130(1.16) (a)(1), (2), and (3), all of which require counsel to move to withdraw. Additionally, continued representation would violate SCR 3.130(1.16)(b)(4) and (6), both of which permit counsel to move to withdraw.

Counsel understands that this matter has been pending for years. Counsel also understands that there have been multiple sets of prior counsel. Undersigned counsel has great respect for this Court and has worked diligently to try to resolve this matter. That, however, has not been possible, despite great effort. Counsel withdrawing from this matter will no doubt be inconvenient to the Court and the United States. But, given that bar counsel has instructed counsel to file this motion, undersigned counsel hopes that this Court can understand this request comes out of absolute necessity. If the Court would like more information as the nature of the

conflicts, counsel would ask that the Court order that privilege be waived, and the issue be addressed *ex parte* and under seal. The United States was informed of this motion.

The defendant has also been informed of this motion and agrees that counsel should be granted leave to withdraw. A copy has been served via electronic mail. Mr. White's current phone number is (502) 767-1722. His email address is joshuaiwhite1@gmail.com. His home address is 2134 Woodbourne Ave Louisville, KY 40205.

Respectfully submitted,

/s Bradley Clark
BRADLEY CLARK (KBA# 93070)
Suhre & Associates – Lexington
333 W. Vine St., Ste. 300
Lexington, KY 40507
Ph: (859) 474-0001
bclark@suhrelaw.com

NOTICE

Please take Notice that the foregoing Motion shall come for hearing at the convenience of the Court.

CERTIFICATE OF SERVICE

I hereby certify that on December 13th, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. A. Spencer McKiness, Assistant United States Attorney, and Hon Stephanie M. Zimdahl,

Assistant United States Attorney. A copy was electronically mailed to the defendant, Joshua White at joshuaiwhite1@gmail.com.

/s Bradley Clark
Bradley Clark
Counsel for Mr. White
