UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

-vs-

Case No.: 3:21-cr-000155-DJH

JOSHUA WHITE

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Jonathan M. Epstein, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent Joshua White in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Jonathan M. Epstein, PLLC

   with offices at

   Mailing address: 30445 Northwestern Hwy., Ste. 225

   City, State, Zip Code: Farmington Hills, MI 48334

   Telephone: 248-219-4004

   E-Mail: ~~wandadry@gmail.com~~ jonathan@jonathanmepstein.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts OR the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| Michigan | 1986 | P-38101 |
| Eastern Distr. Michigan | 1991 (approx) | |
| U.S.C.A. 6th Cir. | 1998 " | |
| Northern District Ohio | 2022 " | |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____

_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course OR ☐ on-line tutorial authorized class room training OR ☑ other method Please explain:
   Eastern District of Michigan, Northern District Ohio and U.S.C.A. 6th Cir. Pacer Accounts
   _____

6. Applicant tenders with this Motion the following:

   ☑ The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jonathan M. Epstein to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted / Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

| | |
|---|---|
| The Dry Law Firm | Signature |
| P.O. Box 2122 | Mailing Address |
| Danville, KY 40423 | City/State |
| 859-583-0037 | Zipcode |
| wandadry@gmail.com | Telephone |
| | Email |

Motions to appear *pro hac vice* are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE   DIVISION

UNITED STATES OF AMERICA

-vs-                                                                         Case No.: 3:21-cr-000155-DJH

JOSHUA WHITE

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Jonathan M. Epstein, is permitted to argue or try this case in whole or in part as counsel for Joshua White. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.