UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

Plaintiff

vs

Crim. No. 21-CR-00155
Hon. David J. Hale

JOSHUA WHITE,

_____ Defendant

## MOTION TO CONTINUE TRIAL DATE

Defendant JOSHUA WHITE, through counsel, Jonathan M. Epstein, respectfully moves this Honorable Court pursuant to LCrR 47.1(6) and Fed. R. Crim. P. 45(b)(1)(A) for a continuance of the February 26, 2024 trial date for good cause, as follows:

1.    Mr. White is charged in an Indictment with a serious felony offense, possession of illegal materials, in violation of 18 U.S.C. 2252(A)(5)(b) and 2252(A)(b)(2).

2.    On information and belief, the instant case involves multiple and international law enforcement agencies and is designated a "complex case" subject to Amended Protective Orders.

1

3.    On October 18, 2023, this Court was advised that several discovery requests by Defendant remained outstanding and "[t]he government previewed substantial electronic discovery still to be provided." (ECF 104, Order).

4.    The electronic discovery has still not been provided.

5.    Unbeknownst to Mr. White, prior retained federal trial counsel, Mr. Bradley D. Clark, was suffering from serious health issues compromising his ability to represent White; and thus Mr. Clark "blew" several filing deadlines including:

(a) an August 28, 2023 motion to compel deadline

(b) a November 1, 2023 witness and expert list filing

(c) a November 13, 2023 deadline for additional suppression motions;

And others, even after being cautioned by the Government. (see ECF 113, Govt. Response, at 4).

6.    These lapses and delays in effective representation by (well paid) retained counsel are not the fault of Mr. White who has, through local counsel Ms. Wanda Dry, continuously urged Mr. Clark's attention to filing deadlines and calendared dates.

7. The Sixth Amendment to the U.S. Constitution requires not simply the physical appearance and presence of counsel, but the effective assistance of counsel. *Strickland v. Washington*, 466 U.S. 668, 688 (1984).

8. After failing to file said documents, failing to pursue additional electronic discovery and many other lapses, on December 13, 2023, Mr. Clark unexpectedly moved to withdraw revealing serious personal health issues (ECF 120); thereby Mr. White, suddenly without lead counsel, was Ordered to obtain new lead trial counsel by January 5, 2024. (ECF 135, Order).

9. That Mr. White timely complied with the Court's Order, and on January 5, 2024, Undersigned Counsel, pursuant to LCrR 83.2 and 57.2, located in Farmington Hills, MI, moved for Admission Pro Hac Vice (ECF 136) which was granted by this Court. (ECF 137, 1/8/24).

10. On January 8, 2024, however, Counsel fell ill and Cardiologist Dr. David Nori, Beaumont Northpointe Health Center, has subsequently cleared him to resume work. (Letter to be provided upon request).

11. On January 10, 2024, the Government timely forwarded Counsel 257 files consisting of approximately 479 pages of discovery which has been downloaded but not reviewed.

12. That "substantial electronic discovery" remains outstanding; that Mr. Clark was ineffective by withdrawing said discovery requests where the Government had already "previewed" the files but had not provided same. (see ECF 135).

13. That undersigned Counsel requires adequate additional time to review and obtain electronic discovery, to review voluminous discovery material, to review additional suppression motions, to participate and engage in plea negotiations and to determine how said electronic materials may effectively be used at trial or subject to motions in limine.

14. Further, on January 12, 2024, the Government advised "hard drive" discovery evidence remains to be viewed by Counsel at HSI Offices in Louisville, Kentucky necessitating travel to review same.

15. Undersigned Counsel further requires time to consult with defense computer forensic experts, retained by prior Counsel,

4

and review numerous FOIA requests filed in this and companion operational cases/prosecutions by counsel.

16. Lastly, by Order of this Court, motions in limine are to be filed "no later than 4 weeks prior to trial," that date currently being January 29, 2024. (ECF 135).

17. That two (2) weeks to review voluminous discovery, obtain and review electronic discovery, engage in plea negotiations, travel to review hard-drive evidence, prepare appropriate motions in limine, jury instructions, voir dire and effective cross-examination in this "complex case" is inadequate for Counsel to provide effective assistance. *Strictland, supra.*

18. For this end, Defendant White hereby waives his rights under the Speedy Trial Act to allow Counsel time to "get up to speed"; that this is Counsel's first request for a continuance and the ends of justice will be served by a continuance.

19. That the previously briefed factors set forth in *Pioneer Investment v. Brunswick Associates*, 507 U.S. 380, 395 (1992), mitigate in favor a continuance. (ECF 106, at 3-4).

20. That on December 28, 2023, this Court granted Defendants motion to extend the deadlines for filing pre-trial motions and Counsel must attend to that. (ECF 135 at 1).

21. Lastly, on December 8, 2023, the Government indicated no prejudice would be suffered by a continuance; "Realistically, the government will not be severely prejudiced by allowing the late filing of pretrial motions. If the motion were granted, the trial would likely need to be continued, but that fact alone does not prejudice the government's trial strategy or presentation at this time. This factor likely favors excusable neglect." (ECF 113, p.5).

22. That the Assistant United States Attorney has nevertheless declined Counsel's request for a stipulated proposed Order for continuance and does not concur in the relief requested.

WHEREFORE, Counsel for Defendant JOSHUA WHITE respectfully requests a continuance of the current pre-trial motion and trial dates to that provided to prior counsel in this complex case.

Respectfully submitted:

Jonathan M. Epstein
Attorney for White
30445 Northwestern Hwy, Suite 225
Farmington Hills, MI 48334
jonathan@jonathanmepstein.com
(248)219-4004

January 16, 2024