UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff

vs                                                  Crim. No. 21-CR-00155
                                                       Hon. David J. Hale

JOSHUA WHITE,

        _____ Defendant

### ORDER

This matter having come before the Court on Defendant Joshua White's Motion to Continue Trial and extend deadlines, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Motion for Continuance is GRANTED. The trial scheduled for February 26, 2024, is set aside and rescheduled for _____ 2024. In addition, any pretrial defense motions shall be filed on or before _____ 2024.

ENTERED this _____ day of _____, 2024.

                                                                                          _____
                                                                                      UNITED STATES DISTRICT JUDGE

1