UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE,     Defendant.

* * * * *

## ORDER

Defendant Joshua White having filed a motion to continue the trial (Docket No. 138), it is hereby

**ORDERED** that the United States **SHALL FILE** a response to the motion to continue (D.N. 138) within **seven (7) days** of entry of this Order.

January 17, 2024

David J. Hale, Judge
United States District Court