UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

          Plaintiff

vs                                    Crim. No. 21-CR-00155
                                      Hon. David J. Hale

JOSHUA WHITE,

          Defendant

## REPLY BRIEF

The Government responds "counsel can rely on the knowledge and information from co-counsel, Ms. [Wanda] Dry" as if her knowledge of the facts, procedures and discovery can be imparted into Counsel's mind without a full independent review of original source documents. Contrary to the Government's assertion, Counsel **does** have a duty to review "every item of discovery" and there is a substantial amount of discovery. Thus, Counsel has just begun to examine the "apple." And to suggest otherwise is neither professional nor realistic.

Further, as stated in Ms. Dry's May 16, 2023, Motion, she "does not currently have the necessary knowledge and experience to effectively represent Mr. White as primary counsel in this matter and could not

acquire same quickly enough…She believes it would be an ethical violation for her to assume the role as active, lead counsel at this time." (ECF 84). This is because Ms. Dry is not sufficiently knowledgeable on matters of Federal Rules, procedure, Rules of Evidence, and the United States Code. This Court agreed stating Ms. Dry "lacks the necessary knowledge and experience" in an Order dated May 18, 2023 (ECF 86).

While Ms. Dry is a valuable second chair "consultant…and assistant", see Dry Motion, *supra*, however she cannot impart her knowledge of the facts, appropriate motions in limine, pleadings and defenses to undersigned Counsel who has substantial experience in federal court proceedings which are simply not litigated in weeks' time.

Lastly, this is not a "tactic for delay" as White's former lead trial counsel suddenly withdrew for health reasons unrelated to Mr. White or the case, leaving White in the lurch absent qualified counsel not to mention a substantial investment in attorney fees. Mr. White did not discharge counsel nor was there a "breakdown" in attorney client communications. This is no tactic. As demonstrated herein, Counsel will move expeditiously in this litigation.

Thus, the Government has not adequately rebutted good cause shown, and out of state Counsel respectfully requests a reasonable continuance of the trial to allow adequate trial preparation be granted under Fed. R. Crim. P. 45(b)(1)(A).

                                    Respectfully submitted:

                                    Jonathan M. Epstein
                                    Attorney for White
                                    30445 Northwestern Hwy, Suite 225
                                    Farmington Hills, MI 48334
                                    jonathan@jonathanmepstein.com
                                    (248)219-4004

January 24, 2024