UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

          Plaintiff

vs                                             Crim. No. 21-CR-00155
                                            Hon. David J. Hale

JOSHUA WHITE,

          Defendant

## **ORDER**

This matter having come before the Court on Defendant Joshua White's Motion to Compel Evidence, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Motion to Compel Evidence is GRANTED. The documents and evidence sought shall be provided to Counsel for Defendant by the Government on or before _____, 2024.

      ENTERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE