UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff

vs                                         Crim. No. 21-CR-00155
                                             Hon. David J. Hale

JOSHUA WHITE,

        Defendant

## **ORDER**

This matter having come before the Court on Defendant Joshua White's Motion for Reconsideration of Motion to Compel Discovery, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Motion for Reconsideration is GRANTED. The documents and evidence sought shall be provided to Counsel for Defendant by the Government on or before _____, 2024.

ENTERED this _____ day of _____, 2024.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE