UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                             Crim. No. 21-CR-00155

                                                    Hon. David J. Hale

JOSHUA WHITE,

          _____Defendant.

## **ORDER**

This matter having come before the Court on Defendant Joshua White's Motion for a Franks Hearing, and the Court being otherwise sufficiently advised: IT IS HEREBY **ORDERED** that the Motion for a *Franks* Hearing is **GRANTED**. The court shall conduct a hearing to determine whether, after excising said misinformation and/or adding the omitted material information, the warrant still provides probable cause to have searched the White Family home. A *Franks* hearing shall be held on _____, 2024.

ENTERED this _____ day of _____, 2024.

                                                    _____
                                                   UNITED STATES DISTRICT JUDGE