UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                    Crim. No. 21-CR-00155

                                       Hon. David J. Hale

JOSHUA WHITE,

        Defendant.

## ORDER

This matter having come before the Court on Defendant Joshua White's Motion to Suppress Evidence from New Searches, and the Court being otherwise sufficiently advised; IT IS HEREBY **ORDERED** that the Motion to suppress evidence is **GRANTED**.

☐ All evidence derived from searches after _____, 20____ are ordered to be suppressed.

☐ A hearing shall be held on _____, 2024.


ENTERED this _____ day of _____, 2024.


                                         _____
                                         UNITED STATES DISTRICT JUDGE