# EXHIBIT 2

Case 3:21-cr-00155-DJH-RSE   Document 178-2   Filed 05/06/24   Page 2 of 2 PageID #: 786
Case 2:21-cr-00127   Document 154   Filed 03/02/23   Page 61 of 163 PageID #: 1517   61

Special Agent Michael Fleener - Cross (Schles)

| | |
|---|---|
| 1 | **Q.** And can you tell me how you came to suspect somebody at |
| 2 | the Dugan residence of having accessed child pornography? |
| 3 | **A.** Yes, sir, I can. Our agent -- our office up in Boston, |
| 4 | Massachusetts, with the -- |
| 5 | **Q.** When you say your office, would you -- |
| 6 | **A.** Correct. The HSI office -- the Special Agent in Charge |
| 7 | office of HSI in Boston, Massachusetts, was working jointly |
| 8 | with and assisting a foreign law enforcement agency |
| 9 | conducting an ongoing investigation. |
| 10 | **Q.** So somebody who works -- you don't know who worked |
| 11 | for -- but at the time you were in the same agency obviously |
| 12 | in different divisions in different cities. |
| 13 | Somebody contacted you and told you that a foreign |
| 14 | agent from some other government had informed them that on |
| 15 | May 25th of 2019 a computer identified by an IP address |
| 16 | eventually traced to Mr. Dugan's residence had accessed a |
| 17 | certain website? |
| 18 | MS. WHITE: Objection, Your Honor. |
| 19 | THE COURT: Overruled. |
| 20 | **A.** There was a lot more to it than that, but, yes, our |
| 21 | office in Boston, Massachusetts, forwarded me a package of |
| 22 | information that came both from DOJ's Child Exploitation and |
| 23 | Obscenities Section, as well as information from the foreign |
| 24 | law enforcement office, summarizing the ongoing |
| 25 | investigation and then providing me with the pertinent |

*Kimberly Kaufman, RMR, CRR, CRC (304) 347-3188*