# EXHIBIT 4

Case 3:21-cr-00155-DJH-RSE   Document 178-4   Filed 05/06/24   Page 2 of 3 PageID #: 814
Case 2:21-cr-00127   Document 154   Filed 03/02/23   Page 64 of 163 PageID #: 1520

64

Special Agent Michael Fleener - Cross (Schles)

1   **A.**   I just read the report and looked at the evidence
2   collected by Trooper Boggs.
3   **Q.**   So you could not tell me or the jury that any specific
4   image was created on that hard drive on a certain date?
5   **A.**   No, sir.  Trooper Boggs would have to do that.
6   **Q.**   And so you can't say also when the Tor browser was
7   installed on that date?
8   **A.**   Not by date, no, sir.
9   **Q.**   You can't state when it was used, can you?
10  **A.**   I can give a date range when it was used, but not a
11  date specific.
12  **Q.**   Date range.
13         Your search warrant application specifically referenced
14  May 25th of 2019; is that correct?
15  **A.**   That's correct, sir.
16  **Q.**   Do you know what the Shimcashe is?
17  **A.**   The what, sir?
18  **Q.**   Shimcashe, S-h-i-m, cashe.
19  **A.**   The Shimcashe?
20  **Q.**   Uh-huh.
21  **A.**   I am familiar with it, but not in terms of
22  technologically advanced enough to explain.  I know what the
23  cache is, but the Shimcashe --
24  **Q.**   Well, what is your understanding of what information is
25  stored on a Shimcashe on a computer?

*Kimberly Kaufman, RMR, CRR, CRC (304) 347-3188*

Case 3:21-cr-00155-DJH-RSE   Document 178-4   Filed 05/06/24   Page 3 of 3 PageID #: 815
Case 2:21-cr-00127   Document 154   Filed 03/02/23   Page 65 of 163 PageID #: 1521

65

Special Agent Michael Fleener - Cross (Schles)

1   A.   A cache is typically where a computer stores various
2   types of information whether it's biodata, data, website
3   data, temporary data.
4   Q.   Would it store when a software program is executed on
5   the computer on a certain date?
6        Would there be evidence in the Shimcashe that a certain
7   software program was used on a certain date?
8   A.   Possibly, but I think a forensic analyst such as Boggs
9   would be more qualified to answer that.
10  Q.   Would it surprise you to learn that the forensic report
11  prepared in this case does not show the Tor browser being
12  executed on May 25th, 2019?
13  A.   I wouldn't say it surprises me.  I mean, no.
14  Q.   Wasn't it your belief that the Tor browser was used to
15  access this target website on May 25th, 2019?
16  A.   Yes, sir.
17  Q.   But it doesn't surprise you that there's no record of
18  the Tor browser being used on that date?
19  A.   I'm not sure what you're referring to because I haven't
20  looked at the file tree that specifically that Robert Boggs
21  printed out or that he conducted.
22  Q.   So you -- having gotten the search warrant, essentially
23  your job at the scene on June 11th of 2020 was to supervise
24  the collection of evidence and you also conducted the
25  interview with Mr. Dugan, correct?