UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      Crim. No. 21-CR-00155

                                        Hon. David J. Hale

JOSHUA WHITE,

        Defendant.

## **ORDER**

This matter having come before the Court on Defendant Joshua White's Motion to Suppress "Fruit of the Poisonous Tree" Evidence, and the Court being otherwise sufficiently advised; IT IS HEREBY **ORDERED** that the Motion to suppress evidence is **GRANTED**.

☐ **Grant of Motion to Suppress:** The Motion to Suppress Evidence is GRANTED. All evidence and illegal fruits obtained pursuant to the 2021 Search Warrant shall be suppressed.

☐ **Further Proceedings:** A hearing is scheduled for oral arguments on the motion to suppress. The hearing shall be held on _____, 2024.

ENTERED this _____ day of _____, 2024.

                                                          _____
                                                  UNITED STATES DISTRICT JUDGE