UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES of AMERICA,

        Plaintiff

Vs                                                      Crim. No. 3:21-cr-155-DJH
                                                      Hon. David J. Hale

JOSHUA WHITE,
                Defendant

## Motion to Strike Docket Number 177

        Comes the defendant, Joshua White, through counsel, Wanda M. Dry and moves this Honorable Court to strike the first submission of the Motion to Suppress "Fruit of the Poisonous Tree" Evidence (DN-177), in order to correct the docket.  That document was erroneously submitted without its exhibits and was resubmitted with it's exhibits as DN-178.

        Striking this document does not prejudice the public nor the Government as it was a duplicate.

        WHEREFORE, Counsel respectfully requests that the Court strike Docket Entry 177 from the record.

                                                      Respectfully submitted,

                                                      */s/ Wanda McClure Dry*
                                                      Wanda McClure Dry
                                                      P.O. Box 2122
                                                      Danville, Kentucky 40423
                                                      (859) 583-0037
                                                      wandadry@gmail.com
                                                      *Co-counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7th, 2024, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Wanda M. Dry
*Co-Counsel for Defendant*