UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES of AMERICA,

        Plaintiff

Vs                                                                                  Crim. No. 3:21-cr-155-DJH
                                                                                                Hon. David J. Hale

JOSHUA WHITE,
        Defendant

**ORDER**

      Motion having been made, and the Court being otherwise sufficiently advised, it is HEREBY ORDERED that Docket Number 177 is stricken from the record in this case.

ENTERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE