UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:21-cr-155-DJH |
| JOSHUA WHITE, | Defendant. |

\* \* \* \* \* \* \*

**NOTICE OF FILING SEALED EXHIBIT B RELATED TO MOTION TO SUPPRESS EVIDENCE FROM NEW SEARCHES (DN171)**

Comes the defendant, Joshua White, through counsel, Jonathan M. Epstein and Wanda M. Dry and respectfully provides notice of filing of Exhibit B (U.S. Customs Seized Asset Claim Form seeking return of items) to DN171 MOTION TO SUPPRESS EVIDENCE FROM NEW SEARCHES, which was filed with this Court on 5/6/2024.  This unredacted document, identified in discovery as Bates Stamped 460-463, is being filed under seal per the protective order (DN-56) issued in this case.

Respectfully submitted,

*/s/Jonathan Epstein*
*Jonathan M. Epstein*
*Attorney for Defendant White*
*30445 Northwestern Hwy, Suite 225*
*Farmington Hills, MI 48334*
*(248) 219-4004*

*/s/ Wanda McClure Dry*
Wanda McClure Dry
P.O. Box 2122
Danville, Kentucky 40423

          (859) 583-0037
          wandadry@gmail.com
          *Co-counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2024, the foregoing notice of filing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

          /s/Jonathan Epstein
          *Lead Counsel for Defendant*

          /s/ Wanda M. Dry
          *Co-Counsel for Defendant*