UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

UNITED STATES OF AMERICA,            Plaintiff,

v.                                   Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE,                        Defendant.

\* \* \* \* \* \* \*

### NOTICE OF FILING SEALED EXHIBIT A RELATED TO MOTION FOR FRANKS HEARING (DN172)

Comes the defendant, Joshua White, through counsel, Jonathan M. Epstein and Wanda M. Dry and respectfully provides notice of filing of Exhibit A (3 TARGET CHATSITE screenshots) to DN172 MOTION FOR FRANKS HEARING, which was filed with this Court on 5/6/2024. These unredacted screenshots, identified in discovery as Bates Stamped 153, 155, 156, are being filed under seal per the protective order (DN-56) issued in this case.

Respectfully submitted,

*/s/Jonathan Epstein*
*Jonathan M. Epstein*
*Attorney for Defendant White*
*30445 Northwestern Hwy, Suite 225*
*Farmington Hills, MI 48334*
*(248) 219-4004*

*/s/ Wanda McClure Dry*
Wanda McClure Dry
P.O. Box 2122
Danville, Kentucky 40423

(859) 583-0037
wandadry@gmail.com
*Co-counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, the foregoing notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/Jonathan Epstein
*Lead Counsel for Defendant*

/s/ Wanda M. Dry
*Co-Counsel for Defendant*