UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                                          CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                                      DEFENDANT

MOTION TO SEAL DEFENSE MOTIONS AND EXHIBITS
TO COMPLY WITH PROTECTIVE ORDER
*Electronically Filed*

The United States of America moves the Court for an Order sealing the defendant's motion to suppress "Fruit of the Poisonous Tree" and the first attached exhibit (DN 178 and 178-1). The reason for this request is to comply with paragraph 5 of the Protective Order in this case. (DN 56). That order states that "Any discovery material, or *information contained therein*, that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court." (Id. at para. 5). The documents to be sealed contain information derived from the discovery in this case, which reveal sensitive information about the operation (the FLA, the websites, investigative techniques, etc.). As such, the United States requests that the Court enter an order sealing the motion (DN 178)

and the first attached exhibit (DN 178-1).

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502)582-5911
FAX: (502)582-5067
Email: spencer.mckiness@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant United States Attorney
