UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                              CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                                DEFENDANT

## MOTION TO STRIKE AND SUBSTITUTE
*Electronically Filed*

The United States moves to strike the previously filed proposed order docketed as Document 187-1 in this case.

        Respectfully submitted,

        MICHAEL A. BENNETT
        United States Attorney

        s/ *A. Spencer McKiness*
        A. Spencer McKiness
        Assistant U.S. Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        PH: (502)582-5911
        FAX: (502)582-5067
        Email: spencer.mckiness@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

        s/ *A. Spencer McKiness*
        A. Spencer McKiness
        Assistant United States Attorney