UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA PLAINTIFF

v.                 CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE               DEFENDANT

### PROPOSED ORDER

Upon the motion of the United States of America, and the Court being sufficiently advised,

It is hereby ORDERED that United States' Motion to Seal is granted and access to the motion (DN 178) and the attached exhibit (DN 178-1) are restricted per the Court's Protective Order entered on October 19, 2022.