United States v. White

3:21-cr-155-DJH

EXHIBIT "H"

Case 3:21-cr-00155-DJH-RSE   Document 193-3   Filed 05/20/24   Page 2 of 3 PageID #: 917
Case 2:21-cr-00127   Document 154   Filed 03/02/23   Page 1 of 163 PageID #: 1457

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

_____
                                    x
UNITED STATES OF AMERICA,           : Criminal Action
                                    :
            Plaintiff,              : No. 2:21-cr-00127
                                    :
v.                                  :
                                    :
RAYMOND DUGAN,                      :**\* REDACTED \*\***
                                    :
            Defendant.              : **APPEAL TRANSCRIPT**
_____x

VOLUME I
TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE JOSEPH R. GOODWIN
UNITED STATES DISTRICT COURT JUDGE
IN CHARLESTON, WEST VIRGINIA
AUGUST 2, 2022

APPEARANCES:

For the Government:        Julie White, Esq.
                           Nowles Heinrich, Esq.
                           Assistant United States Attorney
                           United States Attorney's Office
                           P.O. Box 1713
                           Charleston, WV  25326-1713

For the Defendant:         David Schles, Esq.
                           David O. Schles
                           Suite 306
                           815 Quarrier Street
                           Charleston, WV 25301

Probation Officer:         Kiara Carper

                  _____
                    Kimberly Kaufman, RMR, CRR, CRC
                    Federal Official Court Reporter
                  300 Virginia Street East, Room 6610
                         Charleston, WV 25301

Proceedings recorded by mechanical stenography; transcript produced by computer.

Case 3:21-cr-00155-DJH-RSE   Document 193-3   Filed 05/20/24   Page 3 of 3 PageID #: 918
Case 2:21-cr-00127   Document 154   Filed 03/02/23   Page 61 of 163 PageID #: 1517

61

Special Agent Michael Fleener - Cross (Schles)

1  Q.   And can you tell me how you came to suspect somebody at
2  the Dugan residence of having accessed child pornography?
3  A.   Yes, sir, I can.   Our agent -- our office up in Boston,
4  Massachusetts, with the --
5  Q.   When you say your office, would you --
6  A.   Correct.   The HSI office -- the Special Agent in Charge
7  office of HSI in Boston, Massachusetts, was working jointly
8  with and assisting a foreign law enforcement agency
9  conducting an ongoing investigation.
10 Q.   So somebody who works -- you don't know who worked
11 for -- but at the time you were in the same agency obviously
12 in different divisions in different cities.
13      Somebody contacted you and told you that a foreign
14 agent from some other government had informed them that on
15 May 25th of 2019 a computer identified by an IP address
16 eventually traced to Mr. Dugan's residence had accessed a
17 certain website?
18           MS. WHITE:  Objection, Your Honor.
19           THE COURT:  Overruled.
20 A.   There was a lot more to it than that, but, yes, our
21 office in Boston, Massachusetts, forwarded me a package of
22 information that came both from DOJ's Child Exploitation and
23 Obscenities Section, as well as information from the foreign
24 law enforcement office, summarizing the ongoing
25 investigation and then providing me with the pertinent