# EXHIBIT "3"
# 3:21-cr-155-DJH
## United States v. White

Saunokonoko, Mark - 9news Australia - 18 February 2020

*Exclusive: Elite Aussie unit helps catch elusive paedophile 'Twinkle' who ran darknet child abuse website 'Babyheart'*

https://www.9news.com.au/national/queensland-police-taskforce-argos-helps-catch-twink1e-and-babyheart-darknet-site/b5fa55c0-114f-4d66-a66c-045af0bee903

2 Pages

https://www.9news.com.au/national/queensland-police-taskforce-argos-helps-catch-twinkle-and-babyheart-darknet-site/b5fa55c0-114f-4d66-a66c-045af0bee903

# Exclusive: Elite Aussie unit helps catch elusive paedophile 'Twinkle' who ran darknet child abuse website 'Babyheart'

By Mark Saunokonoko • Senior Journalist
11:40am Feb 18, 2020

Queensland Police's world-renowned specialist child abuse unit has helped track down an elusive European paedophile who ran the darknet child sex abuse website 'Babyheart'.

A Portuguese national, who went by the online moniker Twinkle, was arrested after a year-long investigation, Interpol confirmed.

TaskForce Argos, a branch of Queensland Police which investigates online child abuse and paedophile rings, pored over digital files and intelligence shared by Interpol to help unmask the fugitive administrator of the Babyheart site.

The intelligence pointed at a user known as Twinkle being the administrator. Recommended by Twinkle, who has not been formally identified by police, also sexually abused children and posted images of that abuse on the site. The Portuguese man had been using the Tor network, a tool which allows users to browse the web anonymously, to protect himself against the efforts of investigators. Twinkle had also boasted about using advanced methods of encryption and counter-surveillance that would stop him being caught by police.

Investigators said Twinkle deliberately used misleading information in online posts, messages and through the child abuse material he claimed to have produced. But meticulous analysis of the intelligence, including pictures and video files, by the Argos unit and others led to a breakthrough. The location of the suspect was then narrowed down to Portugal.

A Queensland Police spokesperson was unable to divulge operational details but confirmed to nine.com.au TaskForce Argos was involved in the takedown of Twinkle and Babyheart. "The Argos victim identification team were part of a collective response that worked together to share information to track down the targets," the spokesperson said.

TaskForce Argos' victim identification team has developed an elite reputation for finding tiny clues in child abuse videos and photos to identify child victims and their abusers.

The Australian Federal Police told nine.com.au it helped facilitate the global investigation, which included US, UK, French, Italian, Canadian, Brazilian and Portuguese law enforcement.

Portugal's Polícia Judiciária arrested two men in 2017, but details of the Interpol investigation were only made public in late January.

Taskforce Argos was established in 1997 and has evolved into a specialist unit dedicated to the prevention, disruption and investigation of computer facilitated crimes against children.

Argos has been responsible for countless global arrests and taking down some of the world's biggest child abuse websites on the darknet.