# EXHIBIT "4"
# 3:21-cr-155-DJH
## United States v. White

Souza, Suzana - G1 Globo - 12 March 2021 *PF arrests 25 people and rescues three minors in operation against child pornography in 20 states and in the Federal District*

https://g1.globo.com/pe/pernambuco/noticia/2021/12/03/pf-prende-pessoas-em-flagrante-e-cumpre-mandados-de-prisao-durante-operacao-contra-pornografia-infantil.ghtml

9 Pages

this is the translated G1 report from clicking on hotlink under the hotlink for the 5 page document (see:

https://g1.globo.com/pe/pernambuco/noticia/2021/12/03/pf-prende-pessoas-em-flagrante-e-cumpre-mandados-de-prisao-durante-operacao-contra-pornografia-infantil.ghtml

# PF arrests 25 people and rescues three minors in operation against child

# pornography in 20 states and in the Federal District



Fechar

Assista ao próximo

Cancelar

Assista também

Reveja

Reproduzir vídeo

Polícia Federal prende 25 pessoas em operação contra pedofilia na internet NE1 Reproduzir Assistir agoraPular ResumoPular AberturaAssistir do início --:--/--:--

AGORA Silenciar som

Tela cheia

Federal Police arrest 25 people in operation against child pornography on the internet

At least 25 people were arrested by the Federal Police ([PF](#)) [within Operation Lobos 2](#), which investigates suspects of sexual abuse of children and adolescents and of producing, disseminating and storing child pornography. In addition, according to the PF, three victims of violence, all under the age of 18, were rescued on Friday (3) **(see video above).**

In all, 114 warrants were issued by the Federal Court in Pernambuco (JFPE). Federal Judge Carolina Malta, of the 36th Federal Court, was responsible for the determinations. There were eight preventive arrest warrants, 106 search and seizure warrants.

"Every time we have the identification of a child in an exploratory environment and see that this child is in the intimate family cycle of the abuser, we call the support agencies to give the support. And they were children from the family bond of these targets [the rescued]," said federal delegate Rafaella Parca.

The [g1](#) questioned whether they were, in fact, only children rescued or if there were adolescents, but the PF reported that it could not disclose any information that would identify the victims.

- [Share this news on WhatsApp](#)

- [Share this news on Telegram](#)

The operation was the result of a collective work of police forces from Brazil, the United States, the United Kingdom, Australia, Canada, New Zealand, Germany, Portugal, Italy, Norway, France and Austria.

Despite not going into details about those rescued on Friday, Rafaella Parca said that the investigations carried out jointly over the last few years point to increasingly young victims of abuse.



Federal Police Collective on Operation Lobos 2, against sexual abuse of children and production and dissemination of child pornography — Photo: Ivanildo Machado/TV Globo

"We are increasingly noting younger children. Up to 11, 12 years old. Many children from 0 to 5 years old. This is also due to the child's difficulty understanding an abuse situation and being able to report it," said the federal delegate.

Until the last update of this report, 18 arrests were made in the act and seven of eight arrest warrants were served. The PF reported it would not disclose in which places the arrests and rescues were made. At [least one of the arrests took place in Espírito Santo](#) and another in Pernambuco.

"In the matter of an investigation of this nature, it is even difficult for us to point out which municipality there was the arrest because they are more serious [vexatory] measures and can even result in damage to family members and people closest to the targets," said federal delegate Márcio Tenório.

One of the most wanted men in the world due to the production of child pornography was arrested in 2019 at an earlier stage of the operation, which was not disclosed, the PF reported on Friday (*see details of the investigation below*).

Federal police officer in compliance with a warrant from Operation Lobos 2, this Friday (3) — Photo: Federal Police/Disclosure

"The sites that this individual organized and fostered were spread around the world. [...] This production of material was one of the most relevant to be fought in the world. It was one of the priority targets of several international police on the subject of child pornography," said federal delegate Cléo Mazzotti.

From this arrest, the police reached the targets this Friday and seized several computers, mobile phones, toys and baby clothes. Among the targets of the arrest warrants on Friday, according to the Federal Police, were people who set up other sites to maintain the production and sharing of scenes of sexual abuse.

This Friday, 104 search and seizure court orders were complied with, distributed in 55 cities in 20 states *(see below)* and in the Federal District. From these warrants, the 18 arrests were made in the act.

"The vast majority of warrants were in residences. But we also have in workplaces, for example a lawyer's law firm," said federal delegate Renato Cintra.



PF delegate details operation against gang involved in sexual abuse of children

The Federal Police, together with police from other countries, had been investigating since 2016 a network of abuse and production of child pornography, with exchange of information with international police. With this investigation, one of the forum administrators with this illicit material was in Pernambuco and was arrested in 2017. His name and age were not disclosed.

"From then on, a long investigation began, which was always kept confidential, nothing was disclosed. Thus, we arrived at the arrest of the target [in SP] that hosted all these forums, which reached more

than 1.8 million people worldwide," detailed delegate Renato Cintra (**see video above**).

This man, who hosted the forums, was considered one of the main targets in the world in the theme of child pornography, according to the PF. He was arrested in 2019 in the state of São Paulo. His name was not informed by the Federal Police.

"He [the target arrested in 2019] was considered a legend in the underworld of the deep web, he manifested little but all of them, the millions of users, knew that he was the maintainer of the structure. A true legend, if he spoke of him with great respect, including," declared federal delegate Cassiana Saad.

- 'Deep web': understand what it is and the risks

All illicit content was served on the dark web, a part of the deep web, as it is called the internet area that cannot be accessed through common search engines.

"We imagined that we were dealing with a 50-year-old person, but we came across a young person who at first would not have a cultural baggage that he demonstrated in these forums. He gave doctrinal insights to criminals on this theme of child pornography, in order to want to normalize this kind of thing," said Cassiana Saad.

Materials found during Operation Lovos 2 on Friday morning (3) — Photo: Federal Police/Disclosure

> *"He [target of 2019] was a person with a very different profile, it is not overnight*

*that these criminals appear," said delegate Cassiana.*

According to Rafaella Parca, there were also arrests outside Brazil throughout the investigation, in countries such as Portugal, the United States and Spain. "There were subsequent and undisaled arrests. [...] They [suspects] have peculiarities. Some that are very organized, create specific folders. That makes it a little easier. Others have only one nickname," said Parca.

The PF did not disclose in which municipalities the warrants were complied with on Friday, but reported in how many **cities** in each state there were targets. Check it out:

- [Alagoas](#) - 1
- [Amazon](#) - 1
- [Ceará](#) - 1
- [Federal District](#)
- [Holy Spirit](#) - 2
- [Goiás](#) - 3
- [Maranhão](#) - 1
- [Minas Gerais](#) - 3
- [Mato Grosso](#) - 2
- [Mato Grosso do Sul](#) - 1
- [Pará](#) - 2
- [Paraíba](#) - 1
- [Paraná](#) - 3
- [Piauí](#) - 1
- [Pernambuco](#) - 1
- [Rio de Janeiro](#) - 4
- [Rio Grande do Norte](#) - 1
- [Rio Grande do Sul](#) - 3
- [Santa Catarina](#) - 3
- [São Paulo](#) - 14

- [Tocantins](#) - 1

*Intern under the supervision of the editor of g1 PE Katherine Coutinho*