# EXHIBIT "7"
# 3:21-cr-155-DJH
## United States v. White

- List of Records Possessed by the Government listed in FOIA response 2022-ICLI-00049 not yet provided in discovery related to the Operation(s)

1 Page

**Exhibit Government Records**

The following are the file names or titles of records that the government has admitted that it has in connection with the operation, but has failed to produce in discovery.

1. **Utah - affidavit - draft 2.docx**
2. BKA-SO45-2
3. **Brazil Storage Devices Affidavit v2 AP EDITS.docx** referenced 2022-ICLI-00049 0068
4. **Brazil Storage Devices Affidavit v3 AP edits.docx** referenced 2022-ICLI-00049 0068
5. **Brazil Storage Devices Affidavit v4 AP EDITS.docx** referenced 2022-ICLI-00049 0068
6. **Good Listener Wood Pecker Ridge.docx** - referenced 2022-ICLI-00049 0068
7. **INFO_2018-08 Guard Research Report.pdf** - referenced 2022-ICLI-00049 0068
8. **Bridgewater - deeperharder.docx** - referenced 2022-ICLI-00049 0068 Sent December 9th, 2019
9. **NIAC Tor Op Go By SW VI 11 6 19.docx** - referenced 2022-ICLI-00049 0068 From "CID FBI" agent, subject of email "Draft Template"
10. **NICA Tor Op Notification Draft V1.docx**,  referenced 2022-ICLI-00049 0068
11. **NIAC Tor Op Go by SW V2 11 27 19.docx** referenced 2022-ICLI-00049 0068
12. **FOR SUBMISSION.docx** referenced 2022-ICLI-00049 0068 - from "USAMA", tips referring to the draft of the affidavit which is ready for submission.
13. **affidavit - draft 1 AP edits.docx** referenced 2022-ICLI-00049 0068
14. **affidavit Draft FBIdjb (2).docx** referenced 2022-ICLI-00049 0068
15. **GBE - DE 237 - XXXX - Judgment.pdf** referenced 2022-ICLI-00049 0072
16. **GBE - DE 239 - XXXX - Judgment.pdf** referenced 2022-ICLI-00049 0072
17. **GBE - DE 248 - XXXX - Judgment.pdf** referenced 2022-ICLI-00049 0072
18. **GBE - DE 250 - XXXX - Judgment.pdf** referenced 2022-ICLI-00049 0072
19. Motion to seal.pdf - referenced 2022-ICLI-00049 0049 pg847
20. -affidavit.pdf referenced - referenced 2022-ICLI-00049 0049 pg847
21. -application FLAT.pdf - referenced 2022-ICLI-00049 0049 pg847
22. -attachments.pdf - referenced 2022-ICLI-00049 0049 pg847
23. Warrant FLAT.pdf - referenced 2022-ICLI-00049 0049 pg847
24. "**CSAE imagery on Tor Hidden Service Site"** ▮▮▮▮▮ **report** - referenced as having been received by FBI on 10/25/2019 from the NCA.