UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA	PLAINTIFF

v.	CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE	DEFENDANT

### PROPOSED ORDER

This matter is before the Court on the United States' Motion to exclude the defendant's proposed expert testimony of William Jacob Green, Luis Castron, and Special Agent Brad Hutchison as untimely and incomplete.

The Court being otherwise sufficiently advised hereby orders the motion is **GRANTED** and the proposed expert testimony of William Jacob Green, Luis Castron, and Special Agent Brad Hutchison is hereby excluded from admission at trial pursuant to Fed. R. Crim. P. 16(d)((2)(C). The defendant failed to comply with his disclosure obligations under Rule 16, and the Court finds that the integrity of the adversary process and the interest in the fair and efficient administration of justice weigh heavily against White's right to present potentially "exculpatory" evidence.