# Jonathan M. Epstein, PLLC

**Attorney & Counselor**
**30445 Northwestern Hwy. Ste. 225**
**Farmington Hills, MI 48334**
**CELL PHONE (248) 219-4004**
**FAX (248) 855-5872**

May 13, 2024

Mr. Spencer McKinnis, AUSA KYW
Spencer.McKiness@usdoj.gov

> ***Re:*** ***United States v. Joshua White,*** **No. 21-cr-00155-DHJ**

Dear Counsel,

Pursuant to F. R. Crim. P. 16(b)(1)(c) and F. R. E. 702, 703 and 705 and the Court Order dated February 14, 2024, Defense Counsel provides and discloses anticipated expert testimony which Defendant may use in its case in chief in the trial of this matter.

As Counsel are advised of more recent discovery searches and images, such materials nor the "meta data," have been fully reviewed by Counsel, and thus Defendant's experts have not completed their review nor issued written summaries, which will be provided forthwith. As advised, Defense Counsel has requested the digital files be sent to HSI, Raliegh, North Carolina for their expert's review and is making such arrangements with the Government but provides the following current preliminary information.

## William Jacob Green (Technical Lead/Digital Forensics, Envista Forensics)

William Jacob Green, of Envista Forensics, has many years of law enforcement investigative experience and over ten years of forensic investigation experience. Beginning in approximately 2011, he began digital forensics investigations. During his law enforcement career in digital forensics, he assisted over twenty law enforcement agencies with over 1,300 examinations. As Technical Lead with Envista, he conducts computer and cell phone forensic examinations,

provides courtroom testimony, and conducts evaluations of network intrusions/breaches, database threats, malware analysis, GPS forensics, equipment reviews, and cost analysis. Throughout his career, he has accumulated over 900 hours of training in digital forensics.

In this case, Mr. Green has reviewed the discovery, particularly the 28 ROIs that have been provided to Counsel and has conferenced with Counsel regarding the matter. He or his associate, Mr. Castrillon, plan to do a full review at HSI, Raleigh, NC, once those arrangements are finalized. He also plans to review all trial exhibits. Mr. Green will testify regarding the forensic evidence found in his review, and as identified in the ROIs, as it pertains to the Government's expected expert testimony from Stephen Stuart.

Mr. Green may also testify about trial exhibits produced by the Government. He may further assist in producing trial exhibits for the Defense and will testify as to what they represent. Finally, he is expected to testify, in general, to assist the jury and the Court's understanding of how computers work, how the internet and TOR works, and how other relevant hardware and software operates.

## Luis Castrillon (Digital Forensic Analyst, Envista Forensics)

Mr. Luis Castrillon, Digital Forensic Analyst with Envista, has over 20 years of federal law enforcement experience. In 2018, he was accepted in the Homeland Security Investigations (HSI) Forensics Computer Program and spent his last 5 years in service as a Computer Forensics Agent. In this capacity, he supported HSI in all programmatic areas and federal, state and local partners in the examination of digital media involving Child Sexual Abuse Material, Narcotics and Financial Fraud Investigations. Prior to his government service, he obtained a Master of Science, Forensic Science degree and a Professional Certificate in Forensic Computer Investigation from the University of New Haven.

Mr. Castrillon is expected to review the 28 ROIs that have been provided Counsel and plans to do a full forensic review at HSI in Raleigh, NC once those arrangements are finalized. He also plans to review all trial exhibits. Mr. Castrillon

is expected to testify about the evidence found in his review, and identified in the ROIs, as it pertains to the Government's expected expert testimony from Stephen Stuart.

Mr. Castrillon also may testify about trial exhibits produced by the Government and will assist in producing trial exhibits for the Defense, if necessary. He will testify as to what the exhibits represent. Finally, he is expected to testify, in general, to assist the jury and the Court's understanding of how computers work, how the internet and TOR works, and how other relevant hardware and software operates.

### Brad Hutchinson (Special Agent for HIS, Department of Homeland Security)

Defense may call (undetermined) Special Agent Brad Hutchinson of HSI, who was in the Department of Homeland Security, at the time of the events at issue. Agent Hutchinson's current whereabouts and employment status are unknown at this time, but he had been employed with HSI beginning in about June of 2010. He was at the Louisville, KY field office at the time he attended the search and performed the initial forensic review in this case in 2021.

Agent Hutchinson's duties have included the investigation of violations of federal criminal laws such as matters involving the sexual exploitation of children. SA Hutchinson is a HSI Certified Computer Forensic Agent (CFA). Agent Hutchinson is familiar with forensic imaging using "Tableau TX-1" manufactured by Digital Intelligence which purportedly uses MD5 and SHA1 algorithm. Agent Hutchinson is also familiar and uses Magen Axiom forensic software. Hutchinson is purportedly skilled and experienced with CSAM and purportedly able to recognize and distinguish images of children, erotica, child pornography, and adult pornography.

All seized items in this case were transferred to Special Agent Hutchinson on or about February 17, 2021, for forensic examination. Agent Hutchinson, if called,

is expected to provide expert testimony consistent with his report (ROI 7) in this case.

Very truly,

/s/ Jonathan Epstein
JONATHAN M. EPSTEIN, PLLC
Attorney for White
30445 Northwestern Hwy., Ste. 225
Farmington Hills, MI 48334
jonathan@jonathanmepstein.com
248-219-4004

Dated; May 13, 2024