# EXHIBIT "12"
# 3:21-cr-155-DJH
## United States v. White

- Special Agent Gregory Squire LinkedIn page.

  from *U.S. v. Shacar* 21-cr-30028-MGM DN113-18 (D.MASS 2024)

4 Pages

United States v. Shacar

21-cr-30028-MGM

EXHIBIT "18"

        

Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Try Premi $0



## Gregory S
Special Agent at US Department of Homeland Security

-  US Department of Homeland Security
- SNHU Southern New Hampshire University

Boston, Massachusetts, United States · Contact info

132 connections

Connect   Message   ⋯

### About
I have been working in the crimes against children discipline since 2007. Over the years I have conducted complex criminal investigations on the clearweb and the darkweb on individuals and criminal networks that are intent on physically and sexually abusing children. …   …see more

### Activity
132 followers

Gregory S commented on a post · 2mo
Good luck Jim, know you will crush it with Jon Rouse APM

Gregory S commented on a post · 2mo
We will miss you brother Was an honor to work with you and build our friendship.

Show all comments →

### Experience
 **Senior Special Agent**
US Department of Homeland Security · Full-time
2007 - Present · 16 yrs 9 mos
Boston, Massachusetts, United States · Hybrid

Skills: Adult CPR · Team Leadership · Mentoring · Train the Trainer ·
Teaching · Criminal Intelligence   …see more

### Education
 **Southern New Hampshire University**
Bachelor's Degree, Organizational Leadership
2006

### Skills
Adult CPR
 Senior Special Agent at US Department of Homeland Security

---

Messaging  1

Search messages

Focused          Other

Sarah Walz from LinkedIn   Jul 27
LinkedIn Offer  Get the
applicants you need for…   1

**Team Leadership**

 Senior Special Agent at US Department of Homeland Security

**Mentoring**

 Senior Special Agent at US Department of Homeland Security

Show all 26 skills →

## Courses

**Darkweb Investigations**

 Associated with US Department of Homeland Security

## Honors & awards

**2023 National Missing & Exploited Children's Hero's Award**
Issued by NCMEC · Apr 2023

 Associated with US Department of Homeland Security

Honorable Mention

**2021 Criminal Division Assistant Attorney General Award. Kenneth A. Polite Jr, the Criminal Division's Assistant Attorney General**
Issued by Assistant Attorney General · May 2022

 Associated with US Department of Homeland Security

**Team DG Commendation Op Habitance**
Issued by Director General Graeme Biggar · May 2022

 Associated with US Department of Homeland Security

Show all 11 honors & awards →

## Interests

Companies   Schools

 **U.S. Department of Homeland Security**
781,031 followers

⊕ Follow

 **National Center for Missing & Exploited Children**
44,440 followers

⊕ Follow

Show all companies →

---

1

Sarah Walz from LinkedIn    Jul 27
LinkedIn Offer  Get the
applicants you need for...
                                    1

Ad  ···

Post a job for free with LinkedIn Jobs.

in Jobs

Simmons, find the people you want to interview

Post a free job

**People you may know**
From Gregory's company

**Boutchuen Armel**
Cyber Security Analyst, SecPlus, AWS Cloud Certified Practitioner, Quality Management Certificate.

*+ Connect

**Mario G.**
Senior Management and Program Analyst: Leveraging Skills and Competencies to Drive Daily Operations and Processes

*+ Connect

**Baraa Abdelhafiz**
Transportation Security Officer at U.S. Department of Homeland Security

*+ Connect

**Jolene J.**
Zeta Mu Phi - President

*+ Connect

**Margie Martinez**
From substitute teaching to various other areas of interest like Criminal Justice, the industry of hospitality, construction, Business, psychology, and...

*+ Connect

Show more ⌄

**Sarah Walz from LinkedIn**   Jul 27
LinkedIn Offer  Get the applicants you need for...
1

**You might like**
Pages for you

**U.S. Customs and Border Protection**
Government Administration
242,643 followers

+ Follow

**Department of Homeland Security, Office of Inspector General**
Government Administration
99,558 followers

+ Follow

Show more ⌄



**Promoted** ···

National
**Explore 100+ programs**
We're offering $30 Million in New Student Scholarships! WSCUC Accredited. ⟩

BOSTON UNIVERSITY MET
**MS Enterprise Risk Mgmt**
Gain Skills or a New Career in Enterprise Risk Mgmt at Boston University. ⟩

S
**UX Design**
Transform your business with UX design and AI-led custom apps. ⟩

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | **Questions?** Visit our Help Center. |
| Community Guidelines | Careers | Marketing Solutions | **Manage your account and privacy** Go to your Settings. |
| Privacy & Terms ▾ | Ad Choices | Advertising | **Recommendation transparency** Learn more about Recommended Content. |
| Sales Solutions | Mobile | Small Business | |
| Safety Center | | | |

LinkedIn Corporation © 2023

Select Language

English (English)

🔍

Sarah Walz from LinkedIn   Jul 27
**LinkedIn Offer**  Get the applicants you need for...