UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES of AMERICA,

          Plaintiff

vs                                   Crim. No. 3:21-cr-155-DJH
                                      Hon. David J. Hale

JOSHUA WHITE,

          Defendant

MOTION IN LIMINE TO PRECLUDE NUDE IMAGES

Defendant Joshua White, by and through counsel, Jonathan M. Epstein and Wanda M. Dry, moves *in limine* to preclude the government from introducing any nude or salacious images of Mr. White and/or his wife. That Government counsel advised prior counsel of the intent to introduce private nude photographs to show ownership or control of the computers or devices. These highly inappropriate and embarrassing images, given the numbers of other forensic materials the Government can choose, are irrelevant under F.R.E. 401 as not "of consequence in determining the action" and, if minimally relevant, constitute "unfair prejudice" and "needlessly presenting cumulative evidence" contrary to F. R. E. 403.

                Respectfully submitted:

                /s/ Jonathan M. Epstein
                Jonathan M. Epstein/Wanda M. Dry
                Attorneys for Defendant White
                30445 Northwestern Hwy, Suite 225
                Farmington Hills, MI 48334
                (248) 219-4004

Dated: June 17, 2024