UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES of AMERICA,

                Plaintiff

vs                                          Crim. No. 3:21-cr-155-DJH
                                          Hon. David J. Hale

JOSHUA WHITE,

                Defendant

## REPLY TO RESPONSE OPPOSING
## MOTION TO AMEND BOND CONDITIONS
## TO ALLOW FOR MEDICAL TRAVEL

The Government responds that this is an 11th hour attempt to delay trial proceedings. It is not. Because of chest discomfort and a painful heart condition, Mr. White was referred to Stanford Medical by his local cardiologist on April 6, 2022. Due to various delays, Whites' diagnostic tests and possible surgery were scheduled for April 2024. Prior counsel did not notify the Court of the matter.

Counsel first put the Government on notice of White's medical testing and procedures on February 12, 2024, at the Status Conference Hearing.  The parties engaged in brief discussions and Government counsel naturally requested medical documentation. On March 4, 2024, Counsel emailed the Government three separate confidential Stanford Medical documents including a physician letter, two scheduling orders and the necessary medical instructions. After the Government questioned the necessity to remove the ankle bracelet, on March 7, 2024, Counsel responded with additional assurances that MRI imaging would be "disrupted" by the metal device

1

that emits frequencies. Telephone discussions followed. Yet, the matter was left unresolved with other filing deadlines took precedence.

At that time, Counsel sought a stipulation that addressed both party's concerns, yet none was reached as the Government opposed any removal of the ankle tether device. As Counsel was unable to reach an agreement and did not wish to file a motion at that time, the White family was eventually required to reschedule the Stanford Medical procedures to the next earliest date available, June 18, 2024, which was again rescheduled for July 8, 2024. This was done by Mrs. White.

On May 24, 2024, Counsel again emailed the Government regarding the rescheduled procedures. As Mr. McKinnis was out of the office for several days, Counsel emailed Assistant U.S. Attorney Ms. Zimdahl seeking a stipulated agreement to allow for travel. Further back and forth emails followed through May 29, 2024. On Ms. Zimdahl's requests for additional medical records, Counsel again requested and then emailed additional confidential medical scheduling to the Government on June 13 and 14, 2024, containing the details of the testing procedures.

To reach an agreement, Counsel offered additional assurances that White would be accompanied by Mrs. White, as a "third-party custodian" who would alert U.S. PTS of all activities and movements, including the airlines and flight schedules. Further, it was arranged Mrs. White would carry the ankle tether in a travel carrier, and upon arrival immediately drive to the closest PTS Office in the Northern District of California, San Jose or San Francisco, as determined by PTS, where the device, may be removed or carried. Still, the Government disagreed.

Only then, after 4 months of discussions and emails, rescheduling and medical documentation, doing everything possible, and now in a medical time "crunch," did Counsel file the instant motion for medical travel. Counsel notes Mr. White was hospitalized in 2023 for this painful heart condition and for this to reoccur close to or during trial would be a concern to keep this matter on schedule.

WHEREFORE, JOSHUA WHITE prays this Honorable Court enter an Order to modify bond conditions to allow for out of state travel and temporary removal and carrying of the tether device to allow for necessary cardiovascular testing, procedures and possible surgery.

Respectfully submitted:

/s/ Jonathan M. Epstein
Jonathan M. Epstein/Wanda M. Dry
Attorneys for Defendant White
30445 Northwestern Hwy, Suite 225
Farmington Hills, MI 48334
(248) 219-4004

Dated: June 25, 2024

3