UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Joshua White having filed a motion to continue the trial (Docket No. 233), it is hereby

**ORDERED** that the United States **SHALL FILE** a response to the motion (D.N. 233) on or before **Friday, July 12, 2024**.

July 8, 2024

*[Signature]*

David J. Hale, Judge
United States District Court

1