UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                                  CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                                DEFENDANT

### RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL
*ELECTRONICALLY FILED*

The United States takes no position on the defendant's latest motion to continue trial. (DN 233). The government is sympathetic to defense counsel's health concerns and wishes him well. But based on the defendant's history of repeatedly seeking and obtaining continuances just before trial due to changes in counsel, the government cannot agree to a continuance. The timing of defense counsel's illness is unfortunate, but White still has two other attorneys representing him. One of those attorneys has been an active member of his defense team for approximately two years, while the other entered the case contemporaneously with the filing of his motion to continue. (DN 231).

If the Court does grant White's motion to continue the date of the trial, the government asks that the Court not alter any of the pretrial deadlines except for the pretrial hearing date. White has had several bites at the apple and his latest reason for seeking a continuance does not warrant another.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/ *A. Spencer McKiness*
A. Spencer McKiness
Stephanie M. Zimdahl
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502)582-5911
FAX: (502)582-5067
Email: spencer.mckiness@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on July 9, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant United States Attorney