UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                      Plaintiff,

v.                                                      Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE,                                                      Defendant.

* * * * *

### ORDER

On the Court's own motion, it is hereby

**ORDERED** that paragraph (3) of the Court's July 12, 2024 Order (Docket No. 240) is

**AMENDED** to read as follows:

Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from July 12, 2024, to August 12, 2024, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant and his counsel would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

July 15, 2024

**David J. Hale, Judge**
**United States District Court**