UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                        CRIMINAL NO. 3: 21-CR-155-DJH

JOSHUA WHITE                                                                          DEFENDANT

MOTION TO CONTINUE TRIAL
*ELECTRONICALLY FILED*

The United States of America, by counsel, hereby moves this Court to continue the jury trial recently scheduled for August 12, 2024.   (DN 240-241).   As grounds for said motion, undersigned counsel is scheduled to be in another jury trial the week of August 12 in case number 3:23-CR-0053-CRS.   That trial date was set by order of the Court on March 27, 2024, in document number 19.   Additionally, at least one of the government's key witnesses will be unavailable that week. The United States respectfully requests a telephonic status hearing to set a new trial date.

          Respectfully submitted,

          MICHAEL A. BENNETT
          United States Attorney

          s/*A. Spencer McKiness*
          A. Spencer McKiness
          Assistant U.S. Attorney
          717 West Broadway
          Louisville, Kentucky   40202
          PH:   (502) 582-6006
          FAX: (502) 582-5067
          Email: spencer.mckiness@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

      s/ *A. Spencer McKiness*
      A. Spencer McKiness
      Assistant U.S. Attorney