UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff,                      CR. NO. 3:21-cr-00155

v.                                         Hon. David J. Hale

JOSHUA WHITE,

        Defendant.

## **ORDER**

Defendant, Joshua White, moved this Court to amend his conditions of bond to remove the current limitations on his use of a computer and the internet and replace them with condition that he submit his computer and smartphone to the Probation Department for the installation of computer monitoring hardware/software consistent with this Court's Computer Restriction & Monitoring Program. As well as the other requirements found in this Court's form order addressing computer and internet access (attached).

    **So Ordered**

Computer and Internet Access

☐ The defendant shall submit to the USPO conducting an initial computer inspection/search of the defendant's computer system(s), which are subject to examination and monitoring, which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection. An officer may conduct a subsequent search pursuant to this condition only when reasonable suspicion exists that the defendant is in violation of the court's computer condition, or is in possession of child pornography, as defined in 18 U.S.C. 2256(8). Any search must be conducted at a reasonable time and in a reasonable manner.

☐ The defendant will consent to having installed on computer(s) which are subject to examination and monitoring at the defendant's expense, any hardware/software to monitor the defendant's computer use or prevent access to particular materials. The defendant hereby consents to periodic inspection of any such installed hardware/software to insure it is functioning properly. The defendant shall warn any other third parties who use these computers that the computers may be subject to searches pursuant to this condition.

☐ The defendant shall participate in and abide by the rules of the Computer Restriction & Monitoring Program.

☐ The defendant shall cease any use or activity on any computer subject to examination and monitoring until the computer can be processed by the Special Offender Specialist or designee to comply with the monitoring ordered by the Court.