UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:21-cr-155-DJH-RSE

JOSHUA WHITE, Defendant.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on October 1, 2024, with the following counsel participating:

    For the United States:    Spencer McKiness

    For Defendant:    Jonathan Epstein
                          Wanda Dry
                          James Gerometta

The Court and counsel discussed the procedural posture of the case. Trial remains set for November 4, 2024. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) This matter is **SET** for a final pretrial conference on **October 28, 2024, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

(2) **No later than October 8, 2024,** each party shall file the following:

    (a)    A trial memorandum containing

        (i)    The statute(s) involved and elements of the offense(s) (with discussion of authorities, if disputed).

        (ii)    A statement of undisputed and disputed facts.

        (iii)    A separate statement of each unresolved substantive issue of law, with discussion and citations to authorities.

      (iv)    A statement of evidentiary issues it is reasonably believed will be raised at trial, together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

      (v)    A statement of any known or reasonably anticipated potential trial problems, or other issues that may assist the Court in trying the case.

(b)    Proposed substantive and special jury instructions with citations to authorities. It is not necessary to submit standard general instructions. Additional requests at trial are to be kept to a minimum.

(c)    Proposed voir dire questions.

(d)    A brief proposed statement of the case suitable for reading to the jury pool at the start of voir dire.

Counsel shall file an exhibit list and premark for identification purposes all exhibits intended to be used at trial. Counsel shall file a stipulation as to the authenticity of the exhibits. Any objections to the authenticity of the exhibits shall be heard prior to trial at a time and place to be set by the Court.

The United States shall submit, for the Court's *in camera* review, a proposed witness list with a brief summary of the expected testimony of each witness and an estimate as to the amount of time that will be required to present the testimony in chief of each witness. The witness list shall be submitted via e-mail to **chambers_judgehale@kywd.uscourts.gov**.

At the commencement of trial, the United States shall furnish the official court reporter a list of premarked exhibits intended to be used at trial.

The United States shall retain possession of physical exhibits (e.g., weapons, ammunition, drugs, etc.) during and after the trial, pending further orders of the Court.

(3)    Any **motions in limine** shall be filed **no later than October 11, 2024.** **Responses** shall be filed **no later than October 18, 2024**. There shall be **no replies**.

(4)    All motions, responses, and replies made pursuant to this Order shall be accompanied by a memorandum and shall conform to and are subject to the requirements and time limitations contained in Local Criminal Rule 12.1, except as otherwise provided herein.

October 1, 2024

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg