UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES of AMERICA,

                Plaintiff

vs                              Crim. No. 3:21-cr-155-DJH
                              Hon. David J. Hale

JOSHUA WHITE,

                Defendant

**UNOPPOSED MOTION TO VIEW PF VIDEO**

NOW COMES Defendant JOSHUA WHITE, by and through Counsel, James Gerometta, and moves this Honorable Court enter an Order to allow Counsel to view a Planet Fitness video in the possession of the Probation Department and states as follows:

1. Defendant Joshua White is on pretrial release to this Honorable Court.

2. Counsel is advised a video from Plant Fitness, Bardstown Rd., Louisville, KY, is in the possession of the Probation Department that relates and/or is relevant to Mr. White's conditions of release.

3. That Counsel wishes to view the Planet Fitness video but is advised by the Probation Department he may not do so without a Court Order.

4. That Counsel will be in Louisville, KY, relative to this matter, on or about October 10, 2024, and wishes to view the video at the offices of the Probation Department in Louisville, KY.

5. That on October 3, 2024, Co-Counsel Mr. Epstein discussed Counsel's

1

2

request to view the video with Government Counsel Mr. McGinnis.

6. That Counsel is advised that, following a discussion with the Probation Department, the Government does not oppose the motion to view the video at the Probation Office.

WHEREFORE, Counsel for JOSHUA WHITE prays this Honorable Court enter an Order to allow Counsel to view said video at the Probation Department Office in Louisville, KY on or about October 10, 2024.

Respectfully submitted:

_____
James Gerometta/Wanda M. Dry
Attorneys for Defendant White

Dated: October 4, 2024

2