UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff,                        CR. NO. 3:21-cr-00155

v.                                            Hon. David J. Hale

JOSHUA WHITE,

        Defendant.

## **ORDER**

      The Government having no opposition to Defendant's request, it is Ordered that counsel for Defendant Joshua White be allowed to review the video of Defendant at Planet Fitness in the possession of the United States Probation Department.

      So Ordered.

                                                          _____
                                                          David J. Hale
                                                          United States District Judge

Dated: