UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

v.            CRIMINAL ACTION NO. 3:21-CR-00155-DJH

JOSHUA WHITE            DEFENDANT

## UNITED STATES' PROPOSED EXHIBIT LIST
*Electronically Filed*

The United States submits the following list of exhibits it plans to use at trial in this case:

| Witness | Description |
|---|---|
| Oberholtzer | Search Warrant photos of White's Residence |
| Ortiz | Hitachi Hard Drive SN: 131115JA1320120JUNJ12 |
| Ortiz | Photos of Trade Inscriptions for Hitachi Hard Drive SN: 131115JA1320120JUNJ12 |
| Ortiz | Pictures of Hitachi Hard Drive SN: 131115JA1320120JUNJ12 found during SW |
| Oritz | Chain of Custody Receipt for Hitachi Hard Drive SN: 131115JA1320120JUNJ12 |
| Oritz | Pictures of SanDisk Hard Drive SN:133881400109 |
| Ortiz | Chain of Custody Receipt for SanDisk Hard Drive SN:133881400109 |
| Brose | Toshiba Laptop (RED) |
| Brose | Pictures of Toshiba Laptop (RED) |
| Brose | Chain of Custody Receipt for Toshiba Laptop (RED) |
| Vlahos | Western Digital Hard Drive SN: WX71A70W8350 |
| Vlahos | Pictures of Western Digital Hard Drive SN: WX71A70W8350 found during SW |
| Vlahos | Chain of Custody Receipt for Western Digital Hard Drive SN: WX71A70W8350 |
| Oberholtzer | Maxtor External Hard Drive SN: 2HAA9M6B |
| Oberholtzer | Pictures of Maxtor External Hard Drive SN: 2HAA9M6B found during SW |

| Witness | Description |
|---|---|
| Oberholtzer | Chain of Custody Receipt for Maxtor External Hard Drive SN: 2HAA9M6B |
| Brose<br>Ortiz<br>Oberholtzer<br>Vlahos | Photos of Trade Inscriptions for Hitachi Hard Drive SN: 131115JA1320120JUNJ12, Western Digital Hard Drive SN: WX71A70W8350, Maxtor External Hard Drive SN: 2HAA9M6B, SanDisk Hard Drive SN:133881400109 and Toshiba Laptop (RED) |
| Oberholtzer | Election of Proceedings and CAFRA Seized Asset Claim Form for Case #2021-4115-000008-01 |
| Stuart | Booklet containing Child Pornography Images found on Hitachi Hard Drive SN: 131115JA1320120JUNJ12; Western Digital Hard Drive SN: WX71A70W8350; and Maxtor External Hard Drive SN: 2HAA9M6B; |
| Stuart | Child Pornography Searches found on Hitachi Hard Drive SN: 131115JA1320120JUNJ12 |
| Stuart | Child Pornography Searches found on Western Digital Hard Drive SN: WX71A70W8350 |
| Stuart | Child Pornography Searches found on Maxtor External Hard Drive SN: 2HAA9M6B |
| Stuart | Child Pornography Searches found on SanDisk Hard Drive SN:133881400109 |
| Stuart | Child Pornography Searches found on Toshiba Laptop |
| Stuart | Screenshots from Hitachi Hard Drive SN: 131115JA1320120JUNJ12, Western Digital Hard Drive SN: WX71A70W8350, Maxtor External Hard Drive SN: 2HAA9M6B, SanDisk Hard Drive SN:133881400109 and Toshiba Laptop (RED) |
| Stuart | **Acronis Payment records** |
| Stuart | **PayPal Payment records** |
| Stuart | Images of Joshua White from Western Digital Hard Drive SN: WX71A70W8350, Maxtor External Hard Drive SN: 2HAA9M6Band Toshiba Laptop (RED) |

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ A. Spencer McKiness
A. Spencer McKiness
Stephanie Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6006
smckiness@usa.doj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      /s/ A. Spencer McKiness
                                      A.  Spencer McKiness
                                      Assistant United States Attorney