## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CRIMINAL ACTION NO. 3:21-CR-00155-DJH

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**VS.**

**JOSHUA WHITE**                                                                                      **DEFENDANT**

### ORDER

Counsel for Defendant Joshua White has filed a motion to view video footage from Planet Fitness that is relevant to Defendant's conditions of release. (DN 261). The United States does not oppose Defense Counsel's request. Finding such request to be appropriate, the Court directs the United States Probation Office to make the video available to Defense Counsel for viewing in the Probation offices.

**IT IS SO ORDERED.**

Copies:         Counsel of Record