UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. <u>3:21-CR-00155-DJH</u>

JOSHUA WHITE     DEFENDANT

### <u>UNITED STATES' NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 803 AND 902</u>
*Filed Electronically*

The United States of America, by and through its undersigned counsel, hereby notifies the defendant of the Government's intent to introduce certain evidence as self-authenticating pursuant to the Federal Rules of Evidence. The Government intends to introduce business records by affidavit or declaration under Federal Rules of Evidence 803(6) and 902(11).

    I.    <u>Business Records</u>

Rule 803(6) provides that the records of regularly conducted activities may be admitted through the testimony of a custodian of records or, alternatively, through use of a certification pursuant to Rule 902(11). In turn, Rule 902(11) states that the following evidence is self-authenticating and "require[s] no extrinsic evidence of authenticity in order to be admitted":

> The original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person that complies with a federal statute or a rule prescribed by the Supreme Court. Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record—and must make the record and certification available for inspection-so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

In accordance with these rules, the Government now provides written notice to the defendant of its intent to introduce the following evidence into the record by certification of the custodian or a qualified person without calling a live witness:

(1) Records from Acronis, Inc., the certification for which is attached as Exhibit A.

(2) Records from PayPal Inc., the certification for which is attached as Exhibit B.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ *A. Spencer McKiness*
A. Spencer McKiness
Stephanie Zimdahl
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-6006
smckiness@usa.doj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant United States Attorney
