UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA    PLAINTIFF

v.                                                                      CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE                                                            DEFENDANT

RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE
CROPPED OR RESIZED IMAGES OR TO COMPEL
SIMULTANEOUS ADMISSION OF THE ORIGINAL
COMPLETE IMAGE OR ORIGINALLY SIZED IMAGE
*ELECTRONICALLY FILED*

The United States opposes the defendant's motion to exclude cropped or resized images or to compel the simultaneous admission of the original complete image or originally sized images. (DN 268).

The government plans to introduce most photographs in a manner as close as possible to the way the photo appeared from its extraction. The extraction does not always reflect the way it appeared to White on his device at the time he viewed it, and the government has no way to determine how most images appeared to White at the time he viewed it. If the government were to extract an image from a known collage, the government would first admit the collage prior to focusing on a specific image from a known collage. To the extent that a photograph must be resized to fit on a page in the exhibit booklet, this is fertile ground for the defense to cross-examine the testifying witness.

Additionally, the government did intend to introduce some cropped images of the defendant that show him nude or with his penis exposed, but if the defense objects to this, the

government will instead introduce the original uncropped images. Because the government intends to introduce most photographs in a manner as close as possible to the way the photo appeared from its extraction and the defendant will be able to cross-examine witnesses regarding the size of the image, the defendant's motion to exclude should be denied as moot.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/ *A. Spencer McKiness*
A. Spencer McKiness
Stephanie Zimdahl
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502)582-5911
FAX: (502)582-5067
Email: spencer.mckiness@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant United States Attorney