UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA    PLAINTIFF

v.    CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE    DEFENDANT

### RESPONSE TO MOTION IN LIMINE TO EXCLUDE EVIDENCE FOUND ON THE TOSHIBA LAPTOP AND SANDISK HARD DRIVE
*ELECTRONICALLY FILED*

The United States opposes the defendant's motion to preclude the government from introducing evidence from two of the defendant's devices, the Toshiba laptop and the SanDisk hard drive. (DN 272.) As evidence from both devices is properly admissible under the rules of evidence as relevant evidence inextricably intertwined with the charged offenses and, alternatively, pursuant to Federal Rule of Evidence 404(b) as evidence of identity, intent, knowledge, and lack of mistake, the defendant's motion should be denied.

As an initial matter, the defendant misstates the level of similarity between the Toshiba laptop and the SanDisk hard drive. Though there is some forensic overlap between the material on the two devices, there are also material differences between the two devices.[1] Both devices do contain significant evidence of different anti-forensic software and anonymizers, use of or bookmarks for the Uncensored Hidden Wiki, and TOR browser access to the dark web. Both also,

---

[1] The United States also does not agree that, even if the two devices were "essentially copies of each other", as claimed by the defendant, their exclusion would be proper. Relevant evidence of the defendant's searches for child pornography and child erotica materials and his attempts to conceal his criminal conduct is admissible even if he saved it in more than one form or location.

as addressed further below, contain evidence of White's search for child pornography connected to telly.com. Significantly, however, only the Toshiba laptop contains the anonymity program Tails. Tails, short for "The Amnesic Incognito Live System," is a security-focused system aimed at preserving privacy and anonymity against surveillance that connects to the Internet exclusively through TOR. Tails is a live operating system that a user starts on his computer using external portable storage such as a USB stick or SD card, that leaves no trace that the computer has been used, how it has been used, or what the user accessed or viewed while using the computer.

Regarding the telly.com search,[2] both devices do contain evidence of a search for "telly.com lesbian preteen" conducted on bing.com. For example, the following search string exists on the Sandisk hard drive: https://www.bing.com/search?q=telly.com+lesbian+preteen&first=11&FORM=PERE. As the defendant indicates in his motion, this search is found in an Apple mobile backup, specifically a back up associated with an Apple iPhone 4S with the device name "Joshua's iPhone" and display name "Joshua's iPhone –Apr 23, 2014, 10:08 PM".

The evidence from the Toshiba laptop and the SanDisk hard drive of White's internet searches linked to child sexual exploitation, visits to child exploitation related websites, and evidence of the presence and use of anti-forensic software and anonymizers is relevant and properly admissible under the Federal Rules of Evidence. Though White's use of the two devices occurred after the charged access with intent to view in October 2010, both devices were in use in the years leading up to the search of his residence and charged possession of child pornography in 2021. As such, the evidence on these devices *is* inextricably intertwined with his possession of child pornography. They contain evidence of his continuing pattern of illegal activity, which is

---

[2] Telly.com, as a government witness will testify at trial, was, during relevant times, a video discovery platform that offered video streaming services.

properly admitted outside of a Rule 404(b) analysis. Web searches for child pornography and child erotica, using the term "preteen lesbian," and anti-forensic and anonymizing software on White's devices go to show the identity of the individual—White—who was engaged in the searching for, and thus knowing possession of, the child pornography material.

Evidence from the Toshiba laptop and the SanDisk hard drive of White's internet searches, websites visited, and the presence and use of anti-forensic and anonymizing software should also be admitted when considered under a Rule 404(b) analysis. Viewed through this lens, the evidence from the devices is probative of White's knowing possession of child pornography, his intent to possess the child pornography, the lack of mistake in his possession of child pornography, and his identity as the individual who possessed the child pornography on his electronic devices in 2021. It is also probative evidence of his identity as the individual who accessed with intent to view child pornography on another of his computers in 2010.

The presence of anti-forensic software and anonymizers on the Toshiba laptop and the SanDisk hard drive coupled with White's possession of child pornography on other devices further proves his knowledge, intent, lack of mistake, and identity. His use of those tools shows that he was aware of the criminal nature of his conduct because he took steps to conceal his possession of child pornography.

Finally, the defendant's suggestion that the government would invite the jury to convict White based on improper grounds or speculation, rather than the evidence in the case, is wholly

unfounded. The defendant's motion should therefore be denied.

>Respectfully submitted,
>
>MICHAEL A. BENNETT
>United States Attorney
>
>s/ *A. Spencer McKiness*
>A. Spencer McKiness
>Stephanie Zimdahl
>Assistant U.S. Attorney
>717 West Broadway
>Louisville, Kentucky 40202
>PH: (502) 582-6006
>FAX: (502) 582-5067
>Email: spencer.mckiness@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

>s/ *A. Spencer McKiness*
>A. Spencer McKiness
>Assistant United States Attorney