UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL NO. 3:21-CR-155-DJH

JOSHUA WHITE     DEFENDANT

**RESPONSE TO MOTION IN LIMINE TO EXCLUDE
TESTIMONY REGARDING THE NUMBER OF TIMES CHILD
PORNOGRAPHY-RELATED SEARCH TERMS APPEAR
ON THE DEFENDANT'S COMPUTER**
*ELECTRONICALLY FILED*

The defendant has moved *in limine* to preclude the introduction of a list of child pornography-related terms found on the defendant's electronic devices at trial. (DN 270). The government respectfully requests the Court to deny this motion as moot as it does not intend to introduce such a list of terms that were simply found on the devices into evidence at trial. The government notes, however, that it does intend to introduce evidence of White's internet searches linked to child sexual exploitation and evidence of files and websites visited linked to child sexual exploitation and child erotica, as previously set forth in the United State's Third Notice of Intent to Offer Other Acts by Defendant as Inextricably Intertwined or as 404(b) Evidence. (DN 229; *see also DNs* 81. 132.) In short, such evidence is properly admissible as inextricably intertwined with the charged offenses or, in the alternative, pursuant to Federal Rule of Evidence 404(b) as evidence of White's knowing access with intent to view and possess child pornography, his intent to access and possess the child pornography, the lack of mistake in accessing and possessing the child pornography, and his identity as the individual who possessed and accessed with intent to

view child pornography on his electronic devices.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/ *A. Spencer McKiness*
A. Spencer McKiness
Stephanie Zimdahl
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-6006
FAX: (502) 582-5067
Email: spencer.mckiness@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

s/ *A. Spencer McKiness*
A. Spencer McKiness
Assistant United States Attorney
