# CERTIFICATE OF AUTHENTICITY OF DATA COPIES FROM AN ELECTRONIC DEVICE, STORAGE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) and 902(14)

I, Mark "Brad" Hutchinson, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. 1746, that the information contained in this certification is true and correct.

1. I am employed by Homeland Security Investigations (HSI), and my title is Special Agent. I previously had a collateral duty as a Computer Forensic Examiner (CFA). I was certified as a CFA from September 2019 through April 2021. As a CFA with HSI I have training and experience acquiring evidence from digital devices. Specifically, I have attended training on the tools used for this case.

2. I am qualified to authenticate data copied from the electronic devices listed below because of my experience and training, and I created or had personal involvement in the creation of each of the digital extractions below:

| Device(s) Origination | Acquisition or Extraction Identification |
|---|---|
| Hitachi Hard Drive, S/N# 080511DP1D41DGGEH5PP | Acquisition Sha1: fb39 43de 29f5 4d32 4395 3ebe 7c7a d858 0b21 9367 |
| Western Digital Hard Drive, S/N# WX71A70W8350 | Acquisition Sha1: 57fd eded 51f4 aac3 2f90 3fc1 fb2e 2f99 11a8 b700 |
| Maxtor Hard Drive, S/N# 2HAA9M6B | Acquisition Sha1: 3b91 c611 cb9e 2c81 6e96 8cb8 c4f6 746d 8b44 8313 |
| Sandisk SSD Hard Drive, S/N# 133881400109 | Acquisition Sha1: baa2 2d5d 96f7 44d0 4470 9639 ebe2 d8cf 7b7f 896a |
| Toshiba Laptop, S/N# worn serial # ending in 455C | Acquisition Sha1: 7a88 211c 9ff5 71cc db59 3979 3efa 7de4 ece6 7294 |

3. The acquisitions and extractions identified above were made on or about and between the dates of February 22, 2021, and February 26, 2021, utilizing a Tableau TX1 device. In my training and experience, this forensic tool creates an accurate and reliable copy of data contained on digital devices, and I have regularly relied on this device to acquire digital evidence in the past.

4. Furthermore, I know that the digital forensic acquisition or extraction processes were complete and accurate because the forensic hardware or software generated a hash (i.e., digital fingerprint) of the resulting acquisition or extraction files and because the software expressly indicated that the acquisition or extraction was successful.

5. In accordance with Federal Rule of Evidence 803 (6) and 902(11), all records attached to or referenced by this certificate:

    a. were made at or near the time by a person with knowledge;
    b. were kept in the course of regularly conducted activity of HSI;
    c. and making the records are a regular practice of that activity.

   I further state that this certification is intended to satisfy Rules 902(11) and 902(14) of the Federal Rules of Evidence.

_10/22/24_
Date

_[signature]_
Signature