UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE,     Defendant.

\* \* \* \* \*

### ORDER

Defendant Joshua White moves for reconsideration of the Court's Order denying White's motion to amend his bond conditions to allow medical travel. (Docket No. 227; *see* D.N. 225) White also modifies his request to include travel for testing only, not for surgery. (*See* D.N. 227) White sought modification of his bond conditions to allow testing at Stanford Health Care in Stanford, California, from July 9, 2024, to July 16, 2024. (D.N. 227-3) Because the dates for those appointments have passed, the motion is now moot. In any event, the additional information provided with the motion to reconsider again failed to demonstrate that the requested travel was necessary, particularly so close to trial. (*See* D.N. 227)

White also moves to seal his motion to reconsider and the attached documents on the ground that they contain private medical information. (D.N. 226) Having reviewed those filings, the Court finds good cause to seal the motion and attachments in light of the personal medical information contained therein. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     White's motion to seal (D.N. 226) is **GRANTED**. The motion to reconsider (D.N. 227) and attachments to that motion (D.N. 227-1; D.N. 227-2; D.N. 227-3; D.N. 227-4; D.N. 227-

1

5) shall remain **SEALED** in the record of this matter.  The motion for leave to seal (D.N. 226) shall be **UNSEALED**.

   (2)  White's motion to reconsider (D.N. 227) is **DENIED** as moot.

October 23, 2024

David J. Hale, Judge
United States District Court