UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                              Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE,                                                                              Defendant.

\* \* \* \* \*

## MEMORANDUM OF FINAL PRETRIAL HEARING

This matter came before the Court for a final pretrial hearing on October 28, 2024, with the following counsel participating:

| | |
|---|---|
| For the United States: | Spencer McKiness |
| | Stephanie Zimdahl |
| For Defendant: | James Gerometta |
| | Wanda Dry |

The defendant was present. Counsel informed the Court that the parties are ready for trial. The Court and counsel discussed jury-pool information, the jury-selection process, and the jury-instructions process. The Court and counsel also discussed various pretrial and trial issues. The trial of this matter will commence as scheduled at **9:00 a.m.** on **November 4, 2024**, at the U.S. Courthouse in Louisville, Kentucky. (Docket No. 255) Counsel shall be present in court by **8:30 a.m**.

October 29, 2024

David J. Hale, Judge
United States District Court

Court Time: 00/35
Court Reporter: Dena Legg

1