UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. 3:21-cr-00155 |
| v. | Hon. David J. Hale |
| JOSHUA WHITE, | M.J. Hon. Regina S. Edwards |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND BOND**

Defendant Joshua White moves this Court to amend the conditions of bond to remove the requirement of home detention and replace it with a curfew from 9:00 p.m. to 6:00 a.m.

**I. INTRODUCTION**

On December 14, 2021, Joshua White was placed on bond based on charges relating to child pornography that triggered mandatory electronic monitoring under the Adam Walsh Child Protection and Safety Act. At that time, the Court determined that home detention was appropriate.

On October 31, 2024, he plead guilty to one count of Misprision of a Felony, in violation of 18 U.S.C. § 4. As part of the plea agreement, the Government recommends that the Court impose a probation sentence. The charges that require electronic monitoring will be dismissed at sentencing.

Based on the change in circumstances, Mr. White moves to remove the home detention condition of Mr. White's bond and replace it with a curfew. The Probation Department was consulted, and they believe it is appropriate to impose their standard curfew requiring Mr. White to remain in his home from 9:00 p.m. to 6:00 a.m. The Government does not oppose this request.

## II. ARGUMENT

A defendant may move to amend his bond conditions based on a material change in circumstances. 18 U.S.C. § 3142(f)(2). While the Government has not yet moved to dismiss the charges that require mandatory electronic monitoring, they will be dismissed at sentencing. Mr. White's plea to misprision of a felony and the plea agreement recommendation of a probation sentence constitute a material change in circumstances that warrant the reopening of Mr. White's detention hearing. Mr. White requests, and the Government does not oppose, that his home detention condition be removed and replaced with a curfew from 9:00 p.m. to 6:00 a.m.

### III.   CONCLUSION

Based on his guilty plea in this case, changing Mr. White's home detention to a curfew with hours from 9:00 p.m. to 6:00 a.m., or as the Probation Department otherwise directs, is appropriate.

                              Respectfully submitted,

                              <u>/s/ Wanda McClure Dry</u>
                              The Dry Law Firm
                              P.O. Box 2122
                              Danville, Kentucky 40423
                              Co-counsel for Defendant

                              <u>/s/ James R. Gerometta</u>
                              Law Office of James Gerometta
                              27 E. Flint St
                              Suite 2
                              Lake Orion, MI 48362

Dated: November 8, 2024

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. A. Spencer McKiness, Assistant United States Attorney, and Hon Stephanie M. Zimdahl, Assistant United States Attorney.