UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff,                  CR. NO. 3:21-cr-00155

v.                                       Hon. David J. Hale

JOSHUA WHITE,

        Defendant.

## **ORDER**

It is Ordered that counsel for Defendant Joshua White's bond be amended to remove the requirement of home detention and replace with a curfew from 9:00 p.m. to 6:00 a.m., or as otherwise directed by the Probation Department.

So Ordered.