UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff,                          CR. NO. 3:21-cr-00155

v.                                               Hon. David J. Hale

JOSHUA WHITE,                     MJ Hon. Regina S. Edwards

        Defendant.

## INDEX OF EXHIBITS

Letters in Support

    A. Jordan White
    B. Nancy Davis
    C. Lisa White
    D. Mary Owens
    E. Davis Owens
    F. John Davis
    G. John F. Timm
    H. Laura Clay
    I. Barbara Berman
    J. Rabbi Beth Chottiner
    K. George Driscoll-Lovejoy
    L. Russ Greenleaf
    M. Carl and Lisa Shishmanian
    N. Cantor David Lipp
    O. Carolyn Cromer
    P. Byron Drew Foley
    Q. Harry and Sherry Jacobson-Beyer
    R. Hart Hagan
    S. Jad Shunnarah
    T. Jake Davis
    U. Jen Shultz

    V.  Jim Schorch
    W. Lee Chottiner
    X.  Phyliss Fitzgerald
    Y.  Margaret Carreiro
    Z.  Wallace McMullen
    AA.    Sarah Thompson
    BB.    Lucas Dixon
    CC. Sarah Travis
    DD. Martha Schecter
    EE.  Ben Kresse
    FF.  Glenn Zwanzig
    GG. Janine Hornung
    HH. Rob White

Other Exhibits

    II.  Statement of Jordan White