To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

    I remember the small office having a large window that didn't quite fit the space; it was sunny outside that day, yet somehow this room felt like the greyest place I'd ever been. The fluorescent light above flickered and hummed ominously as the Doctor in the white oversized coat took his seat. He briefly perused a nondescript document inside a manilla folder before glancing up, one eyebrow awry. "You're suffering from infertility," he said. Then with a flick of the wrist he closed the folder; Easy as that. I remember only a few fragments from that moment; the room got very quiet, my body felt weightless, and an unwelcome lump in my throat started to rise. But Josh's hand was tight on mine; he gave it a hard squeeze. "Okay, so what are the next steps?" he said. The tears in my eyes recessed. I've always felt like we could face anything. Together.

    It's very hard to put into words what the last several years have been like to anyone who has never lived a life this way. In some ways, my world has stopped. In others, it's crumbled. And in many ways, it has changed so profoundly that I fear I can never really piece it, or who I was before, back together. While I still don't have the family I wanted then, and while so many other dreams have been put on hold, I do have a husband who is a remarkable, kind-hearted human being— and that is why I am writing this letter.

    The best way I can really describe Josh is this— Just take a couple seconds, close your eyes for a moment, and visualize the best person you know. A person that if you believe others (or even yourself) were more like, or if you could just "copy and paste" and duplicate them a few

times in society, the world would surely be a better place. For me, that person is, and has constantly been, my husband.

They say the average person will meet thousands of others in the span of a lifetime; but I can say with confidence that you will rarely come across a person like Josh. I remember when we first met over a decade ago, I used the term "unicorn" to describe him. I felt so incredibly lucky to meet someone who looks at the world the way that he does; a dreamer who always carries unwavering hope that things can be better, if we are just willing to try. To be frank, that doesn't mean he is always the easiest to work with, because when he is set on an idea he's steadfast and unwavering. But what it comes down to is this; many desire the world to be a good place, but Josh rolls up his sleeves and does the work, even if no one else shows up. It's a quality I have admired in him from the very beginning, and always will.

While I am sure many of the other character letters will rightly speak to Josh's long track record of volunteering, unwavering service to his community, and valiant career choices, I want to speak to some of the quieter moments I've witnessed as his wife… Because I was there when he pulled over in a torrential downpour to help an elderly woman whose car was stuck in a ditch, while others drove by. I've watched him sprint down the street after a neighbor's loose dog, risking his own safety to prevent it from running into Bardstown Road traffic. I've seen him shoveling snowy sidewalks in the frigid cold for elderly neighbors, and later trimming their trees when the seasons changed. I've witnessed him help a newly-arrived immigrant family find legal guidance when they were unsure where to turn. I've strolled with him on walks where he's calling 311 to report broken sidewalks and missing street signs— because little fixes like that are often overlooked but help keep the neighborhood safe. I've sat with him as he teared up at sad scenes in movies (and even though he'll say it's just the sappy music that gets him, I know it's because he feels things deeply). I've listened to him give his friends kind words of encouragement to "just keep going," even when his own life was unimaginably challenging. And

when I've been in the throes of my own worst times, Josh has been there supporting me, the same way he has supported so many others in his orbit for many, many years.

Honorable Judge Hale, I sincerely thank you for taking the time to review my letter. My hope is that these words have provided at least a glimpse into who I know Josh to be. I've spent many hours ruminating on how to best write this, because how could I possibly find a way to put everything so important about him, a million different flashbulb memories, in black and white? The fear of failure to properly communicate this to the Court has been daunting, to say the least. But I also know that we must try our best for the ones we love, and even past that, for the ones we wholeheartedly believe in.

I hope the Court will consider this letter and grant my husband the most lenient sentence possible. I have no doubt that, given the opportunity, Josh will continue to be a positive force for his community and loved ones once this chapter is behind him.

Sincerely,

*Jordan White*

Jordan White
[redacted]
[redacted]
[redacted]
Louisville KY 402[redacted]

JW