To:   The Honorable David J. Hale
      United States District Judge for the Western District of Kentucky
      601 W. Broadway
      Louisville, KY  40202

Why am I holding a box in my lap that contains a live mouse, as I ride with my daughter to Cherokee Park?  Because my son-in-law, Josh White, wants that mouse, that he caught in his house, to be released in the park next to a nearby stream.  Although Josh totally disapproves of my use of sticky traps, he continues to claim me as his mother-in-law and I continue to claim him as my favorite son-in-law.   He also continues to tell me that it is inhumane to let a little helpless mouse get stuck on a trap and die slowly of starvation.  We have happily maintained our contentious relationship for more than ten years!

Please allow me to introduce you to the Josh that I have come to know.  He is one of the most compassionate persons I have ever met.  Any bug that makes his way into his home is forgiven and released to the outdoors.

When Josh's old dog was too ill to live another day, he took him to the park and sat with him on a park bench so that his dog could enjoy sunshine and fresh air in his final moments.



Josh is one of the most intelligent young men that I have ever met. That doesn't mean his strong suit is speaking.

When we first met, I realized Josh was not always aware of social cues. Over the years he has become much better about keeping his mouth shut - I know that must be a real challenge for him, as he is overflowing with knowledge about many different topics and he really loves to share that knowledge with whoever will listen. However, even though Josh is well-versed in many subjects, he never ridicules anyone's

lack of knowledge or makes them feel intellectually inadequate or speaks to them condescendingly.  He truly enjoys teaching and passing on what he has learned.   This is another one of his admirable qualities.



My son-in-law loves his neighborhood and at one time he was very focused on fighting graffiti in Louisville neighborhoods. He became quite vocal in his fight against the defacement of his beloved neighborhood and formed a graffiti abatement coalition.



Although I admired his commitment to this task of "cleaning up the neighborhood", I was worried about retaliation from those who were illegally marking up bridges, buildings, and abutments.

I was relieved when Josh became focused on another project - that of protecting Louisville's tree canopy. Josh loved planting trees in his neighborhood and adjoining neighborhoods. Often, we would ride through the streets of Louisville and he would proudly point out the

trees that he had helped plant.  He organized tree-planting groups and



donated trees to non-profits.



One extremely cold February morning Josh organized a tree-planting on my farm in Danville.  He was determined to plant 600 new trees and with everyone's help, he succeeded.  Those trees have been growing for almost seven years now and are quite tall.  I have a lot of respect for a man that plants a tree.  He continues to have the trees

mowed around, trimmed and treated with pesticides.  I now refer to this site as Josh's Woods.

In 2016, Josh decided to make a foray into politics, thinking it would enable him to have a better chance of implementing positive changes in his beloved hometown of Louisville.






He decided to run for a position on the Metro Council.  We went door to door handing out flyers and stood on the streets in the Highlands with his campaign signs.  He canvased the neighborhoods until dark, listening to people and making notes about changes and improvements needed. He had become known as an anti-graffiti activist and tree-hugger but his platform emphasized infrastructure needs, sustainability, and combating Louisville's growing heroin epidemic. But his platform of "data-based decisions" presented by a young bio-engineer wasn't the favored one.  Josh's political aspirations were dampened by his loss but he remained committed to his goals.



Josh has a Master's degree in bio-engineering, but it's difficult to find a job in that field in a "small town" like Louisville.  Most of the firms that need Josh's abilities are in larger cities like Detroit, Chicago, and

Atlanta. He found some contract jobs out of state but worked hard to find a job where he could stay in Louisville with my daughter and start the family that they were planning.



My daughter was 32 yrs old in February, 2021 and felt like her "biological clock was ticking". It was that year that Josh finally found his dream job—one that offered a nice salary and allowed him to work remotely on his computer from his home. Unfortunately, his indictment forced him to resign from that job barely after he had started and Jordan sadly put her dream of motherhood on hold.

Josh and Jordan got married in 2018 at my farm in Danville.



The last three years have been difficult for everyone, including myself. As Josh has been unable to work in his engineering field (no computer usage was allowed for a job), he has become the perfect house-husband.  My daughter has worked hard to earn a paycheck while Josh

  cooks the meals, does the laundry, and maintains the home and the yard. He also cares for the family pets. They have been unable to travel to most National Parks so my daughter has tried to find local adventures that they can enjoy together.

 Josh loves to go hiking with Jordan and I've gone with them to several places around Louisville. As Josh was an Eagle Scout, he always prepares the back-pack for us. Josh respects the hiking trails, and believes in leaving the trails as you found them, or better. He would never litter or allow anyone with him to do so.

Why have I written this long letter with photos to you, Honorable Judge Hale? I do so in hopes that I have shown you who Josh White truly is. In the years that I have known him, he has always been ready to help anyone who needs help. As I mentioned before, he was an Eagle

Scout and loves to show off his ability to build a campfire.   He never had a brother and loves the camaraderie of a good game of pickle ball with my two sons.  Albeit, he is very competitive! He always speaks to my 97-year-old Mother when he visits and makes her laugh at his corny jokes.  He is always very affectionate to her, giving her hugs and lighting up her day.   He loves attending our family Thanksgiving meals and our Christmas holiday get-togethers.   Being part of a family is of utmost importance to him.



I am fully aware of the allegations of the crime that Josh has been charged with, and am familiar with the plea he has accepted. I have been supportive of my daughter and my son-in-law throughout this horrific ordeal that has impacted every waking moment of our lives for almost four years now. I ask that you, Honorable Judge Hale, give Josh a chance to re-enter the workplace by removing the restrictions that have been placed on him and allowing him and my daughter to move forward with their lives. I can vouch for the fact that Josh has been a model citizen ever since I have known him. My daughter and I are both so ready to embrace a peaceful, happy life again.

Thank you, Honorable Judge Hale, for taking time to read my lengthy letter of support for Josh. I hope that my insight into Josh will be taken into consideration and I am confident that Josh will continue to be an exemplary citizen. Feel free to contact me if you have any questions or need additional information from me.

Sincerely,

Nancy Davis
P.O. Box ▮
Danville, KY 404▮
Cell: ▮
Email: ▮