To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Lisa L White, MT (ASCP), Mother of Joshua White



Louisville, KY  402

To The Honorable Judge David J. Hale,

My name is Lisa White and I am a retired Microbiologist and High School Science teacher.  I am Joshua White's mother and am writing this to provide you with a picture of who my son really is to his family, friends and the community.

Joshua has been participating in supporting the community of Louisville since he was a child. His first leader initiative was to earn his Eagle Scout Award by rebuilding a handicap trail in Jefferson Memorial Forrest when he was 17.  He never stopped after that.  He has spent hundreds of hours after work organizing groups and planting 8-15 ft trees within the Highland/Douglas Neighborhood and helping other neighborhoods organize and plant trees.  Until three years ago, almost anyone involved in the Louisville Tree community knew him and relied on him for support and advice. He has been directly and indirectly responsible for planting thousands of trees.He has spoken at numerous city meetings  to establish and maintain Louisville's tree canopy.  When he is able to move freely about, he also spends time trimming the young trees in his neighborhood and running a watering campaign for the young trees around the city.

In addition to his tree volunteering, he has worked extensively with volunteers and the Louisville Metro Police Department with the Graffiti Abatement Coalition to count and remove graffiti damage to the city.

Whenever I have walked around his neighborhood with him in the past, many people stop him on the street to see how a project is going, to thank him for his help and to ask him for help with problems they are having either on their property or with city related items. Sometimes he would take notes to work on something and other times he would

just take out his phone and call the correct city number or an individual to get the problem solved.

When our garage was destroyed by a neighbor's tree a windstorm in March of 2022, Joshua came over to help us as soon as he obtained permission.  He spent weeks carrying, breaking apart and hauling roof shingles, concrete blocks and all the ruined contents of the garage to the various Metro places for proper disposal.  We could not have managed to demolish the garage and remove the debris without him.

I would also like to mention that he has contributed to the U.S. and world community in his professional career first working as a bioengineer for Neuronetrix Solutions to successfully develop a test for Alzheimer's that could be used in a regular doctor's office setting. During the early stage of the Pandemic, he worked with Vero Biotech as a Verification and Validation Engineer to develop portable ventilators to meet the demand.

Please contact me if necessary for verification and if you have any questions.

Thank you for your time. I hope that the Court will consider this letter and decide the most lenient possible sentence when considering Joshua White.  We all look forward to him being able to participate in our community and family life again.

Lisa White