To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Mary Owens

Louisville, KY 402█

      My name is Mary Owens, and I am a retired Child Protective Services Social Worker. I have been acquainted with Josh White since 2018 when he mentored my son with his Eagle Scout project. Josh had been involved in volunteer work and worked countless hours getting several hundred trees planted in his community. Josh also worked to decrease graffiti in the community and has no qualms calling people out for littering or parking illegally.

      Josh and my son bonded over an interest in engineering, a strong work ethic and an interest in games such as chess, which allowed them to challenge each other intellectually.

      My son had an unexpected mental health crisis and Josh remained very supportive even when long-time friends withdrew. Josh maintained close contact with both myself and my son and offered to help as he could even when it was inconvenient and uncomfortable for him to do so.

      I appreciate the court's consideration of this statement of support for Josh White. I am aware of the guilty plea entered by Joshua White.

Yours Truly,

Mary Owens