To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Davis Owens

Louisville, KY 402██

To The Honorable Judge David J. Hale,

My name is Davis Owens, I am a student at the University of Louisville Speed School of Engineering and Joshua White is my friend and mentor. I first met Joshua in 2017 while working on a friend's Eagle Scout project and later came to know Joshua closely in August of 2018 when he agreed to guide me through my own Eagle Scout project. Since then he has helped me get an internship that I worked at for a year, seriously supported me through very difficult periods in my life and he has served as an intelligent and loyal friend.

I am aware of the Guilty plea that Joshua White has entered and I am writing this letter because I believe that Joshua White's character is sound, he is genuinely a good person and is a benefit to our society. Joshua has historically been involved with the community through organizations such as the Sierra Club, Highlands Douglass Neighborhood Association, and the Graffiti Abandonment Coalition. As I mentioned before, he assisted me and my friend through our Eagle Scout projects but he has done this service for many young men and at no monetary gain. Additionally, he has been a true friend to me in my darkest hour. I suffer from and am still learning how to manage a mental health disorder and I caused him and his family a great deal of discomfort. Joshua White was still able to look past that and show me kindness and restraint. I believe that the world would be a better place if there were more people like Joshua White.

I would like to thank the Court for its time and consideration. It is my sincerest hope that this letter will be helpful and that Joshua White will receive the minimum sentence.

Sincerely,
Davis Owens