The Honorable David J. Hale

United States District Judge for the Western District of Kentucky

601 W. Broadway

Louisville, KY. 40202.

My name is John Davis. I am Joshua White's brother-in-law and have known Josh for approximately 10 years. I was recently informed about the case levied against Josh. As such, I wanted to write to you to convey my impression of Josh as a person. Josh is a kind, civic-minded, and capable human. He has consistently demonstrated these traits throughout the time we have known each other.

Josh has been particularly kind to my grandmother, who is 97 years old and trending toward life's conclusion. He tells her daily jokes and is the first to rise to the occasion when her wheelchair needs to be relocated. He has spent years adding to Louisville's tree canopy through grassroots tree-planting initiatives. Similarly, Josh has sought to change the narrative surrounding graffiti in Louisville for some time. Josh formed a graffiti abatement committee - not to vilify those vandalizing area landmarks and buildings but to channel their talents into something positive – works of art in collaboration with local artists. He is an Eagle Scout through and through and is genuinely one of the most community-minded people I have met.

Josh has a Master of Science in Biomedical Engineering. I also work in healthcare. People with Josh's know-how are sorely needed in an aging United States. A decision that prompts a swift return to normalcy for Josh would benefit not just my family and Josh's community but also those he is bound to positively impact in the future.

The Court's thoughtful consideration of my submission is greatly appreciated. I have included my contact information below and would be happy to provide clarification or address questions or concerns as needed.

Very respectfully,

John Davis

Cell: ▮▮▮▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮