**RABBI BETH JACOWITZ CHOTTINER**

Temple Shalom ███████████████   Louisville, KY 402██ ████████ ███████████

Hon. David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

January 7, 2025

To the Honorable David J. Hale,

I am writing on behalf of Josh White in my capacity as the rabbi of Temple Shalom, Louisville, KY. I met Josh in the fall of 2017 when Josh pitched his idea of planting trees on the grounds of Temple Shalom, both to reduce the heat canopy in our city and to celebrate *Tu B'Shevat*, a Jewish holiday that is akin to arbor day. This we did in February 2018, but it would never have happened without Josh.

I was very impressed with Josh during our initial meeting for several reasons:
   *He was committed to helping the environment by planting trees, exemplified by his position on the executive board of the Sierra Club;
   *He asked if he could make an educational presentation to my congregants before we planted;
   *He not only offered to write a grant to purchase the trees, but also traveled to a nursery in Indiana to get the trees and bring them back to Temple Shalom;
   *And he bored most of the 42 holes on planting day before we arrived.

In addition to this, Josh knew all the ins and outs of planting trees and what was needed to ensure they would live and thrive. He communicated effectively and willingly volunteered his time on a cold, winter Sunday.

Members of Temple Shalom and students from the High School of Jewish Studies learned from Josh, planted 42 trees, had a great time, and made the world a better place. I will always be grateful to Josh for proposing his idea. I noticed the kindness Josh showed us when we needed his help, his patience for us as we planted trees in a much slower fashion than Josh could have done on his own, and his willingness to answer a variety of questions throughout the day.

The members of Temple Shalom and I are getting ready to celebrate *Tu B'Shevat*, again. While I am aware that Josh has a legal matter before you, I sincerely hope he will be able to return to Temple Shalom next month to teach us how to properly prune our young trees and guide us during the process. Josh has the agricultural knowledge and temperament to not only teach the citizens of Louisville how to improve our collective environment and air quality, but he knows how to do so in an engaging and fun way.

I thank the Court for taking the time to read my letter. Should you have any questions, I can be reached at the cell phone number and/or the email address listed above.

Respectfully submitted,

*Rabbi Beth Jacowitz Chottiner*

Rabbi Beth Jacowitz Chottiner

**RABBI BETH JACOWJTZ CHOTTINER**
**Temple Shalom**  ▓▓▓▓  Loulsville, KY 402▓  ▓▓▓▓  ▓▓▓▓

Hon. David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

January 7, 2025

To the Honorable David J. Hale,

I am writing on behalf of Josh White in my capacity as the r.ihbi of Temple Shalom. Louisville, KY. met Josh in the foll of 2017 when Josh pitched his ,den of planting trees on the grounds of Temple Shalom. both to reduce the beat canopy in our city and to celebrate *Tu B'Shevat*.. a Jewish holiday that is akin to arbor day. This we did in February 2018, but it would never have happened without Josh.

I was very impressed with Josh during our initial meeting for several reasons:

* He was committed to helping the environment by planting trees, exemplified by his position on the executive board of the Sierra Club;
* He asked if he could make an educational presentation to my congregants before we planted;
* He not only offered to write a grant to purchase the trees, but also traveled to a nursery in Indiana to get the trees and bring them buck lo Temple Shalom;
* And he bored most of the 42 holes on planting day before we arrived.

In addition to this, Josh knew all the ins and outs of planting trees and what was needed to ensure they would live and thrive. He communicated effectively and willingly volunteered his time on a cold, winter Sunday.

Members of Temple Shalom and students from the High School of Jewish Studies learned from Josh, planted 42 trees, had a great time, and made the world a belier place. I will always be grateful to Josh for proposing his idea. I noticed the kindness Josh showed us when we needed his help, his patience for us as we planted trees in a much slower fashion than Josh could have done on his own, and his willingness to answer a variety of questions throughout the day.

The members of Temple Shalom and I are getting ready to celebrate *Tu B'Shevat.* again. While I am aware that Josh has a legal matter before you. I sincerely hope he will he able to return to Temple Shalom next month to teach us how to properly prune our young trees and guide us during the process. Josh has the agricultural knowledge and temperament to not only teach the citizens of Louisville how to improve our collective environment and air quality, but he knows how to do so in an ongoing and fun way.

I thank the Court for taking the time to read my leer. Should you have any questions. I ccan be reached at the cell phone number and/or the email address listed above.

Respectfully submitted,

*[signature: Rabbi Beth Jacowitz Chottiner]*

**Rabbi Beth Jacowitz Chottiner**