To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

George Driscoll-Lovejoy
Brother-in-law – known Joshua for 9 years
[REDACTED] Alexandria, VA 223[REDACTED]
Phone Number: [REDACTED]
Email Address: [REDACTED]

To the Honorable Judge David J. Hale:

Your Honor,

I am George Driscoll-Lovejoy, the brother-in-law of Joshua White. We have known each other for 9 years, and I respectfully ask that you consider this character letter before sentencing on 1/23/25.

I am aware of Joshua's guilty plea to the charges against him. I wish to describe Joshua as a caring and supportive individual to his family and the community. For the past 9 years that I have met him, he has worked on projects such as planting trees and removing graffiti around the city of Louisville. And personally, he found accommodations for my friends and I during an overnight relay race when the weather diminished. It was above and beyond what anyone could have expected given the limited availability to nearby hotels. Joshua strives to make his community and the world a better a place.

I would like to thank the court for reviewing my letter and considering my ask for leniency during his sentencing. I understand that there are consequences for actions, and I ask for the minimum probationary period to return Joshua to his normal life caring for his family, friends and community.

Thank you for your time Your Honor,

George Driscoll-Lovejoy