January 4, 2025

**To:**
The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

**From:**
Russ Greenleaf
Project Manager
Transit Authority of River City (TARC)
(acquaintance who has known Joshua White for over seven years)
███████████
Louisville, KY 402██
███████████
███████████████

To Whom It May Concern:

My name is Russ Greenleaf. I am a Project Manager at the Transit Authority of River City (TARC). I have known Joshua White for over seven years.

I have known Josh as a conscientious person who routinely goes out of his way to make the world a better place. He is very civic-minded and has done a tremendous amount of volunteer work in the Highlands-Douglass neighborhood. Josh has earned great respect from many people for the amount of time and energy he has devoted to organizing and managing the planting of trees in the neighborhood.

Josh has a deep moral commitment to caring for the natural environment. I consider him an ethical person who strives to do the right thing more than most people I have met. I know him as a model citizen that people in the neighborhood have long valued and appreciated.

Many good people have experienced a lapse in judgement and done something without thinking enough about the potential negative consequences. Josh regrets his mistake and is deeply sorry. He has suffered enormous negative consequences and has learned a very painful lesson.

It would be a loss to this community if we were deprived of Josh's talent and energy and commitment to making Louisville a better place. It would be a loss to his wife if their happy marriage were disrupted by a severe sentence.

I thank the court for taking all of this into consideration. I ask the court to be lenient in sentencing and choose the minimum probationary period.

Please call or email me if I can be of assistance.

Best Regards,



Russ Greenleaf