January 6, 2025

The Honorable David J. Hale
United States District Judge for Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Dear Judge Hale,

We have been friends and neighbors of Josh White since approximately 2016. We met him through his neighborhood tree planting project and have been very impressed with his drive and passion for his select projects. After planting a number of trees on our property, we further supported this community project that he spearheaded for years.

While getting to know Josh, he assisted our daughter with her science fair project at Manual sharing his education, knowledge and equipment from his then employer. He worked with her on nights and weekends and shared his passion for science with her. Further, both our then teenage daughters helped him serve at a dinner party at his home when he had a last minute need.  None of us hesitated when has asked for their help, as he is a trusted friend.

While we are aware of Josh's current legal issue, we have known Josh to be a committed member of the community and he has always been kind, dependable and generous to share his knowledge and passions with anyone who asks.

We would like to thank the Court for its time and we are available if you should need further information.



Carl Shishmanian
Lisa Shishmanian

Louisville, KY 402