David Lipp
Cantor and Spiritual Leader
Congregation Adath Jeshurun
2401 Woodbourne Avenue
Louisville, KY 40205
dlipp@adathjeshurun.com

January 6, 2025

The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

To the Honorable Judge Hale,

I am the Cantor and currently the Spiritual Leader of Congregation Adath Jeshurun in the Highlands neighborhood of Louisville. I have known Josh for most of his life.

As a child he was inquisitive, positive and energetic. I remember he approached his studies with enthusiasm and attention in his early teens and later.

He brought his passion for the environment and trees to his adulthood and oversaw the planting of many trees including tens on the synagogue grounds and even one or two in my yard. He brought together volunteers and taught and oversaw the greening of many places that needed such attention. I am sure that when his legal difficulties are completed, he will get back to giving to the community in similar fashion.

I am aware he is entering a guilty plea and hope that you will use your judgment to take into account the many good things he has done throughout his life for the community and give him the chance to continue and build on his prior record in this regard.

Sincerely yours,

Cantor David Lipp