January 6, 2025

Carolyn Cromer



Louisville, KY  402

The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Dear Judge Hale:

My name is Carolyn Cromer, and I live in the Deer Park neighborhood of Louisville.  I met Josh White in 2016, when we worked together on tree-planting programs in our neighborhoods.  Josh led the efforts in the Highlands-Douglass neighborhood while I started the program in Deer Park.  We worked together on these programs for many years.

I am writing you to offer a character reference for Josh in hopes that he will receive a minimum sentencing.  I am aware of the charges against Josh and that he has plead guilty to one of them.  I used to work for Metro Council as a legislative aid, and Josh is one of only a few people I have known who has dedicated himself wholly and with exceeding energy and enthusiasm to his community.  When Josh decided to head Highlands-Douglass's tree-planting program, he did so whole-heartedly.  He designed an in-depth program and organized community members to help plant hundreds of trees over several years.  He then convened a group of those in all the Highlands neighborhoods who were heading tree-planting efforts and encouraged us to support one another and make all of our programs as strong as possible.  Josh's efforts in his neighborhood have resulted in almost 1000 trees planted.  This is hundreds more than in any other Highlands neighborhood.  Josh's leadership and efforts planting trees will leave a legacy for Louisville that will last for decades.  Josh is a contributing member of our community, a leader and a "doer".  His endless energy to make Louisville better place benefits us all.

Thank you to the Court for the opportunity to support Josh and offer my experiences with him.  I ask that you show leniency to him and allow him to continue to work for Louisville and our community.  I am happy to answer any questions pertaining to my experience with Josh. My contact information is listed above.

Sincerely,
Carolyn Cromer