January 3, 2025

To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Bradway
Louisville KY 40202

Byron Drew Foley
Vice-Chair, Sierra Club Kentucky
███████████ Louisville KY 402█
███████
███████████

To Whom It May Concern:

I am a retired U.S. naval officer and have been a volunteer environmentalist with Sierra Club since 2007. I was chair of Sierra Club's Greater Louisville Group (GLSC) 2014 through 2020 and chair of Sierra Club Kentucky 2021 through 2023. I have known Joshua White since he became an active member of GLSC in June 2016. He was elected to our executive committee which met monthly, so I got to know him very well during the next four years; he left in mid-2020.

I am aware of Josh's guilty plea and am writing this letter to affirm his character in his defense. Prior to my knowing him, Josh was already a community leader par excellence, and he continued being one during those four years with Sierra Club. His two main self-started projects were tree-planting and anti-graffiti. He organized and led many very large tree-plantings with great success. GLSC worked to find funding for and advocate for those events. Josh was also our group's valuable Facebook operator, and once, when we had lost our meeting space, he found us one. The energy and determination that Josh brought to all his projects was amazing. All communities need people like him, and I trusted him.

Thank you for reading this. I would ask for maximum leniency and minimum probation so that Joshua can resume his normal life as soon as possible. Louisville needs him, as does his planet. I am available to confirm the facts in this letter.

Sincerely,

*[signature: Byron D. Foley]*

Byron D. Foley