To: The Honorable David J. Hale
United Sates District Judge for the Western District of Kentucky
601 W Broadway
Louisville, Ky  40202

We are Sherry and Harry Jacobson-Beyer, Aunt and Uncle of Joshua White. Josh's grandmother married Sherry's widowed father In 1979. We have known Joshua since his birth.

We are aware the felony to Josh has pled guilty and what he has been going through the past three years. We are writing this letter in support of our nephew.

Josh was a lively child and really threw himself into every project that drew his interest. We watched him grow up through many family dinners and holiday events. We went to his Bar Mitzvah and celebrated his attainment of the rank of Eagle Scout.

Josh had always been a kind soul with a moral center. When he was in college his grandmother offered to help him with tuition if he got a certain grade point. Josh did this but his grandmother instead gave him Sherry's mother's sterling silver flatware and told him to sell it to use for his next semester of tuition. Josh did not feel this was right and gave the sterling to Sherry's brother.

Josh has been active in his community. He worked hard to get more trees planted in Louisville and in 2016 unsuccessfully ran for Metro Council in a field of 8 in the primary. He is well known in his Highlands neighborhood - always looking for ways to improve it. He also performed a wonderful renovation on his childhood home that he and his wife Jordan now share.

We thank the court for your time and consideration. We ask that you exercise leniency towards our valued nephew, Josh, and give

him the minimum probationary period allowed by law so he may rejoin his community, family and friends and resume a normal life.

Please feel free to contact us if you have any questions.

Sincerely,
Sherry Jacobson-Beyer
Harry Jacobson-Beyer
[redacted]

Louisville, Ky 402[redacted]

[redacted]

[redacted]