Hart Hagan
███████████████
Louisville, KY 402██

The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

My name is Hart Hagan. I am an environmental reporter and educator, affiliated with Boston-based nonprofit Biodiversity for a Livable Climate. I have been active in tree planting and native plant landscaping in Louisville since 2015.

I met Josh White in 2015 as part of a tree planting effort in which he was the coordinator. I have worked with Josh on four separate annual tree planting projects in his neighborhood, as well as two tree giveaways in public schools, and one day-long seminar that he coordinated.

I am aware of the case against Josh but have no familiarity with the details.

When you work with community based nonprofits and volunteer efforts, you meet plenty of people who want to render opinions but not work very much. Josh is just the opposite. He is extremely hard working and organized. He leads by example and leads by doing more than anyone else.

He is also extremely knowledgeable about every step of the tree planting process, including the various tree species and how to plant them properly.

It would be great for our community if Josh were allowed to resume his previous activities without limitations on his freedom or ability to contribute.

I thank the Court for your time and attention to this matter.

If you have any questions, or if I might be of further assistance please do not hesitate to contact me at ██████████ or ██████████████.

Yours Truly,

*Hart Hagan* (signature)

Hart Hagan