Jad Shunnarah Letter from Email

The Honorable David J. Hale
United States District Judge for the Western District of Kentucky

Your Honor,

I respectfully ask that you accept and consider this character letter for Josh White before sentencing.

My name is Jad Shunnarah and I live at ███████████████ in Louisville KY. I am a friend of Josh White.
I have known him for many years. I live ███████████ and ███████ away from Josh. I first met Josh while
standing on my front porch watching him shovel snow off my steps and walkway. He has also recruited me to help
plant trees in the highland community. Josh has done many wonderful things for people in the neighborhood.
Josh has been a great friend to me and my wife, who has difficulty walking without help. Many times he has carried
our groceries from the car to the kitchen.

We have had many long chats and he has spent time and kept us company when no one was around. Josh has
helped many of our neighbors tidy up around their homes. He has been a great friend to many of us in the neighborhood.

I want to thank the court for reviewing my letter and asking for leniency for Josh during his sentencing.

Thank you for your time your Honor,
Jad Shunnarah
███████████