My name is Jake, and I have known Josh for the past 11 years. Josh and I have shared many experiences over the years, and I have known him as a person of integrity and kindness.

I am aware of the court case involving Josh, and while I will not address the specifics, I want to share my perspective on him. Josh has consistently demonstrated a strong commitment to helping others and fostering community well-being. For instance, he has taken proactive steps to promote safety in his neighborhood by raising awareness about vandalism. His selflessness and dedication are evident in these efforts.

Beyond this, Josh's contributions to his community extend even further. Whether volunteering at local events, offering support to those in need, or simply being a dependable presence; he has a positive impact. Allowing Josh to remain an active part of his community will not only benefit him but also strengthen the bonds within the neighborhood.

Thank you for taking the time to consider my thoughts. I am available to answer any questions or provide further information if needed. I can be reached by email: ███████████████

Sincerely,
Jake Davis