January 8, 2025

The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Re:  Character Reference for Joshua White

Your Honor,

I am a Louisville resident and friend of Joshua White. Through volunteering with the Graffiti Abatement Coalition of Louisville and my local Highlands neighborhood association, I became acquainted with Joshua and then became his friend in the mid-2010s.

Last fall, I was shocked to learn that Joshua was facing federal charges.  In a show of support, I attended the Plea Hearing.

Volunteering and caring about his community are the essence of Joshua.  From my interactions with Joshua over the last decade, the character qualities that I admire about him the most are his willingness to get involved and galvanize others in the community – like me – to join him in addressing a neighborhood problem. I witnessed his efforts working with high school students and interested residents in conducting the Graffiti Abatement Coalition's Graffiti Vandalism Surveys in 2015 and 2018. Preparing the survey materials, organizing and training the volunteers, and then assembling thousands of digital pictures by type of graffiti and by type property vandalized to document the area of Louisville being surveyed. The volunteers were assigned a route in Louisville to count and document the graffiti by taking pictures with their phones or digital cameras as well as logging information about the graffiti on the Graffiti Survey Instrument.  When the volunteers completed surveying their assigned route, they then transferred their digital photos to Joshua.  Afterwards, Joshua tabulated the results to set a baseline of the level of graffiti within that part of Louisville.

Joshua's activism to abate graffiti did not go unnoticed. He worked regularly with Louisville Metro Code Enforcement, who knew him by name and as the citizen with the most reports of vandalism to 311, and engaged with the Mayor's office and his local Metro Councilmember to find ways to end the growing problem of graffiti in the city.  Through these interactions, I grew to admire Joshua's unrelenting advocacy for developing a roadmap for Louisville to become a graffiti free city.

I am hopeful that the Court will allow Joshua to stay in the community so he can become again a valuable contributing member of our community.

Thank you for your attention to my letter and the Court's willingness to consider Joshua's admirable qualities. Please do not hesitate to contact me if you should require any further information.

Sincerely,

Jennifer A. Schultz, J.D., M.P.A.

Louisville, KY 402█