███████████████████
Louisville, KY 402██

January 5, 2025

Honorable David J. Hale
United States District Judge for the Western District of KY
Louisville, KY 40202

I am writing on behalf of Joshua White, who as a volunteer colleague, helped my neighborhood, the Original Highlands, develop a tree forestry program from 2016-2020

I have been made aware of the case against him, and have reviewed some of the online court documents spelling out the charges against Joshua.   But in those four years he helped me and the Original Highlands set up our tree planting program without favor or compensation.   I can say that our program would not have been possible without his volunteered leadership, dedication and expertise. He guided us to secure tens of thousands of dollars in MSD grants that allowed us to plant dozens of new trees in the last seven years. . I served as the tree forestry coordinator and was president of the Original Highlands Neighborhood Association from 2019-2021

Joshua's efforts and devotion as a volunteer has resulted in a dramatic beautification of our neighborhood and adjoining neighborhoods, so my hope is that we can benefit from him resuming some of those volunteer projects he so ably led.

I appreciate the Court's consideration of my letter, and ask for leniency and for the minimum probationary period deemed necessary for him to resume his normal activities. I am free to further discuss this letter in more detail, if needed. I can be reached at ██████████ or by email at ██████████

Sincerely,

*Jim Schorch* (signature)

Jim Schorch
Current Board member, Original Highlands Neighborhood Association