The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202


Your Honor:

As a friend of Joshua White for nearly a decade, one who has worked with him on the causes near and dear to his heart, I am most happy to tell you a little about the man I know and respect, hoping my impressions will soften your disposition of the case against him.

The Joshua White I know is devoted to his community, believing in what my religion calls *tikkun olam* (repairing the world). An ardent environmentalist and active member of the Sierra Club, Josh was and remains committed to restoring the tree canopy – urban forest – in the city of Louisville, the decline of which has led to serious health, economic, and quality of life issues. Specifically, Josh has been actively involved in planting trees here to cool the city, absorb carbon from the atmosphere, stem soil runoff and create pastoral beauty in places where only empty fields, lots and sidewalks existed.

As a social action co-chair at my synagogue, I worked directly with Josh to plant up to 45 trees on our property alone – *in a single day*. Never afraid to get his hands dirty, Josh drove to an Indiana nursery in the dead of winter to pick up the trees, returned them to Louisville, and moved mountains of soil – with my help and that of another congregant -- from a collection point to our parking lot. Then, on planting day, he instructed dozens of volunteers on the proper way to plant the trees, but only after he bored the holes all over the grounds with an auger – no small task.

Simply put, no detail is too small or too difficult for Josh when it comes to protecting our environment – a quality I first noticed when he ran for Louisville Metro Council. An editorial assistant for the *Courier Journal* back then, I sat in on candidate forums featuring Josh and his opponents and was impressed by his vision for the city.

Josh has so much to offer our city, which I hope and pray the Court will take into consideration. His energy and wealth of knowledge are precious commodities we can ill afford to waste.

I thank the Court for its time and am happy to answer any questions you may have.


Very sincerely yours,

Lee Chottiner

Louisville, KY 402█

(cell)