**Phyllis L. Fitzgerald**



**Louisville, KY 402**

January 6, 2025

To: The Honorable David J. Hale

United States District Judge for the Western District of Kentucky

601 W. Broadway

Louisville, KY 40202

Dear Judge Hale,

I have known Josh White for at least 15-18 years, many of them as a local community activist. I continue to be a retired community activist. I worked many years in Community Relations for Louisville Gas & Electric, as well as years in teaching and non-profit management. I received my B.S. from the University of KY and my M. Ed. From the University of Louisville. I have been on several community boards, but in retirement, continue on the board of the Louisville Nature Center. These are the contexts of my association with Josh.

- As a Jefferson County Master Gardener, I learned that, as a volunteer, he planted scores of trees in his neighborhood, and assisted with the planting of over 400 trees. While he was not a Master Gardener, he assisted with their project to help improve air quality in the community.
- As a radio host on WCHQ (local) radio station "The Local Life", I interviewed Josh White when I learned of some of his community leadership activities, including graffiti prevention/abatement, tree planting, and running for political office.
- He ran for Metro Council in the 8th District because he was a hard worker, an engineer with experience in community projects and a love for the community. He had had no political experience, and did not win the seat, but was energetic and brave to make the commitment to help make the city a better place. I attended one of his political events to learn more about him, and remain enthusiastic about his community commitment and ability.

I have only known Josh White as an energetic contributor to the community, and not as someone who is or has been incarcerated. I know that he is anxious to again work in his engineering job, becoming a community volunteer, and hope that the court will consider leniency so he can continue to make a living and contribute to society. I thank the court for taking a good look at

this case, and I urge leniency to reduce/eliminate his sentence so he can continue a fulfilling career of professional and volunteer work.

Sincerely,

Phyllis Fitzgerald