The Honorable David J. Hale                                             January 7, 2025

United States District Judge

for the Western District of Kentucky

601 W. Broadway

Louisville, KY 40202

Dear Judge Hale:

I am Margaret Carreiro, a retired Professor from the Biology Department at the University of Louisville. I am also President of the Louisville Chapter of Wild Ones, a national society that promotes the use of native plants and naturalized landscaping in residential yards as a means of protecting our local biodiversity. I am also on the Board of the Louisville Audubon Society. I have been asked to write a character letter for Joshua White, whom I have known since 2019. I am aware of the matter before the court concerning his case.

I met Josh through our mutual dedication to improving tree canopy coverage for the city of Louisville. I led the Research Committee for the Mayor's Tree Commission from 2013 to 2015, which produced the blueprint for our city's first Tree Canopy Assessment. This assessment found that our city is losing trees at a rapid rate, which would exacerbate our already dangerous urban heat island, particularly in poorer parts of our city. Due to my work on urban trees, Josh contacted me in 2019 to accompany him on visits to certain Metro Council Members to advocate for a stronger Tree Ordinance for our city. I agreed. I found him to not only be passionate about protecting and growing trees, but also very knowledge about trees and their ecosystem services in mitigating not only urban heat but also flooding. In those meetings, I observed that he was an able communicator one-on-one with council members. He also keeps up with development projects in the city and attends planning and zoning meetings where tree protection might be compromised. He asked me to stand in for him at one such planning and zoning meeting so that I could make a presentation he had prepared, because he had to go to a job interview in another city that day. So, I could appreciate the time he had spent in making a technically sound presentation.

I found Josh to be an even-tempered knowledgeable person who has voluntarily contributed to our community through his specialized engineering expertise and through his realization of the importance of trees to the safety and health of the people of Louisville. His advocacy in the sustainability community in our city has been missed and we would be happy to have him rejoin us in our work to improve our city's resiliency to environmental change.

I thank the Court for your time in including my character letter for Joshua White as you consider his case. If you have any further questions for me, I can be reached at ▇▇▇▇▇▇▇▇▇▇▇▇ and at ▇▇▇▇▇▇▇▇.

Sincerely,

Margaret Carreiro, Ph.D.Biology