January 4, 2025

The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

From Wallace McMullen

Conservation Chair, Greater Louisville Sierra Club
Executive Committee member, Greater Louisville Sierra Club
Convenor, Renewable Energy Alliance of Louisville
Member, Green Sanctuary Committee, All Peoples Unitarian Universalist Congregation



Louisville, KY 402▮

I met Josh White when he joined the Executive Committee of the Greater Louisville Sierra Club (GLSC) in 2016. We served on the GLSC Executive Committee together for a number of years, and jointly participated in Sierra Club activities.

Josh was an energetic and concerned member of the group. I remember him doing extrodinary projects around planting trees. He wanted to make the Louisville community a better and healthier place. I believe hundreds of young trees were planted in Louisville as a result of his dedicated efforts, thereby combatting our heat island problem, and improving our air quality.

I am told that Josh has agreed to plead guilty to a criminal charge. This is surprising to me, because he was always a principled man, strongly interesed in acting for the greater good of the community, when we worked together. And he was willing to contribute energy and action on the need for environmental improvements as we understood them. I remember us being together on an 18 hour bus trip for an environmental demonstration in Washingtom.

I urge leniency in Mr. White's sentence, as I believe he will return to assisting the Louisville community in becoming the best that it can be once he is free to do so.

I thank the court for considering my statement. Please free to ask me for further information if you wish to do so.

Sincerely,

Wallace McMullen

Conservation Chair, Greater Louisville Sierra Club
Greater Louisville Sierra Club Executive Committee
Convenor, Renewable Energy Alliance of Louisville
Member, Green Sanctuary Committee, All Peoples Unitarian Universalist Congregation