To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

From: Sarah  Thompson
Lexington, KY 405

To Honorable Judge Hale,

My name is Sarah Thompson,

and I am a Human Capital Management Consultant. I have known and been friends with Joshua White since 2013, when I met him through my childhood friend, now Joshua's wife, Jordan White. I am aware of Joshua's legal situation and am writing to you in his defense.

I have spent a substantial amount of time with Joshua, his family and friends and have come to know him well. I have known Joshua to have always been an active member of his community, an advocate for the environment, a supportive friend and a doting husband. When I think about what a good man looks like, I think about Joshua.

Joshua is a valued member of his community and family. He is a talented young man who has so much to give back as a mentor, teacher and advocate. Allowing Joshua to fully rejoin his community as soon as possible is in the best interest of all involved.