**Respectfully Submitted to the Court,**

I have known Josh White for the last 6+ years. I met Josh through his work with our neighborhood association and the tree canopy program that he spearheaded. Josh volunteered countless hours to the Highland Douglass neighborhood to improve the neighborhood in many ways. He provided the energy to make huge strides to replant the neighborhood's tree canopy, improve traffic signage and enhance pedestrian safety. His leadership and vision have made the entire neighborhood a better place to live.

Through this work Josh and I grew a close friendship. We share many things in common, and over the last half decade have shared many great experiences. Josh led the planning of an epic friend's trip to the Grand Tetons that was truly an incredible experience for all that were able to attend. Josh has been a trusted friend that could always be counted on if you needed a sounding board or help changing a tire.

Lucas Dixon,
█████████████
Louisville, Kentucky 402█