Sarah E. Travis

█████████████

Missouri City, Texas 774█

████████████

████████████████████

To:
The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

To Whom It May Concern:

My name is Sarah Travis and I am Joshua White's cousin. Our family bonds are close even though we didn't grow up near each other. I have known Josh my whole life and feel I know him well.

I understand Joshua's guilty agreement and am offering this letter to give a more complete picture of who he is as a person. I have always known Joshua to be an upstanding family member and community member. When a group of our family came to Louisville in 2018 to attend his sister's wedding, Joshua went out of his way to chauffer all of us around to gatherings and events in one big van. He was generous, kind and made sure everyone was taken care of. We also came to see how much he cares for his community and the environment. He was pursuing a role of service to the city at that time and had wonderful ideas for community improvement. He also took great pride in telling us all about the local trees and the care they need to be maintained and kept safe. His passion and integrity made an impression on me as a core part of who he is and such admirable qualities. I remember being proud of him and inspired by the good he hoped to do for his hometown.

I would like to thank you the Court for your time reading my letter. I ask for leniency and for the minimum probationary period deemed necessary so that Joshua can resume his normal life. I am available if anything in this letter needs to be discussed further.

Sincerely,



Sarah Travis