**MARTHA JEAN SCHECTER**
ATTORNEY AT LAW

████████████████

LOUISVILLE, KENTUCKY 402█

tel: ████████████
e-mail: ████████████

January 3, 2025

The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, Kentucky 40202

           Re: Joshua White

Dear Judge Hale:

    My name is Martha Jean Schecter. I am an attorney and educator. Currently I am an Adjunct Associate Professor and Lecturer in the University of Louisville School of Public Health and Information Sciences.

    I met Joshua White over nine years ago, when I first joined the Highland Douglas Neighborhood Association, We served together on the Board of the Association for a little over three years. We have remained in contact since. Josh is also a neighbor.

    I am aware that Josh has entered a guilty plea in a criminal case. I am writing to share my observations of his character in the hope that the Court will grant leniency in his sentencing.

    During the time that I have known Josh he has been consistently friendly, respectful and caring. Whenever I have seen him in the neighborhood he has inquired of my well being and the well being of my family. His care and respect for his wife Jordan and other members of his family has consistently shown through in our conversation.

    Josh has demonstrated a strong commitment and dedication to the well being of our community and to helping others. This was evident in his work with the Association during my tenure. He did not hesitate to share his expertise but was always respectful of the views of others. He willingly took on Committee assignments and could be depended upon to complete tasks and deliver results, frequently well beyond expectations.

    Most notable were his contributions as Chair of our Neighborhood Association's Urban Tree Planting Program. Josh was a major inspiration for the program, working tirelessly to ensure its success and the success of other efforts to improve the green canopy in the City of Louisville. He not only persuaded neighbors such as myself to plant trees, He has also given generously of his time, expertise and brawn, without charge, to

help with their care. In my case Josh encouraged our family to plant 13 trees. He promised that he would be available for consultation and hands on assistance if any problems arose. True to his word, whenever we have asked for help, which has been frequently, he has always been there. Others in my neighborhood have had the same experience.

During the period of our acquaintance Josh has been an engaged, concerned citizen. I wish that our community had more persons as genuinely concerned for the well being of their community, as respectful, as caring, as reliable, and as willing to share as Josh. I feel strongly that allowing him to remain in and fully rejoin the community as soon as possible will benefit us all.

I thank the Court for its time and consideration. If there are any questions or if more information is needed, please do not hesitate to contact me by e-mail at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or by telephone at ▓▓▓▓▓▓▓▓▓

Sincerely,

*Martha Jean Schecter*

Martha Jean Schecter,
Attorney at Law