



**SAINT XAVIER HIGH SCHOOL**     ▓▓▓▓▓▓▓▓▓▓ * **Louisville, KY 402**▓
                                   **Phone: [502]**▓▓▓▓ * **Fax: [502]**▓▓▓▓

To: The Honorable David J. Hale
United States Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

From: Mr. Benjamin Kresse
▓▓▓▓▓▓▓▓▓
Louisville, KY 402▓
▓▓▓▓▓▓▓▓

Dear Honorable David J. Hale,

     My name is Benjamin Kresse, and I am a Theology teacher at Saint Xavier High School and was the service coordinator for 21 years. I am writing a letter of support for Joshua White. I first met Joshua eight years ago in my capacity as the service coordinator. Joshua contacted my office seeking volunteers for community service projects throughout the city of Louisville. For several years we worked with him in the identification of graffiti throughout metro Louisville and with his tree restoration program.

     I understand Joshua has submitted a plea guilty to the Court. I would like to take a few moments to tell you about Joshua White, who I met and worked with for several years. Whenever Joshua sponsored a service project with the students, he would always take the time to explain our responsibility to give back to our community. He was very engaging with the guys and adult volunteers and showed a great deal of zeal for the volunteer work that he was doing. He affected several hundred students, parents and teachers in a very positive way by his belief that serving the community was a gift that each of us had a responsibility to give for the common good. He also made it fun and enjoyable for the guys to help those in need. I believe strongly that Joshua will continue to serve the needs of Louisville in the years to come.

     I was deeply inspired by Joshua many years ago in his selfless outreach and I am asking the Court for leniency in his sentencing and am asking for the lightest sentence possible. He is a person who has demonstrated his love for our community and has given thousands of hours of his time through many years of educating us on a multitude of community issues and was always there working side by side with the volunteers to help rectify the problems we face. I sincerely believe Joshua will continue to use his gifts, time and talents to make our city and state a better place. I am available to confirm the details of this letter that I have written to the Court.

Sincerely,

Benjamin Kresse