January 7, 2025

To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

My name is Glenn Zwanzig. I have known Joshua White since 2001. He was a student in my science class at duPont Manual High School. I also am acquainted with him through his mother, who was also a teacher at Manual with me and his father was my Commanding Officer in the Naval Reserve. I have also had significant contact with Joshua and his family over the years since then.

I really got to know Joshua when he was my student. In class he was one of my favorite students. He was a good student as well as very personable. I get very close to my students and get to know them quite well. As a student Josh was in our MST Program which is a very rigorous program. Students are expected to complete a research project and participate in our Regional Science Fair. I work very close with each student helping them learn how to properly do research. He also helped me each year with getting the fair set up which requires a lot of effort on the part of my students. Because of his mother and father. I got quite close to this young man. He even went with me on a trip to South America when I took a small group of students to Brazil and chartered a boat up the Amazon. He is a very mature and personable young man. If I had a problem back then Josh could be counted on to help. I remember once in class when Josh came in my room and I had the shades on the windows down. Josh was concerned because he felt that not having enough sunlight in a room can be a cause of increased bacterial growth in the air. He did not want me getting sick. He has always been a considerate young man. Even after graduating Josh was a big help to me. He volunteered to help my students develop their science fair project and I know at least 3 students that he mentored for me did quite well in the fair. Then he helped judge my fair in years when I needed judges, who were getting hard to get. I wish I had more students like Josh. He has been very valuable to me and others and a valuable member of our community. I wish there were more people like Josh. He cares about the community. We need more people like this young man. He is a very good role model. My students benefitted from his help. I hope he can still be a valued member.

I would like to thank the court for letting me give my opinion. I would like to ask for leniency for Josh and ask that he be given the minimum probationary period deemed necessary so that Joshua can resume helping our community. I can put him to work judging the Manual fair this year. We are short judges. I am available to confirm the things I have written in the is letter if need be.

Sincerely,

Glenn E. Zwanzig, Jr.