To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Janine Hornung
███████████, Galveston, Texas, 775█
Email: ███████████
cell: ███████████

Regarding Joshua White.

My name is Janine Hornung. Joshua's mother, Lisa, is my first cousin. I am currently a natural science professor for Pierce College, Lakewood, Washington, where I have worked for 20 years.

I have known Josh his entire life. In 1992 when Josh was 10, my husband and I were stationed with the U.S. Army at Ft. Knox. I saw Josh about once a week during this time. Although we have mostly lived in separate states, Josh and I have maintained the bond we formed when he was young. For the past several years, he has called me often each month. My conversations with him show me that he has grown into a caring, enthusiastic, and highly intelligent man from the inquisitive and creative child he always was, as highlighted in the examples below.

Josh's value to society is apparent in his willingness to act on bettering his community and city. When Josh was 17, his Eagle Scout project was building a Handicap trail with accessible trails and handrails at Jefferson Memorial Forest. He later helped others with their Eagle Scout projects such as one that involved planting tree seedlings. He was on the board of his neighborhood association that worked to plant on-average 10 foot trees. He also helped other neighborhoods do the same. He attended the Louisville city planning and ordinance committee to initiate an active involvement in the importance of the city's Tree Canopy. Thousands of planted trees later, Josh's commitment continues with ongoing maintenance via tree trimming and watering.

Improving the city's environment also is seen in Josh's involvement with the Graffiti Abatement Coalition. As one of the directors, he worked with others to help reduce graffiti throughout the city. I witnessed these improvements firsthand when I visited in 2018.

A few of our family members from out of state and I visited Louisville for a few days in 2018 where we experience his love and devotion for our family. Josh rented a van and took us sight-seeing and provided general transportation for us. He planned family dinners at local restaurants and at his home. Family time was of the upmost importance to him, and he went above and beyond as the perfect host.

My hope in sending this letter is that Josh be allowed to re-enter society as a thriving positive contributor to the work force and his Louisville community using his B.S. and

Master's in Biomechanical Engineering. He still has much to contribute to society at the local and global levels if allowed to do so with the minimum probationary period necessary.

My heartfelt thanks and respect to the Court for your time in this matter.

I am available to answer questions via email or text or phone.

Sincerely,

Janine Hornung

*Janine Hornung*