To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Robert S White
LCDR US Navy (Retired)
███████████████
Louisville, Kentucky 402██
███████████
████████████████

I am the father of Joshua I White

To Whom It May Concern:

As the father of Joshua let me simply state I have known him his whole life. I understand that this letter is expected by you to be a frilly piece of correspondence praising Joshua's qualities as an upstanding member of society and a value to his community. I want to emphasize in this opening statement that I believe this case is the result of Joshua's giving nature. Joshua is the type of person who bends over backwards for his friends and associates. He is trusting by nature sometimes to his detriment. Letting people use his computer and ending up with spyware installed, loaning his bicycle and having it stolen, to giving of his time. I believe this case is a direct result of him being taken advantage due to his trusting nature.

Joshua is an Eagle Scout who takes service to mankind to heart. His service project was repair of the handicap access path and gazebo at Jefferson Memorial Forest. As a youth he was constantly trying to figure out how to prevent someone from falling asleep while driving which let him to earning a master's degree in Biomechanical engineering so he could help other people. He used that knowledge to help develop and rollout one of the first (if not the first) definitive tools to diagnose Alzheimer's disease as well as brain concussion.

He spearheaded a tree planting program in the Highlands, organized fund raisers, arranged discounted sourcing from an Indiana nursery, canvassed people and institutions to plant trees on their property, and worked with the city arborist to plant appropriate trees is areas with limited space or overhead. Over 2000 trees were planted. He also started a graffiti abatement program in Louisville; holding annual graffiti vandalism surveys and pressured the police to enforce the law. In addition, he took part in the annual middle of the night count of the Louisville homeless.

Only you can return Joshua to a productive life. Throughout this trial Joshua has been unable to work, unable to help society, unable to research. His finances are demolished. His respect in the community is gone. Please give him back his life so he can once again be a productive member of the community.

Sincerely,

Robert S White