# STATEMENT

Legal Name: Jordan Beth White

Date: 12/30/2024

I, Jordan Beth White, do hereby solemnly declare the following:

I am Joshua White's wife and also one of his court-appointed custodians. I am writing this statement to confirm that I was at Planet Fitness (located at 3036 Bardstown Rd, Louisville, KY 40205) on the evening of September 16th, 2024 with Joshua White.

This can be corroborated by video footage, which shows me leaving to go to the gym, in athletic attire, with Joshua White at 6:56pm, and returning with him at 8:09pm. In addition, a legal representative from Planet Fitness confirmed per their video footage that I was at Planet Fitness with Joshua White on the date of the alleged violation of unsupervised contact with minors, being communicating with 17-year old males who were also exercising in the Gym's same open area.

I make the above statement conscientiously believing the same to be true.

Signature: _[signature]_