UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | CR. NO. 3:21-cr-00155 |
| v. | | Hon. David J. Hale |
| JOSHUA WHITE, | | MJ Hon. Regina S. Edwards |
| Defendant. | | |

## INDEX OF SUPPLMENTAL EXHIBITS

Defendant submits the following supplemental exhibits to his sentencing memorandum because of their importance to the Court's consideration of the appropriate sentence.

Ms. Driscoll-Lovejoy is Mr. White's sister and only sibling. Mr. White met Tom Owen when he was a Scout and has remained involved with him through civic engagement throughout his life. Colleen Crum was intimately involved in Mr. White's tree planting project.

Michael Littrell's declaration supports a factual statement made in Defendant's sentencing memorandum.

<u>Letters in Support</u>

    JJ.    Ruth Driscoll-Lovejoy
    KK.   Tom Owen
    LL.    Colleen Crum

<u>Other Exhibits</u>

    MM.   Declaration of Michael Littrell

Respectfully submitted,

/s/ Wanda McClure Dry
The Dry Law Firm
P.O. Box 2122
Danville, Kentucky 40423
Co-counsel for Defendant

/s/ James R. Gerometta
Law Office of James Gerometta
27 E. Flint St
Suite 2
Lake Orion, MI 48362

Dated: January 22, 2025