To: The Honorable David J. Hale
United States District Judge for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

Ruth Hannah Driscoll-Lovejoy (née White)
Younger Sister (39 years old) and Only Sibling to Joshua Isaac White



Alexandria, VA 223█

To the Honorable Judge David J. Hale:

My name is Ruth Hannah Driscoll-Lovejoy, and I am an attorney working as an Ocean Conservation Policy Specialist in our nation's capital. I am Josh White's only sibling and have known him my entire life of 39 years. I doubt that I would be the adventurous, educated—I earned my JD in tandem with my law and policy master's degree—and resilient person I've grown to be without Josh as my older brother. As his only sibling, I know how Josh acts on his best days and his worst days, what will hurt him the most, and what will make his day.

That is why I am writing this letter to defend my older brother, Josh White, and ask for the most lenient sentencing. Since his arrest, Josh's greatest concern has been for the current and future happiness and feelings for his wife, our family, and his friends. That's just who he is. He worries about others and puts himself into the middle of things to try and create more happiness in the world, especially for those closest to him and those in his community.

I'll use my wedding to make this point. Although my brother has been having difficulties during physical exertion due to a heart problem, instead of telling me about his symptoms, he jumped at the chance to be part of my pre-wedding festivities: a 200-ish mile relay race around Kentucky that goes through one night. He organized a special rest stop for the team, convinced his wife to be a race volunteer to lower the relay team's race fees, and joined the team as a runner! He had a really difficult time finishing his portion of the relay because of his symptoms but that didn't hold him back from trying to make my wedding race an upbeat and memorable experience.

I've thought about explaining to you how Josh has a superhuman capacity to learn about anything, which somehow always teaches the people around him —like me—why we should be more curious, care more about our surroundings and our community, because that is what Josh does with what he learns. As a child, I learned a lot about growing cacti, breeding guppies (fish), and rebuilding an old car because of Josh. As an adult, I live hundreds of miles away, but I've heard from my parents, other family members, or Josh's friends about how they joined or helped: Josh's running club, a social and healthy activity; Josh's tree distribution and planting program, to correct the disappearing tree canopy in Louisville; or Josh's graffiti abatement program to prevent the growth of crime or blight in Louisville.

It's difficult for me to fully explain how Josh has and still is a positive influence on me and those around him, though the examples above are only a few that make clear that he is an active, not passive, player in improving lives around him. Certainly, he challenged me growing up. Even in my early 30s, I was still focused on getting faster at running so I could one day keep up with my older brother. He told me he was so proud of me. He often tells me how amazing he thinks I am. Can there be better praise from the first person in the world who you wanted to emulate?

Whenever he becomes interested in something, a topic, he learns so much about that one thing. More impressive to me is that he can recall the information he learned years later and apply his knowledge in the real world. Josh visited me in Washington, DC some years ago and while we walked around the city, he pointed out building architectural elements that I'd never considered though I've lived here for years. He pointed out grates around trees and why they were the right or wrong installation for that tree and its urban location. He can't always remember the year I was born, but he's a font of reliable knowledge.

I mention these anecdotes about how Josh moves through the world, ready to inspire and share information, and find ways to help others and his community with what he's learned because I hope you'll consider the value of returning such a positive influence to his normal life. I ask for your leniency and to consider a sentencing of the minimum probationary period deemed necessary to return Josh fully to his community and his family.

I am also copying below my signature another letter I wrote in June 2018 that characterizes Josh. I wrote the letter to Jordan White (née Davis), my sister-in-law and Josh's wife, for her marriage to my brother.

Thank you for your consideration. I am available to confirm the facts of this letter.


Sincerely,

Ruth Driscoll-Lovejoy


Letter from Ruth Driscoll-Lovejoy (née White) to Jordan White (née Davis) upon Jordan's marriage to Joshua White on ▮▮▮▮ 2018:


Dear Jordan,

Our family is full of storytellers. Not all their stories are traditionally "true," but as I age I realize the many myths integral to making the story more interesting is an important part of our history. Truth or embellishment, they are a part of us. So, let me assume the mantle and tell some stories:

When Josh and I were very young, Josh did not take the traditional path in scaring his younger sibling. While other older brothers were telling their younger sisters that the sister was adopted

or kidnapped and this wasn't her *real* family, Josh would tell me that *he* was an alien and *he* didn't belong in our family. This story never bothered me, though I always wondered why it didn't frighten Josh. Regardless, anyone who spends anytime with my dad and my mom after meeting Josh or me knows what family we belong to.

Josh was always very imaginative for games, which was great for me as I grew into the world because there was already someone creating a world of fun for me to play in. If you remember, the backseats of cars didn't always have cup holders, and our parents got these plastic tubes that held small drinks and would hook over the lip of the car window. Josh, aka Captain Schwashbite (I honestly don't know how this is spelled because I was still learning the alphabet during the run of this game), turned the cup holders into laser guns and the car into a spaceship and every child in the car was some lieutenant battling aliens, I guess. Star Trek was a big show in our household, so I'm not surprised that two of the stories I have to tell you revolve around extraterrestrials.

> Speaking of which, Josh and I shared a nightmare about an E.T. doll, so I urge you to never purchase any plush toys of that questionably loveable, but completely scary-looking movie creature.

But Josh was my older brother and he grew out of imagination games much earlier than I wanted him to. I still remember when he refused to play "Night Dogs" with me and our two sidekicks, Leila and Rosebud. I knew exactly what Wendy Darling's little brothers felt like when she left the nursery or what Scout felt when her older brother, Jem, started leaving her behind. Younger siblings have to watch older siblings grow up before them, and we're never ready to lose our game leader when we feel like we were just getting to know him. It broke my heart in that way that little girls have their hearts broken.

You clearly have an incredible capacity to love and appreciate things that soften and brighten the world, which has often shown its harder and darker sides to Josh regardless of his imagination to see it otherwise. I'm so grateful for this. When we first met, some holiday season years ago, it was already so easy to see why Josh was falling for you and why I would continue to hear about you year after year. And as you know, Josh never lost his capacity to envision. He still imagines a better and more accepting world; still the same Captain Schwashbite.

Josh, here is my message to you:

> There have been moments when the younger/older sibling line blurred and I put myself between you and the things hurting you. Although I'll always have that knee-jerk reaction to protect you, I'm so glad for this day.
>
> I am so happy that you have found a partner to share in your creativity and who is by your side to build your visions for a safer, more productive community.

Jordan, the many story threads from your wedding day are weaving into our family fabric and I know we will all be thrilled to share in its telling. I look forward to getting to know you, my new sister, over the course of our lives.

Congratulations and welcome to the family, Mrs. White!