typed version of Tom Owen letter to Judge Hale

January 6, 2025

The Honorable David J. Hale
United States Judge for the Western District of Kentucky
601 W. Broadway
Louisville Ky 40202

Dear Judge Hale:

I would like to speak to Josh White's unbounded civic mindedness:

- I met Josh when he was a Teenager working on a Civics project as a senior Boy Scout.
- Later, when I served as a Metro Council member serving the 29000 residents of the Highlands, Josh was a relentless advocate for and volunteer for
    - Keeping and growing our Tree canopy - actually organizing and planting
    - Watching out for the elderly and clearing ice and snow off their sidewalks
    - Assuring government services were efficiently and fairly delivered: paving, recycling, etc.

These Things I Know about Josh White.

Tom Owen

Louisville Ky 402
Cell:
Alderman 1990-1998
Metro Council 2003-2015

January 6, 202

The Honorable David J. Hale
United States Judge for The Western District of Kent
601 W. Broadway
Louisville KY 40202

Dear Judge Hale:

I would like to speak to Josh White's unbounded
civic mindedness.

- I met Josh when he was a Teenager working on a
  civics project as a Senior Boy Scout

- Later, when I served as a Metro Council member, serving
  The 29000 residents of the Highlands, Josh was
  a relentless advocate for and volunteer for
  - Keeping and growing our Tree Canopy - actually
    organizing and planting
  - watching out for the elderly and cleaning
    ice & snow off their sidewalks
  - assuring government services were efficiently
    and fairly delivered: paving, recycling, etc.

These Things I know about Josh White.

— Tom Owen
  ▮▮▮▮▮▮▮▮▮▮▮▮
  Louisville KY 402▮▮
  Cell: ▮▮▮▮▮▮▮▮▮
  Alderman 1990-1998
  Metro Council 2003-2015

Louisville K
402

The Honorable David J. Hale
U.S. District Judge For the Western District
of Kentucky

601 West Broadway
Louisville KY 40202