To: The Honorable David J. Hale

United States District Judge for the Western District of Kentucky

601 W. Broadway

Louisville, KY 40202

Colleen Crum

▇ Iris Way

Louisville, KY 40220

January 15, 2025

To The Honorable Judge Hale,

My name is Colleen Crum, and I am a Project Manager and Certified Interior Designer at the United States Corps of Engineers in Louisville, KY. I have known Joshua White for over 10-years since working closely together on sustainability and re-forestation efforts with Metro Louisville and various other volunteer public-private partnerships from 2013 to 2016. Josh has always been a loving and caring friend and colleague since we first met, dependably going out of his way to make our city better. That is why I am writing this letter to defend Josh, because he has always been a respected person in the community, and a genuine person to everyone he has come across.

To give you a personal example, Josh worked with me and his close community of "tree huggers" to develop a neighborhood re-forestation effort called the Highland Tree Planting Initiative that found tremendous support from our local utilities MSD who is under a 2005 Consent Decree with the US Environmental Protection Agency to reduce sewer system overflows. Josh rallied my team with ReTree Shively and many others to plant trees and teach neighborhoods and hundreds of homeowners how to attain free trees for their homes. Josh and his collection of "do-gooders" worked diligently with serious teams, including the Louisville Sustainability Council, Trees Louisville, and dozens of others who continue to educate on the importance of replacing our lost tree canopy and reducing our city's Urban Heat Island. You can find the history of all our efforts and more about these and other volunteer efforts we support on Facebook.

Apart from his volunteer work with me and my tree teams, Josh is an integral partner in our community, spearheading and supporting events and fundraisers, creatively and diligently energizing folks to participate in their communities to make our home better. It is for these efforts that I can say that Josh's efforts with me and my teams are a credit to himself, my tree planting teams, and our city. It is unfortunate that he is in this situation. However, it is obvious to me that Josh will do all that he can to resolve this situation without further problems and is sorry for any damage or inconvenience he has caused.

I hope that this letter can go some way in convincing the court that Josh White is a good person, and this testimony will be taken into consideration.

Yours truly,

Colleen Crum, CID
Project Manager, US Army Corps of Engineers
Co-Founder ReTree Shively