I, Michael W. Littrell, through the company by whom I'm employed, Cyber Agents, Inc., was retained in January 2022 by Mr. Joshua White and his counsel to assist in his defense related to federal allegations out of the Western District of Kentucky. I make this declaration based on notes I made in our database tracking system, review of e-mail correspondence, and my memory.

During that time, I examined data extracted from various devices seized because of an investigation into alleged conduct by Mr. White. I examined the extracted data, and the reports authored by HSI for the following devices, as labeled by HSI investigators, LI002, LI004, LI007, LI020.

Through an analysis of the data from the devices, I was able to determine the approximate last access, and approximate date usage ranges for the devices. To determine this, I examined the Axiom Portable case data provided by HSI, the registry files, and the complete file listing of all the files on the devices. Windows Event logs record system events on a computer such as logins, updates, and other information. Web history shows when a web browser was used to access the internet, it can also record usage of local files on a computer. LNK (Link) files can show when files were accessed by a user, or by the system. Google searches is a refined artifact stemming from the web history. Lastly, the MFT, or Master File Table, is one of the first files created on a computer as it tracks all the files on the computer. Some of these files could have missing data due to regular system processes such as updates and cleaning, or user intervention such as clearing web history, application updates, or uninstalling and installing applications, as well as other factors thereby making them an indication of approximate usage.

- Item 2 - Event Logs: 2009-2012, Web History: 2009 - 2010, LNK files: 2009-2010, Google Searches: 2009-2010, MFT Created: 11/2/2010
- Item 4 - Event Logs: 2008-2014, Web History: 2008 - 2013, LNK Files: 2009 - 2013, Google Searches: 2009 - 2013 "C" Folder Created 7/13/2009, MFT Created 2/26/2001 (Backup of older system?)
- Item 7 - Event Logs: 2006 - 2008, Web History: 2001-2008, LNK Files: 2006 - 2009, Google Searches: 2008 - 2010, MFT Created 3/2/2008
- Item 20 - Event Logs: 2017 - 2021, Web History: 2014-2021, LNK Files: 2014 - 2021, Google Searches: 2014 - 2021, MFT Created 4/3/2014
- Item 12 - I didn't review 12 when I went. I only looked at the other items.

I believe this data to be accurate at the time of analysis and based on the limited access to the data I possessed at the time – which was a redacted Axiom Portable case, the registry files, and a file listing of all the files on each of the examined devices, which I collected during a site visit in March of 2022. I did not have access to the raw underlying data at the time of analysis as it was held by HSI. All data for this case has been purged from our storage and is inaccessible to me for further analysis.

Further analysis of the data with updated tools, and with access to the underlying data may yield slightly different or more results.

_____
AFFIANT

Michael W. Littrell, PhD, CCME, EnCE, CFCE, GASF
Digital Forensics Manager
Cyber Agents, Inc.
220 Lexington Green Circle
Ste 102
Lexington, KY 40503

STATE OF KENTUCKY

COUNTY OF <u>JESSAMINE</u>

Subscribed, sworn to, and acknowledged before me this, <u>14th</u> day of <u>January 2025</u>, by the affiant, Michael W. Littrell

My commission expires: __11/1/2025_____

_____
NOTARY PUBLIC

Ryan Jack Greenman
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
ID. # KYNP39678
MY COMMISSION EXPIRES NOVEMBER 1, 2025

