United States District Court for the Western

District of Kentucky

United States

Plaintiff,

vs.

Case No. 3:21-cr-00155

Joshua White

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Joshua White,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the final judgment
*The final judgment, from an order describing it*

entered in this action on the 26th day of February, 2025.

(s) James R. Gerometta

Address: 27 E. Flint St

Suite 2

Lake Orion, MI 48362

Attorney for Joshua White

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✔
    Court of Appeals ✔

6CA-3
11/16