UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff,                     CR. NO. 3:21-cr-00155

v.                                       Hon. David J. Hale

JOSHUA WHITE,

        Defendant.

## MOTION TO PROCEED IN FORMA PAUPERIS

**I.    Motion and Relief Requested**

Defendant, Joshua White, moves this Court to proceed on appeal *in forma pauperis*. As indicated in Mr. White's attached COA 6 Form 4 affidavit, Mr. White has no income or assets. His wife is no longer agreeing to pay his legal fees and the two are in the process of separating their finances. As Mr. White has had no income for the last three years, his wife is taking most of the money.

The affidavit indicates that there are no joint accounts. That was intended to be the situation when Mr. White prepared the affidavit for submission. Now all joint accounts save one have been closed. Mr. White learned this morning that this account cannot be closed until all outstanding items are cleared. Because of his limited access to a computer, he is not sure when he will be able to redo the affidavit and, because of a looming deadline in the Sixth Circuit, this motion most be

filed now. The joint account at issue currently has a balance of $450. Additionally, Mr White has amassed $210,000.00 in personal debt paying attorney fees.

Mr. White's plea agreement allows him to appeal a number of Fourth Amendment issues. Undersigned counsel filed a notice of appeal as required by the Sixth Circuit rules and his ethical obligation. Counsel was retained only to represent Mr. White in the district court. Originally a flat fee was negotiated, however, due to Mr. Epstein's health issues and the unexpected turn the case took when a plea was entered, the parties negotiated an hourly fee rate and the flat fee was turned into a retainer.

Mr. White's filing fee for his notice of appeal was paid out of that retainer, however, the retainer is almost exhausted, and counsel cannot continue on the case. Counsel can provide specifics of the retainer agreements if the Court believes it is necessary.

II.     Conclusion

Mr. White's case is complicated and will likely be expensive to litigate on appeal. While he will be filing a motion for bond pending appeal, he is scheduled to report to the Bureau of Prisons on March 26, 2025. Without outside financial resources he will be unable to procced on appeal without CJA counsel.

Respectfully submitted,

/s/ James R. Gerometta
Law Office of James Gerometta
27 E. Flint St
Suite 2
Lake Orion, MI 48362

(313) 530-9505
james@geromettalaw.com

Dated: March 7, 2025

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. A. Spencer McKiness, Assistant United States Attorney, and Hon Stephanie M. Zimdahl, Assistant United States Attorney.

/s/ James R. Gerometta
Law Office of James Gerometta
27 E. Flint St
Suite 2
Lake Orion, MI 48362

(313) 530-9505
james@geromettalaw.com