UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| United States |
| --- |

v.

| Joshua White |
| --- |

Case No: ~~COA 25-5148; D.Ct. 22-cr-2(~~

## MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

I seek to appeal my judgment in the above captioned criminal case consistent with the written conditional plea entered into under Fed. R. of Crim. Pro. 11. D.Ct. Docket No. 289.

Signed: _Joshua White_          Date: 3/6/2025

Address: 2134 Woodbourne Ave

Louisville Kentucky, 40255

United States Court of Appeals
FORM 4 - AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018

Page 1

FORM 4.  AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS

United States Court of Appeals
for the Sixth Circuit

```
┌─────────────────────────────────────┐
│ United States                       │
│                                   ] │
│                                   ] │
├─────────────────────────────────────┘
│   v.                              ]    Case No:  COA 25-5148; D.Ct.  22-cr-2(
├─────────────────────────────────────┐
│ Joshua White                        │
│                                   ] │
│                                   ] │
└─────────────────────────────────────┘
```

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §§ 1746; 18 U.S.C. §§ 1621.)

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: **3/6/2025**

My issues on appeal are:

```
┌──────────────────────────────────────────────────────────┐
│ I seek to appeal my judgment in the above captioned criminal case consistent │
│ with the written conditional plea entered into under Fed. R. of Crim. Pro. 11.│
│ D.Ct. Docket No. 289.                                    │
│                                                          │
│                                                          │
│                                                          │
│                                                          │
│                                                          │
└──────────────────────────────────────────────────────────┘
```

United States Court of Appeals
FORM 4  AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated:  December 2018

Page 2

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | Unknown | $ 0.00 | Unknown |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property (such as rental income) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | Unknown | $ 0.00 | Unknown |
| Gifts     no known gifts of cash | $ 0.00 | Unknown | $ 0.00 | Unknown |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability (such as social security, insurance payments) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance (such as welfare) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other (specify): Living Expenses* | | $ 0.00 | | $ 0.00 |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Individual living expenses are highly variable from month to month and not segregatable from my spouse, access to calculate them are unavailable to the defendant, however, they are paid through accounts that I do not have the password or computer access to

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

3/6/25

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018

Page 3

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|----------|---------|---------------------|-------------------|
| Brinly Hardy | 3230 Industrial Pkwy, Jeffersonville | 2018-Present | Unknown |
| none | none | none | $ 0.00 |
| | | | |

4. How much cash do you and your spouse have? $ Unknown

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|-----------------------|-----------------|-----------------|------------------------|
| Unknown | Unknown | $ 0.00 | Unknown |
| Cetera Advisors | Roth IRA | $ 49,289.72 | $ 0.00 |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|--------------|---------------------------|--------------------------|
| Jordan B. White Trust | none or unknown | Make & year: Jeep, 2019 |
| Home and contents | | Model: Cherokee |
| $194,000 Net, worth | | Registration #: 1C4PJMJN8KD173 |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|--------------------------|----------------------|----------------------|
| Make & year: Chevrolet 1998 | 2008 Mercedes | Private Equity |
| Model: S10 | C300 | $475 |
| Registration #: 1GCCT19W4W8136 | WDDGF81x08f072693 | Neuronetrix Solutions |

_signature_ 3/6/25

United States Court of Appeals
FORM 4  AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018

Page 4

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | $ 0.00 | $ 0.00 |
| n/a | $ 0.00 | $ 0.00 |
| n/a | $ 0.00 | $ 0.00 |

7.  State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| none | none | none |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated: December 2018

Page 5

8.   Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0.00 | $ 2,000.0 |
| Are real estate taxes included? ☑Yes ☐No | | |
| Is property insurance included? ☑Yes ☐No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 26.18 | $ 399.99 |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ 1,500.0 |
| Food | $ 877.00 | $ 487.17 |
| Clothing | $ 150.00 | Unknown |
| Laundry and dry-cleaning | $ 30.00 | $ 50.00 |
| Medical and dental expenses | $ 20.00 | $ 10.00 |
| Transportation (not including motor vehicle expenses) | $ 0.00 | $ 373.31 |
| Recreation, entertainment, newspapers, magazines, etc. [Online education and gym] | $ 77.99 | Unknown |
| Insurance (not deduced from wages or included in mortgage payments) Homeowner's or renter's | $ 0.00 | $ 0.00 |
| Life | $ 14.80 | Unknown |
| Health | $ 533.00 | $ 666.66 |
| Motor vehicle | $ 0.00 | $ 225.12 |
| Other: | $ 11.28 | $ 33.91 |
| Taxes (not deducted from wages or included in mortgage payments) specify: ad valaorum tax, vehicle registration | $ 0.00 | $ 26.00 |
| Installment payments | $ 0.00 | $ 0.00 |
| Motor Vehicle | $ 0.00 | Unknown |
| Credit card (name): Amex, Citi, USAA, Chase, Lowes | Unknown | Unknown |
| Department store (name): n/a | $ 0.00 | $ 0.00 |
| Other: [Home maintenance and repairs] | $ 0.00 | $ 2,463.0 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0.00 | $ 0.00 |
| Other (specify): Stud. and Legal Loans, pets, hair, sp. ban | $ 2,285.0 | $ 332.55 |
| Total monthly expenses: | $ 4,025.3 | $ 8,567.7 |

*3/6/25*

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated:  December 2018

Page 6

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☑ No     If yes, describe on an attached sheet.

10.  Have you spent or will you be spending any money for expenses or attorney fees in connection with this lawsuit?

☑ Yes   ☐ No     If yes, how much? $ **210,000.00**

Future attorneys fees if not granted pauper status likely would exceed at a minimum $50,000, of which it is unlikely I would be able to pay

11.  Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

```
There is no gainful employment that I am able to perform reliably or
competently that does not result in the violation of the conditions of
release, or jeopardize my pre-existing health conditions. My wife no longer
shares her financial information and I do not have access to her financial
information. My personal debts of $200,000+ exceed my assets substantially.
My medical expenses are paid ad hoc each month by multiple family members.
```

12.  State the address of your legal residence.

**2134 Woodbourne Ave Louisville Kentucky 40205**

Your daytime phone number:  **( 502 ) 767-1722**

Your age:  **42**          Your years of schooling:  **26**

United States Court of Appeals
FORM 4   AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
Updated:  December 2018

Page 7