No. 25-5158

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 11, 2025
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff - Appellee, | ) ) ) | |
| v. | ) ) | O R D E R |
| JOSHUA WHITE, | ) ) | |
| Defendant - Appellant. | ) ) | |

The defendant appeals his criminal judgment, entered after a guilty plea, for misprision of a felony. The defendant retained counsel for district court proceedings, and counsel now moves to withdraw pursuant to Sixth Circuit Rule 12(c)(4)(A) and for the appointment of new counsel.

The record reflects that retained counsel assisted the defendant in applying to the district court for leave to proceed on appeal in forma pauperis. Accordingly, counsel has fulfilled his rule-based obligations. *See id.*; 6 Cir. R. 24. Counsel's motion to withdraw is thus GRANTED. The clerk DEFERS appointing substitute counsel until either the district court or this court has granted the defendant leave to proceed on appeal in forma pauperis. The deadlines for the electronic transcript order and the briefs are CANCELLED.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/11/2025.

**Case Name:** USA v. Joshua White
**Case Number:** 25-5158

**Docket Text:**
ORDER filed: Counsel's motion to withdraw [7314473-2] is GRANTED. The clerk DEFERS appointing substitute counsel until either the district court or this court has granted the defendant leave to proceed on appeal in forma pauperis. The deadlines for the electronic transcript order and the briefs are CANCELLED.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Joshua White
2134 Woodbourne Avenue
Louisville, KY 40205

**A copy of this notice will be issued to:**

Mr. James R. Gerometta
Ms. Amanda E. Gregory
Mr. Madison Taylor Sewell
Mr. James J. Vilt Jr.