UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE,     Defendant.

\* \* \* \* \*

## ORDER

Defendant Joshua White pleaded guilty to misprision of a felony for knowingly concealing child pornography with anti-forensic tools. (Docket No. 289) On February 25, 2025, the Court sentenced White to a term of imprisonment of twelve months and one day. (D.N. 307, PageID.2399; *see also* D.N. 306) White filed a notice of appeal the next day. (D.N. 309) White now moves for leave to proceed in forma pauperis. (D.N. 312) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that White's motion for leave to proceed in forma pauperis (*id.*) is **REFERRED** to U.S. Magistrate Judge Regina S. Edwards pursuant to 28 U.S.C. § 636(b)(1)(A).

March 11, 2025

**David J. Hale, Judge**
**United States District Court**