UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. 3:21-cr-00155 |
| v. | Hon. David J. Hale |
| JOSHUA WHITE, | MJ Hon. Regina S. Edwards |
| Defendant. | |

**ORDER GRANTING BOND PENDING APPEAL AND AMENDING CONDITIONS OF RELEASE**

Defendant Joshua White has moved for an order continuing his bond through the conclusion of his appeal. Defendant also requests that his tether and computer monitoring conditions be removed. Having reviewed Defendant's submission, this Court finds that he has met he criteria of 18 U.S.C. § 3143(b) and that he can be continued on release until the issuance of the mandate in Sixth Circuit case number 25-5158.

Further the Court finds that the imposition of a tether and computer monitoring restrictions are unnecessary and are cancelled. All other conditions of release remain in effect.