UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.  Criminal Action No. 3:21-cr-155-DJH

JOSHUA WHITE, Defendant.

\* \* \* \* \*

## ORDER

Defendant Joshua White filed a motion for bond pending appeal on March 17, 2025. (Docket No. 317) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the United States **shall respond** to the motion (*id.*) by the close of business on **March 19, 2025**.

March 18, 2025

David J. Hale, Judge
United States District Court

1