No. 25-5158

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 18, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff - Appellee, | ) |
| | ) |
| v. | )  O R D E R |
| | ) |
| JOSHUA WHITE, | ) |
| | ) |
|    Defendants - Appellant. | ) |

    The defendant appeals his criminal judgment, entered after a guilty plea, for misprision of a felony. The clerk previously deferred a ruling on the appointment of new counsel pending the defendant's successful application for leave to proceed on appeal in forma pauperis. The record reflects that the district court granted the defendant leave to proceed as a pauper on appeal on March 14, 2025.

    Accordingly, in light of the district court's order, the clerk will appoint new counsel to represent the defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/18/2025.

**Case Name:**   USA v. Joshua White
**Case Number:**   25-5158

**Docket Text:**
ORDER filed: In light of the district court's order, the clerk will appoint new counsel to represent the defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Joshua White
2134 Woodbourne Avenue
Louisville, KY 40205

**A copy of this notice will be issued to:**

Ms. Amanda E. Gregory
Mr. Madison Taylor Sewell
Mr. James J. Vilt Jr.