UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        Plaintiff,                       CR. NO. 3:21-cr-00155

v.                                        Hon. David J. Hale

JOSHUA WHITE,                     MJ Hon. Regina S. Edwards

        Defendant.

**MOTIONTO EXTEND DEFENDANT'S
REPORT DATE TO THE BUREAU OF PRISONS**

Defendant Joshua White, through counsel Wanda Dry, moves this Court to enter an Order extending his report date to the Bureau of Prisons by 34-days, until April 29, 2025.

1. On February 25, 2025, Mr. White was sentenced to 12 months and one day imprisonment followed by supervised release based on his plea to one count of Misprision of a Felony.

2. Mr. White moved for bond pending appeal, but the Court has not yet reached a decision on the merits of that motion.

3. Mr. White is set to report to FMC Lexingon on March 26, 2025.

4. Mr. White's USMS referral to the Bureau of Prisons contains his original offense code, rather than the offense code for Misprision of a Felony, his charge of conviction

5. Mr. White has reached out to the USMS and BOP about changing his code (he is not seeking redesignation).

6. The USMS believes that it may take more than a few days to change the code and suggested requesting a brief extension of Mr. White's report date so that the code could be changed before he reports.

7. If this Court denies Mr. White's motion for bond pending appeal, he is requesting a brief extension of his report date to address this issue, from March 26, 2025, until April 29, 2025.

For the reasons stated above, this Court should enter an order extending Mr. White's report date to the Bureau of Prisons until April 29, 2025.

Respectfully submitted,

/s/Wanda M. Dry
The Dry Law Firm
P.O. Box 2122
Danville, KY 40423
(859) 583-0037

Dated: March 21, 2025

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will notify the parties of record of such filing.

      Signed,

      /s/ Wanda M. Dry
      The Dry Law Firm
      P.O. Box 2122
      Danville, KY 40423
      (859) 583-0037

Dated: March 21, 2025